# EXHIBIT A

# EXHIBIT A

## MARJORIE BYRD

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Ideal | Get Gone | Ideal | 273-905 |
| Warner Bros. Records Inc. | Jaheim | Could It Be | Ghetto Love | 295-088 |
| Priority Records LLC | Ice Cube | Ghetto Vet | The War Disc | 268-428 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The Message | It Was Written | 220-016 |
| Warner Bros. Records Inc. | Seal | Kiss From A Rose | Seal | 271-303 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Dirty Diana | Bad | 84-256 |
| BMG Music | SWV | Rain | Release Some Tension | 249-300 |
| UMG Recordings, Inc. | DMX | Damien | It's Dark And Hell Is Hot | 252-613 |
| BMG Music | Alicia Keys | Troubles | Songs in A Minor | 299-410 |