# EXHIBIT B

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thagrimreapper@KaZaA | Electronica - Emerging Artists.kpl | Unknown | 0KB | Electronica |
| thagrimreapper@KaZaA | Funk - Emerging Artists.kpl | Unknown | 0KB | Funk |
| thagrimreapper@KaZaA | .kpl | Unknown | 0KB | |
| thagrimreapper@KaZaA | kmd202_en.exe | Sharman Networks Ltd | 4,541KB | Software |
| thagrimreapper@KaZaA | Playa Fly - Got Ya Hot.mp3 | Playa Fly | 4,781KB | Audio | Kazaa M |
| thagrimreapper@KaZaA | wgens211.zip | Unknown | 580KB | |
| thagrimreapper@KaZaA | Hip-Hop - Emerging Artists.kpl | Unknown | 0KB | Hip-Hop |
| thagrimreapper@KaZaA | bizzy bone - murderah.mp3 | Bizzy Bone | 4,943KB | Audio |
| thagrimreapper@KaZaA | Eightball_MJG - Coming Out Hard.mp3 | Eightball_MJG | 4,192KB | Audio |
| thagrimreapper@KaZaA | Joe - More and More.mp3 | Joe | 2,677KB | Audio |
| thagrimreapper@KaZaA | Track03.mp3 | T.I. | 4,141KB | Audio |
| thagrimreapper@KaZaA | Thumbs.db | Unknown | 8KB | |
| thagrimreapper@KaZaA | Dirty~ 1st To Ride.mp3 | Dirty | 4,754KB | Audio |
| thagrimreapper@KaZaA | Playa Fly - M-M-M.mp3 | Playa Fly | 5,350KB | Audio |
| thagrimreapper@KaZaA | Mr. Lucci - Lifted.mp3 | Mr. Lucci | 4,047KB | Audio |
| thagrimreapper@KaZaA | Dangelo Brown Sugar.MP3 | D'Angelo | 3,104KB | Audio |
| thagrimreapper@KaZaA | Copy of Babyface - Someone To Love.mp3 | Baby Face | 4,277KB | Audio |
| thagrimreapper@KaZaA | Dru Hill April Showers.mp3 | Dru Hill | 2,514KB | Audio |
| thagrimreapper@KaZaA | 04_Straight No Chaser.mp3 | TK Soul | 5,426KB | Audio |
| thagrimreapper@KaZaA | (01) Ruben Studdard - Sorry 2004.wma | Ruben Studdard | 2,576KB | Audio |
| thagrimreapper@KaZaA | Slow Jams~R. Kelly-Sex Me (Part 1 and 2).mp3 | R. Kelly | 3,269KB | Audio | Se: |
| thagrimreapper@KaZaA | 11-Flexxin' Skit (My Biggest Muscle).mp3 | Playa Fly | 1,398KB | Audio | Flexxin' Skit ( |
| thagrimreapper@KaZaA | King of Da South - T.I..MP3 | T.I. | 5,387KB | Audio |
| thagrimreapper@KaZaA | Various - Track 03.mp3 | NSync | 4,332KB | Audio | Go |
| thagrimreapper@KaZaA | 2.kpl | Unknown | 0KB | |
| thagrimreapper@KaZaA | Outkast - Ms Jackson.mp3 | OutKast | 4,303KB | Audio |
| thagrimreapper@KaZaA | Tank - Maybe I Deserve.mp3 | tank | 5,414KB | Audio |
| thagrimreapper@KaZaA | maxwell - submerge.mp3 | Maxwell | 6,010KB | Audio |
| thagrimreapper@KaZaA | david banner - NO NO.mp3 | David Banner | 2,427KB | Audio |
| thagrimreapper@KaZaA | C murder - Nasty Club.mp3 | C murder | 2,050KB | Audio |

2,095,940 users online, sharing 739,746,357 files (26,766,336 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | david banner - NO1 NO1.mp3 | David Banner | 2,427KB | Audio |
| thegrimreapper@KaZaA | C-murder - Nasty Chick.mp3 | C-murder | 2,950KB | Audio |
| thegrimreapper@KaZaA | 06-lets_get_away-lfs.mp3 | T.I. | 6,493KB | Audio |
| thegrimreapper@KaZaA | Jesse Powell - If 1 (t) (1).mp3 | Jesse Powell | 3,778KB | Audio |
| thegrimreapper@KaZaA | Ideal - Never Let You Go.mp3 | Ideal | 4,598KB | Audio |
| thegrimreapper@KaZaA | T.mp3 | T.I. | 4,240KB | Audio |
| thegrimreapper@KaZaA | Avant - Separated.mp3 | Avant. | 5,965KB | Audio |
| thegrimreapper@KaZaA | gruwine - Stingy.mp3 | Ginuwine | 6,236KB | Audio |
| thegrimreapper@KaZaA | love calls.mp3 | KEM | 2,460KB | Audio |
| thegrimreapper@KaZaA | 05-david_banner-whoremonger-rns.mp3 | David Banner | 1,464KB | Audio |
| thegrimreapper@KaZaA | 02 - 02 - Shake Ya Body.mp3 | R.Kelly and Jay-Z | 2,278KB | Audio |
| thegrimreapper@KaZaA | Sammie - I Like It (1).mp3 | Sammie | 3,323KB | Audio |
| thegrimreapper@KaZaA | Ludacris - Mouf of Words (01) Track1.MP3 | Ludacris | 4,095KB | Audio |
| thegrimreapper@KaZaA | Mokenstef - Sex In The Rain.mp3 | Mokenstef | 4,544KB | Audio |
| thegrimreapper@KaZaA | dirty - Dirty Luv.mp3 | Dirty | 5,832KB | Audio |
| thegrimreapper@KaZaA | 32-lil_flip-game_over-whoa.mp3 | Lil' Flip | 3,406KB | Audio |
| thegrimreapper@KaZaA | Pop Rock - Emerging Artists.kpl | Jay Quinn Bond | 1KB | Pop Rock |
| thegrimreapper@KaZaA | mr. blue - Gangsta Dropp (feat. Dirty).mp3 | Mr. Blue | 4,133KB | Audio | Gangsta |
| thegrimreapper@KaZaA | 09-One Call Away (ft. J_Weavy).mp3 | Chingy | 4,327KB | Audio | One Call |
| thegrimreapper@KaZaA | Bang Bus - Rene.mpeg | bang bus | 560KB | Video |
| thegrimreapper@KaZaA | Baby Face_Usher - Bedtime.mp3 | Usher | 4,458KB | Audio |
| thegrimreapper@KaZaA | Playa Fly - Work To Do.mp3 | Playa Fly | 4,281KB | Audio |
| thegrimreapper@KaZaA | Playa Fly - Let's Get Em Crunk.mp3 | Playa Fly | 3,498KB | Audio |
| thegrimreapper@KaZaA | Rap Instrumentals - Freestyle Mix - rap beats 22.mp3 | Instrumental | 2,438KB | Audio |
| thegrimreapper@KaZaA | Weed.doc | Compaq | 53KB | Document |
| thegrimreapper@KaZaA | bang bus shannon.asf | Bang Bus | 1,139KB | Video |
| thegrimreapper@KaZaA | # NSYNC - Gone.mp3 | NSYNC | 9,216KB | Audio |
| thegrimreapper@KaZaA | St.Lunatics - Real Niggaz.mp3 | Nely | 4,138KB | Audio |
| thegrimreapper@KaZaA | usher - You Remind Me.mp3 | Usher | 3,031KB | Audio |

2,095,940 users online, sharing 739,746,357 files (26,766,336 GB)    Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| thagrimreapper@KaZaA | usher - You Remind Me.mp3 | Usher | 3,881KB | Audio |
| thagrimreapper@KaZaA | Nysnc - That's The Way Love Goes (MTV Icon).mp3 | NSYNC | 1,983KB | Audio |
| thagrimreapper@KaZaA | Three Six Mafia - Porno Movie.mp3 | Three 6 Mafia | 3,808KB | Audio |
| thagrimreapper@KaZaA | playa fly - Creepin Out Da Kut(1).mp3 | Playa Fly | 4,244KB | Audio |
| thagrimreapper@KaZaA | RG - Emerging Artists.kpl | Unknown | 0KB |  |
| thagrimreapper@KaZaA | 50 Cent feat Nature Nas - Projects too hot.mp3 | Nas | 3,697KB | Audio |
| thagrimreapper@KaZaA | Bizzy Bone - Brain on Drugs.mp3 | Bizzy Bone | 1,589KB | Audio |
| thagrimreapper@KaZaA | Playa Fly - Fly2K - 7. Here Fly Come.mp3 | Playa Fly | 4,224KB | Audio |
| thagrimreapper@KaZaA | Silk - Baby Check Your Friend.mp3 | Silk | 4,716KB | Audio |
| thagrimreapper@KaZaA | playa fly - M-3 II.mp3 | Playa Fly | 4,420KB | Audio |
| thagrimreapper@KaZaA | Master P - Them Jeans - - 19.mp3 | Master P | 3,579KB | Audio |
| thagrimreapper@KaZaA | Dirty Boyz - All I Need ( Bud ).mp3 | Dirty | 6,453KB | Audio |
| thagrimreapper@KaZaA | artist - Track 02_0919000343.mp3 | Dirty | 3,612KB | Audio |
| thagrimreapper@KaZaA | Boys 2 men a song for momma.mp3 | Boys II Men | 3,542KB | Audio |
| thagrimreapper@KaZaA | Dirty - Pimp_Da Gangsta - 13 - TwinKeys.mp3 | Dirty | 4,259KB | Audio |
| thagrimreapper@KaZaA | Bizzy Bone - Role Call.mp3 | Bizzy Bone | 820KB | Audio |
| thagrimreapper@KaZaA | B.G.. aka B Gizzle - Fuck You (Intro).mp3 | B.G. | 1,791KB | Audio |
| thagrimreapper@KaZaA | B. Gizzle_02.mp3 | B.G. | 5,252KB | Audio |
| thagrimreapper@KaZaA | Alicia Keys-Never Felt This Way.mp3 | Alicia Keys | 2,365KB | Audio |
| thagrimreapper@KaZaA | Playa Fly - 1-B-N.mp3 | Playa Fly | 4,958KB | Audio |
| thagrimreapper@KaZaA | Dirty - Pimp_Da Gangsta - 03 - Gimmie Some Mo.mp3 | Dirty | 3,290KB | Audio |
| thagrimreapper@KaZaA | Take It To The Floor.mp3 | T-Rock | 6,575KB | Audio |
| thagrimreapper@KaZaA | Mr. Lucci - Half Steppin.mp3 | Mr. Lucci | 3,850KB | Audio |
| thagrimreapper@KaZaA | mr. blue - We So Cold (Feat. Dirty).mp3 | Mr. Blue | 4,064KB | Audio |
| thagrimreapper@KaZaA | boys II men - One Sweet Day feat..mp3 | Boys II Men | 6,588KB | Audio |
| thagrimreapper@KaZaA | old school slow jams - Immature - Please Dont Go.mp3 | Imx. | 2,382KB | Audio |
| thagrimreapper@KaZaA | 07__DAV.MP3 | Fiend | 4,252KB | Audio |
| thagrimreapper@KaZaA | 09 - What Its Like.mp3 | Jagged Edge | 3,081KB | Audio |
| thagrimreapper@KaZaA | 02-twista-till_us_of-swe.mp3 | Twista | 4,463KB | Audio |
| thagrimreapper@KaZaA | Twista - Adrenaline Rush.mp3 | Twista | 3,400KB | Audio |

2,095,940 users online, sharing 739,746,357 files (26,786,336 GB)    Not sharing any files

Found 763 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New search  |  Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thagrimreapper@KaZaA | 02-twista-kill_us_all-swe.mp3 | Twista | 4,462KB | Audio |
| thagrimreapper@KaZaA | Twista - Adrenaline Rush.mp3 | Twista | 3,493KB | Audio |
| thagrimreapper@KaZaA | 1.kpl | Unknown | 0KB | |
| thagrimreapper@KaZaA | Ice Cube - Ghetto Vet.mp3 | Ice Cube | 4,759KB | Audio |
| thagrimreapper@KaZaA | 15 - Youngbloodz - Fo Sho - Drankin' Patnaz.mp3 | Youngbloodz | 3,740KB | Audio |
| thagrimreapper@KaZaA | o.kpl | Rap Instrumentals | 0KB | |
| thagrimreapper@KaZaA | Heart of A Ghetto Boy.mp3 | Fiend | 5,286KB | Audio |
| thagrimreapper@KaZaA | Twista-Adrenaline Rush.mp3 | Twista | 3,997KB | Audio |
| thagrimreapper@KaZaA | T.I.- You Aint Hard -Thug Luv.mp3 | T.I. | 5,764KB | Audio |
| thagrimreapper@KaZaA | R.Kelly - I Cant Sleep Baby (1).mp3 | R. Kelly | 4,814KB | Audio |
| thagrimreapper@KaZaA | GGW.mpg | Girls Gone Wild | 2,585KB | Video |
| thagrimreapper@KaZaA | TQ - Daily.mp3 | TQ | 4,120KB | Audio |
| thagrimreapper@KaZaA | 02 - This Tha City.mp3 | Pastor Troy | 2,127KB | Audio |
| 2 Users | Scarface - Mary Jane.mp3 | Scarface | 4,371KB | Audio |
| thagrimreapper@KaZaA | Sammie - Count.mp3 | Sammie | 3,606KB | Audio |
| thagrimreapper@KaZaA | pastor troy - you cant pimp me (1).mp3 | pastor troy | 3,473KB | Audio |
| thagrimreapper@KaZaA | 09 Rick Jenes - Marry Jane.mp3 | Rick Jenes | 3,729KB | Audio |
| thagrimreapper@KaZaA | Anita Baker - Sweet Love.mp3 | Anita Baker | 3,846KB | Audio |
| thagrimreapper@KaZaA | 10 - Track 10.mp3 | Sean Paul feat. sasha | 3,210KB | Audio |
| thagrimreapper@KaZaA | Three Six Mafia - Toung ring.mp3 | Three 6 Mafia | 3,852KB | Audio |
| thagrimreapper@KaZaA | 03 My Automobile.wma | Young Bloodz | 4,107KB | Audio |
| thagrimreapper@KaZaA | Go To Sleep Bitch.mp3 | Eminem | 4,409KB | Audio |
| thagrimreapper@KaZaA | 04-Bonecrusher-Track 04.mp3 | Bone Crusher | 4,698KB | Audio |
| thagrimreapper@KaZaA | Ginuwine - Im Crying.MP3 | Ginuwine | 4,888KB | Audio |
| thagrimreapper@KaZaA | Coo Coo Cal - In My Projects (Remix).mp3 | Coo Coo Cal_Trick Daddy | 3,632KB | Audio |
| thagrimreapper@KaZaA | sleepy brown ft outkast - I can't wait.wma | Outkast | 2,178KB | Audio |
| thagrimreapper@KaZaA | 06 If I Aint Got You.wma | Alicia Keys | 3,615KB | Audio |
| thagrimreapper@KaZaA | Do Or Die - Do U.mp3 | Do Or Die | 3,939KB | Audio |
| thagrimreapper@KaZaA | ordlio - we ready.mp3 | Archie | 2,335KB | Audio |
|  | T.I.- Grand Royal.mp3 | T.I. | | Audio |

2,095,940 users online, sharing 739,746,357 files (26,786,336 GB)   Not sharing any files

Found 763 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Shop  Tell A Friend

New search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | archie - we ready.mp3 | Archie | 2,335KB | Audio |
| thegrimreapper@KaZaA | T.I. - Grand Royal.mp3 | T.I. | 4,900KB | Audio |
| thegrimreapper@KaZaA | Eminem - Without Me.mp3 | Eminem | 4,048KB | Audio |
| thegrimreapper@KaZaA | Jon B - They Don't Know.mp3 | Jon B | 4,294KB | Audio |
| thegrimreapper@KaZaA | Ludacris +splash weberfall (remix).mp3 | Ludacris | 4,238KB | Audio |
| thegrimreapper@KaZaA | White Manz World.mp3 | 2 Pac | 5,300KB | Audio |
| thegrimreapper@KaZaA | Copy of Three Six Mafia - The End (Instrumental).mp3 | Three 6 Mafia | 4,004KB | Audio |
| thegrimreapper@KaZaA | trailer.wmv | Unknown | 4,072KB | Video |
| thegrimreapper@KaZaA | Bizzy Bone - When Thugs Cry.mp3 | Bizzy Bone | 3,423KB | Audio |
| thegrimreapper@KaZaA | BG-1 Want It.mp3 | B.G. | 3,930KB | Audio |
| thegrimreapper@KaZaA | Silk - Lose Control.mp3 | Silk | 4,315KB | Audio |
| thegrimreapper@KaZaA | avant dont take your love away.wma | Avant | 4,432KB | Audio |
| thegrimreapper@KaZaA | Three 6 Mafia - late night tip.mp3 | Three 6 Mafia | 3,450KB | Audio |
| thegrimreapper@KaZaA | usher_ft.mp3 | Usher ft. joe budden | 4,238KB | Audio |
| thegrimreapper@KaZaA | boone thugs n harmony - notorious thugs.mp3 | Bone Thugs-n-Harmony | 5,794KB | Audio |
| thegrimreapper@KaZaA | Genuine - Same Old G.mp3 | Ginuwine | 2,885KB | Audio |
| thegrimreapper@KaZaA | jodakiss-kiss of death-air it out.mp3 | Jodakiss | 4,982KB | Audio |
| thegrimreapper@KaZaA | Tony Toni Tone - Just Me And You.mp3 | Tony Toni Tone | 3,920KB | Audio |
| thegrimreapper@KaZaA | Toejam_Earl in Panic on Funkotron.zip | Unknown | 1,416KB | |
| thegrimreapper@KaZaA | gens.exe | Unknown | 347KB | Software |
| thegrimreapper@KaZaA | gens.txt | Unknown | 35KB | |
| thegrimreapper@KaZaA | history.txt | Unknown | 34KB | |
| thegrimreapper@KaZaA | kdillersclient.dll | Unknown | 31KB | |
| thegrimreapper@KaZaA | language.dat | Unknown | 0KB | |
| thegrimreapper@KaZaA | Gens.cfg | Unknown | 2KB | |
| thegrimreapper@KaZaA | 88all_MJG - It's Like Candy.MP3 | Eightball_MJG | 4,446KB | Audio |
| thegrimreapper@KaZaA | eightball_mjg -pimp in my own rhyme.mp3 | Eightball_MJG | 4,263KB | Audio |
| thegrimreapper@KaZaA | Three Six Mafia and Twista - Smoked Out.mp3 | Three Six Mafia | 3,720KB | Audio |
| thegrimreapper@KaZaA | 10 - Would Ya.mp3 | Devin the Dude | 5,550KB | Audio |
| thegrimreapper@KaZaA | 02 ssb ska frankin 21r days.mp3 | Utah | 1,876KB | Audio |

2,095,940 users online, sharing 739,746,357 files (26,766,336 GB)    Not sharing any files

Found 763 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thagrimreapper@KaZaA | 10 - Would Ya.mp3 | Devin the Dude | 5,560KB | Audio |
| thagrimreapper@KaZaA | 03_cd2_disr_freestyle_24s_darc.mp3 | Lil Flip | 1,870KB | Audio |
| thagrimreapper@KaZaA | Joe Hood - Can I Live.mp3 | 3-Hood | 1,647KB | Audio |
| thagrimreapper@KaZaA | playa fly - face down on the dance floor.mp3 | Playa Fly | 3,175KB | Audio |
| thagrimreapper@KaZaA | Dirty - Bendin' Corners.mp3 | Dirty | 4,292KB | Audio |
| thagrimreapper@KaZaA | 01-NAS~1.MP3 | Nas, Jadakiss, Ludacris | 4,937KB | Audio |
| thagrimreapper@KaZaA | Bizzy Bone - Nobody Can Stop Me.mp3 | Bizzy Bone | 3,801KB | Audio |
| thagrimreapper@KaZaA | B. Gizzle - Living Legend - 14 - Been Doing This.mp3 | B.G. | 3,808KB | Audio |
| thagrimreapper@KaZaA | fiend - all I know.mp3 | Fiend | 2,733KB | Audio |
| thagrimreapper@KaZaA | David Banner (feat. Lil Flip) - Get Down (Like A Pimp).mp3 | David Banner | 4,011KB | Audio |
| thagrimreapper@KaZaA | Bizzy Bone - Waitin For Warfare.mp3 | Bizzy Bone | 5,407KB | Audio |
| thagrimreapper@KaZaA | Mary J Blige- No More Drama.mp3 | Mary J. Blige | 5,096KB | Audio |
| thagrimreapper@KaZaA | Gnuwine - 04.mp3 | Ginuwine | 4,192KB | Audio |
| thagrimreapper@KaZaA | Playa Fly - Movin' On - 03 - Situations.mp3 | Playa Fly | 4,321KB | Audio |
| thagrimreapper@KaZaA | porn xxx anal b spanish nice tits (2).mpeg | R. Kelly Feat. Jay-Z | 21,524KB | Video |
| thagrimreapper@KaZaA | 17-baby-what_happen_to_that_boy.mp3 | Baby | 3,520KB | Audio |
| thagrimreapper@KaZaA | 13-too_short-cigarette_f_ugk_8ball-supermp3s.mp3 | Too Short | 4,458KB | Audio |
| thagrimreapper@KaZaA | the_way_you_move (1).mp3 | Outkast | 4,601KB | Audio |
| thagrimreapper@KaZaA | Gangsta Boo _T-Rock - Nigga Yeah Know.mp3 | Gangsta Boo | 2,822KB | Audio |
| thagrimreapper@KaZaA | Mr. Magic (Thugin)- Puff Puff Pass.mp3 | Mr. Magic | 4,265KB | Audio |
| thagrimreapper@KaZaA | Dirty - 10 - Woodgrain.mp3 | Dirty | 4,816KB | Audio |
| thagrimreapper@KaZaA | Dirty - 11 - Fuck Witcha.mp3 | Dirty | 6,457KB | Audio |
| thagrimreapper@KaZaA | Do or Die-Can You Smoke and Ride.mp3 | Do or Die | 3,343KB | Audio |
| thagrimreapper@KaZaA | DavidBanner_and_LilJon (2).mp3 | David Banner | 5,981KB | Audio |
| thagrimreapper@KaZaA | Kayla-En Vogue - All Cried Out.mp3 | Allure f/112 | 3,479KB | Audio |
| thagrimreapper@KaZaA | Dirty - Pimp_Da Gangsta - 08 - Yean Heard.mp3 | Dirty | 4,562KB | Audio |
| thagrimreapper@KaZaA | Mr. Lucci - slab.mp3 | Mr. Lucci | 3,895KB | Audio |
| thagrimreapper@KaZaA | boggie Smalls - Ten Crack Commandments.mp3 | Notorious B.I.G. | 3,198KB | Audio |
| thagrimreapper@KaZaA | Three Six Mafia - Rinky Cink Records.mp3 | Project Pat | 3,966KB | Audio |