| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thagrimreapper@KaZaA | Three Six Mafia - Rinky Dink Records.mp3 | Project Pat | 3,966kB | Audio |
| thagrimreapper@KaZaA | Playa Fly - Triple Bitch Mafia.mp3 | Playa Fly | 4,946kB | Audio |
| thagrimreapper@KaZaA | Tyrese - Lately.mp3 | Tyrese | 4,165kB | Audio |
| thagrimreapper@KaZaA | Tupac and Bizzy Bone - Confessions [CDQ] - Unreleased.m… | Bone Thugs-N-Harmony | 1,582kB | Audio |
| thagrimreapper@KaZaA | Mr. Pookie - Big Ballah .mp3 | Mr. Pookie | 3,250kB | Audio |
| thagrimreapper@KaZaA | Montel Jordan_Bizzy Bone - Falling (Remix).mp3 | Montel Jordan and Bizzie … | 3,326kB | Audio |
| thagrimreapper@KaZaA | Lil Wayne - tha Block is Hot - 07 - Lights Out.mp3 | Lil Wayne | 2,886kB | Audio |
| thagrimreapper@KaZaA | Field Mob - Hey Shawty.mp3 | Field mob | 4,317kB | Audio |
| thagrimreapper@KaZaA | Cash Money-Lil Wayne-enemy turf (f. juvenile)_11231312… | Lil Wayne | 4,062kB | Audio |
| thagrimreapper@KaZaA | Jesse Powell - You.mp3 | Jesse Powell | 3,706kB | Audio |
| thagrimreapper@KaZaA | Keith Sweat - Nobody.mp3 | Keith Sweat | 3,616kB | Audio |
| thagrimreapper@KaZaA | clipse ft. pharrell - grindin' (instrumental).mp3 | z Instrumentals | 5,312kB | Audio |
| thagrimreapper@KaZaA | Luniz - The Official Weed Smokin Rhyme (remix).mp3 | Weed Songs | 3,492kB | Audio |
| thagrimreapper@KaZaA | MemphisBleek_roundhere.mp3 | Memphis Bleek | 7,090kB | Audio |
| thagrimreapper@KaZaA | devin the dude - doobie ashtray.mp3 | Devin The Dude | 1,820kB | Audio |
| thagrimreapper@KaZaA | blacks on blonds.wmv | blacksonblondes | 2,963kB | Video |
| thagrimreapper@KaZaA | BG - Checkmate - 03 - Gun Slinger.mp3 | B.G. | 4,179kB | Audio |
| thagrimreapper@KaZaA | Kanye West_Twista - Slow Jam.mp3 | Twista | 4,826kB | Audio |
| thagrimreapper@KaZaA | Tyrese - Act Like That (1).mp3 | Tyrese | 4,450kB | Audio |
| thagrimreapper@KaZaA | Three 6 Mafia- Smokin' On Da Dro.mp3 | three 6 Mafia | 3,964kB | Audio |
| thagrimreapper@KaZaA | musiq dont change (1).mp3 | Musiq | 3,620kB | Audio |
| thagrimreapper@KaZaA | Afroman - Colt 45.mp3 | Afroman | 4,984kB | Audio |
| thagrimreapper@KaZaA | Shai - If I Ever Fall In Love Again (1).mp3 | Shai | 2,963kB | Audio |
| thagrimreapper@KaZaA | Dmx - Grand Champion - 20 - Ayo Kato.mp3 | DMX | 5,316kB | Audio |
| thagrimreapper@KaZaA | MASTERP-HOWYADODAT (1).mp3 | Master P | 4,142kB | Audio |
| thagrimreapper@KaZaA | prophet jones - Lifetime.mp3 | Prophet Jones | 4,650kB | Audio |
| thagrimreapper@KaZaA | Choices_11-Os_Bitch_Dat_Hoe.MP3 | Project Pat. | 4,091kB | Audio |
| thagrimreapper@KaZaA | 01-t.i.-be_easy-gnb.mp3 | T.I. | 4,903kB | Audio |
| thagrimreapper@KaZaA | 05-702-i_still_love_yourms.mp3 | 702 | 6,727kB | Audio |

Found 763 files — 2,095,940 users online, sharing 739,746,357 files (26,766,335 GB) — Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| thegrimreapper@KaZaA | 06-702-i_still_love_you-rns.mp3 | 702 | 6,727KB | Audio | |
| thegrimreapper@KaZaA | black amateur clips of black strippers 404girlsgonewild (1)... | Black Women in Atlanta | 864KB | Video | 404 Gi |
| thegrimreapper@KaZaA | Ice Cube - Today Was A Good Day.mp3 | Ice Cube | 3,533KB | Audio | Toda |
| thegrimreapper@KaZaA | Bizzy Bone - Yes Yes Y'all.mp3 | Bizzy Bone | 910KB | Audio | |
| thegrimreapper@KaZaA | Afroman - Palmdale.mp3 | Afroman | 6,288KB | Audio | |
| thegrimreapper@KaZaA | Donnell Jones - Have You Seen Her.mp3 | Donell Jones | 2,606KB | Audio | |
| thegrimreapper@KaZaA | Tony Toni Tone - Anniversary.mp3 | Tony Toni Tone | 4,128KB | Audio | |
| thegrimreapper@KaZaA | Too Short shake that monkey instrumental.MP3 | Too Short | 4,380KB | Audio | |
| thegrimreapper@KaZaA | Posterboy - Freestyle 2.mp3 | Poster Boy | 729KB | Audio | |
| thegrimreapper@KaZaA | 18 - Voice Within.mp3 | Cristina Aguilera | 4,751KB | Audio | |
| thegrimreapper@KaZaA | Good Times_Holiday_Styles(The Lox) (1).mp3 | Styles P | 3,520KB | Audio | |
| thegrimreapper@KaZaA | kris kross - live and die for hip hop.mp3 | Kriss Kross | 3,490KB | Audio | Live |
| thegrimreapper@KaZaA | Tupac - Krazy.mp3 | 2 pac | 4,934KB | Audio | |
| thegrimreapper@KaZaA | Gerald Levert You Got That Love.mp3 | Gerald Levert | 4,584KB | Audio | |
| thegrimreapper@KaZaA | bizzy bone - riding on the highway.mp3 | Bizzy Bone | 4,306KB | Audio | |
| thegrimreapper@KaZaA | Joe - 1 Wanna Know.mp3 | Joe | 4,668KB | Audio | |
| thegrimreapper@KaZaA | Field Mobb - Cut Loose.MP3 | Field Mob | 5,813KB | Audio | |
| thegrimreapper@KaZaA | lil wayne - THA BLOCK IS HOT.mpg | Lil' Wayne | 42,697KB | Video | |
| thegrimreapper@KaZaA | 04-jay-z-encore-(produced_by_kanye_west)-rns.mp3 | Jay-Z | 5,896KB | Audio | Encore (Produc |
| thegrimreapper@KaZaA | (Ginuwine feat. Twista, Puff Daddy)-Is This The End-.mp3 | Ginuwine | 4,268KB | Audio | Is This Th |
| thegrimreapper@KaZaA | fightinintheclub.mp3 | I-20 ft. Lil Fate, Titty Boi, | 3,735KB | Audio | |
| thegrimreapper@KaZaA | celski,50cent,lilflip,lloydbanks.mp3 | 50 Cent | 2,180KB | Audio | |
| thegrimreapper@KaZaA | 10-lil_scrappy_and_lil_jon-headbussa-wcr.mp3 | Lil Scrappy_Lil Jon | 4,494KB | Audio | |
| thegrimreapper@KaZaA | LIL SCRAPPY - NEVA EVA.mp3 | Lil Scrappy_Trillville | 6,487KB | Audio | Neva Ev |
| thegrimreapper@KaZaA | Spy cam - Real black hooker on street big booty (upskirt) (... | Girls Gone Wild | 616KB | Video | |
| thegrimreapper@KaZaA | G-Unit - Wanna Get To Know You.mp3 | G-Unit | 3,136KB | Audio | Wann |
| thegrimreapper@KaZaA | Blowjobsgumshots.mpg | R.Kelly Sex Tape | 8,397KB | Video | Fucks his lil |
| thegrimreapper@KaZaA | lil' troy - We Gonna Lean.mp3 | Lil' Troy feat. Lil Flip | 4,062KB | Audio | |
| thegrimreapper@KaZaA | R. Kelly - Down Low.mp3 | R. Kelly | 4,554KB | Audio | |

Found 763 files | 2,095,940 users online, sharing 739,746,357 files (26,786,336 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | R. Kelly - Down Low.mp3 | R. Kelly | 4,524kB | Audio |
| thegrimreapper@KaZaA | rkelly - Step Into My Room.mp3 | R. Kelly | 3,562kB | Audio |
| thegrimreapper@KaZaA | tu Pac - Me And My Girl Friend (1).mp3 | 2 pac | 4,818kB | Audio |
| thegrimreapper@KaZaA | Vica Versa .mp3 | Pastor Troy | 4,156kB | Audio |
| thegrimreapper@KaZaA | RAP Mr. Pookie - Southern Made Playa.mp3 | Mr. Pookie | 4,239kB | Audio |
| thegrimreapper@KaZaA | Gerald Levert - Oh What A Night - feat Roy Ayers.mp3 | Gerald Levert | 4,590kB | Audio |
| thegrimreapper@KaZaA | Gerald Levert - Funny.mp3 | Gerald Levert | 4,153kB | Audio |
| thegrimreapper@KaZaA | Dru Hill - Tell Me.mp3 | Dru Hill | 3,969kB | Audio |
| thegrimreapper@KaZaA | JMX - Beautiful.mp3 | JMX | 4,628kB | Audio |
| thegrimreapper@KaZaA | pastor_troy-08-dear_pac-rage.mp3 | Pastor Troy | 3,558kB | Audio |
| thegrimreapper@KaZaA | (10) Dru Hill - I Love You.wma | Dru Hill | 3,094kB | Audio |
| thegrimreapper@KaZaA | Vivian Green - Emotional Rollercoaster.mp3 | Vivian Green | 3,056kB | Audio |
| thegrimreapper@KaZaA | Never Make A Promise.mp3 | Dru Hill | 5,119kB | Audio |
| thegrimreapper@KaZaA | Jae Mills - Whoa Freestyle.mp3 | Jae Millz | 3,059kB | Audio |
| thegrimreapper@KaZaA | Field Mob - Where Are You Going.mp3 | Field Mob | 5,974kB | Audio |
| thegrimreapper@KaZaA | DJ Big Mike - Track 08.mp3 | Jae Millz | 4,091kB | Audio |
| thegrimreapper@KaZaA | Latina's porn audition gets undresses and fucked 2m31s Hi... | Videos | 19,519kB | Video |
| thegrimreapper@KaZaA | R. Kelly - It Seems Like Your Ready.mp3 | R. Kelly | 3,974kB | Audio |
| thegrimreapper@KaZaA | Kelis-Seddest Story.mp3 | Kelis | 4,173kB | Audio |
| thegrimreapper@KaZaA | Yeah-Usher_f.!Don,Ludacris.mp3 | usher | 5,831kB | Audio |
| thegrimreapper@KaZaA | Ludacris - Yous a Hoe.mp3 | Ludacris | 4,960kB | Audio |
| thegrimreapper@KaZaA | Dirty - The Pimp And The Gangsta - 10 - Ride.mp3 | Dirty | 5,716kB | Audio |
| thegrimreapper@KaZaA | Twista - Get It Wet.mp3 | Twista | 3,568kB | Audio |
| thegrimreapper@KaZaA | Michael Jackson - Man In The Mirror.mp3 | Michael Jackson | 4,992kB | Audio |
| thegrimreapper@KaZaA | Mystikal - I Smell Smoke (1).mp3 | Mystikal | 2,481kB | Audio |
| thegrimreapper@KaZaA | 10-Black And White.mp3 | Master P | 4,462kB | Audio |
| thegrimreapper@KaZaA | Snoop Doggy Dogg - Gin and Juice.mp3 | Snoop Dogg | 3,300kB | Audio |
| thegrimreapper@KaZaA | Fallin'.mp3 | Alicia Keys | 3,065kB | Audio |
| thegrimreapper@KaZaA | Three 6 Mafia Fiend - Da Headbussaz - 06 - Thats How It... | Da Headbussaz | 4,172kB | Audio |

2,095,940 users online, sharing 739,746,357 files (26,766,336 GB) | Not sharing any files

Found 763 files

# Kazaa - [Search]

File  View  Players  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| thegrimreapper@KaZaA | Three 6 Mafia_Fiend - Da Headbussaz - 06 - Thats How It... | Da Headbussaz | 4,178KB | Audio | Dats Ho... |
| thegrimreapper@KaZaA | Field Mob - My Main Roni.mp3 | Field Mob | 4,893KB | Audio | |
| thegrimreapper@KaZaA | playa fly - ghetto eyes.mp3 | Playa Fly | 4,592KB | Audio | |
| thegrimreapper@KaZaA | Silk the Shocker_Mystikal - It aint my fault.mp3 | Silk The Shocker f/ Mysti... | 3,217KB | Audio | It Aint My... |
| thegrimreapper@KaZaA | Trick Daddy - Thug Holiday.mp3 | Trick Daddy | 2,789KB | Audio | |
| thegrimreapper@KaZaA | big yo.mp3 | pastor troy feat. coldbloo... | 4,163KB | Audio | |
| thegrimreapper@KaZaA | Mr. Lucci - Consequences (ft. Mr. Pookie).mp3 | Mr. Lucci | 3,498KB | Audio | Consequen... |
| thegrimreapper@KaZaA | Roy Jones Jr - Y'all Must've Forgot.mp3 | Roy Jones Jr. | 4,152KB | Audio | |
| thegrimreapper@KaZaA | Ginuine - When Doves Cry.mp3 | Ginuwine | 3,272KB | Audio | |
| thegrimreapper@KaZaA | 01-murphy_lee-wat_da_hook_gon_be-xxl.mp3 | Murphy Lee | 5,296KB | Audio | W... |
| thegrimreapper@KaZaA | Bang Bus Carolyn.asf | Bangbus.com | 1,729KB | Video | |
| thegrimreapper@KaZaA | Mr. Lucci - The Trunk (ft. Mr. Pookie).mp3 | Mr. Lucci | 3,570KB | Audio | The Tru... |
| thegrimreapper@KaZaA | Blacks on blondes (compilation 4-24).mpg | classic porn | 34,781KB | Video | huge black monster di... |
| thegrimreapper@KaZaA | 06 - Beautiful (You Are).mp3 | lmx | 3,110KB | Audio | |
| thegrimreapper@KaZaA | Outkast - B.O.B. (Bombs Over Baghdad).mp3 | OutKast | 4,758KB | Audio | B.O.B. (Bom... |
| thegrimreapper@KaZaA | Sisqo - Incomplete.mp3 | Sisqo (Dru Hill) | 3,239KB | Audio | |
| thegrimreapper@KaZaA | Boys II Men - Im doing just fine.mp3 | Boys II Men | 5,149KB | Audio | |
| thegrimreapper@KaZaA | All 4 One - I Swear.mp3 | All For One | 2,032KB | Audio | |
| thegrimreapper@KaZaA | PETEY PABLO -FREAK A LEAK.mp3 | Petey Pablo | 5,441KB | Audio | |
| thegrimreapper@KaZaA | Gangsta Blac - 5th Memphis.MP3 | Gangsta Blac and Playa Fly | 4,440KB | Audio | |
| thegrimreapper@KaZaA | Ginuwine ft. Sole - Sex.mp3 | Ginuwine ft. Sole | 5,402KB | Audio | |
| thegrimreapper@KaZaA | Hot Boys ft. 3-6 Mafia - Hypnotize Cash Money (Playa Why... | Three 6 Mafia | 4,106KB | Audio | F... |
| thegrimreapper@KaZaA | Afroman - Crazy rap (dirty) [Dxdale].mpg | afroman | 45,422KB | Video | Afroman - Crazy... |
| thegrimreapper@KaZaA | Tu Pac - Dear Mama.mp3 | 2 pac | 3,818KB | Audio | |
| thegrimreapper@KaZaA | Warren G_Nate Dog - Regulator.mp3 | Warren G_Nate Dog | 2,972KB | Audio | |
| thegrimreapper@KaZaA | Twista - Emotions.mp3 | Twista | 4,256KB | Audio | |
| thegrimreapper@KaZaA | jayz B -poppin tags(big boi, killer mike,twista).mp3 | Jay Z, Twista, KillerMike, ... | 5,633KB | Audio | |
| thegrimreapper@KaZaA | 07 - pastor_troy_07_4_my_hustlaz_darc.mp3 | Pastor Troy | 3,171KB | Audio | |
| thegrimreapper@KaZaA | (08) Juicy J - Smoke Dat Weed.mp3 | Juicy J | 4,518KB | Audio | Black... |

Found 763 files | 2,095,940 users online, sharing 739,746,357 files (26,786,336 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | New search | Downloads | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| thegrimreapper@KaZaA | (08) Juicy J - Smoke Dat Weed.mp3 | Juicy J | 4,512KB | Audio | |
| thegrimreapper@KaZaA | Nina Hartley_Buttman Revenge 7,37mb 4,45min.avi | Blacks on Blondes | 4,150KB | Video | Blonde with Al |
| thegrimreapper@KaZaA | Pretty Willie - rol wit me.mp3 | Pretty Willie | 4,949KB | Audio | |
| thegrimreapper@KaZaA | break of dawn.mp3 | Michael Jackson | 5,202KB | Audio | |
| thegrimreapper@KaZaA | Immature - Extra Extra.mp3 | IMx | 3,167KB | Audio | |
| thegrimreapper@KaZaA | Master P feat. UGK - Break 'Em Off Something.mp3 | Master P | 4,400KB | Audio | Break |
| thegrimreapper@KaZaA | Boys II Men - Girl in the Life Magazine.mp3 | Boys II Men | 3,267KB | Audio | Girl Ir |
| thegrimreapper@KaZaA | Scarface- Last of A Dying Breed- 05- Down With Us.mp3 | Scarface | 6,630KB | Audio | Down W |
| thegrimreapper@KaZaA | Temple.wma | Hook The Captain | 2,184KB | Audio | |
| thegrimreapper@KaZaA | Porn - Jenna Jamieson and friends.mpg | MDMA | 9,530KB | Video | |
| thegrimreapper@KaZaA | Keep it Alive.wma | Return To Mono | 2,615KB | Audio | Keep it |
| thegrimreapper@KaZaA | Twista - Overnight Celebrity.mp3 | Twista | 3,667KB | Audio | |
| thegrimreapper@KaZaA | Ginuwine - There it is.mp3 | Ginuwine | 4,735KB | Audio | |
| thegrimreapper@KaZaA | Bobby Brown - Every Little Step I Take.mp3 | Bobby Brown | 4,433KB | Audio | Ever |
| thegrimreapper@KaZaA | Pastor Troy - No Mo Play in GA.mp3 | Pastor Troy | 2,822KB | Audio | |
| thegrimreapper@KaZaA | Jay_Z_-_Excuse_Me_Miss_(Neptunes_Remix).mp3 | Jay-Z | 3,342KB | Audio | Excuse Me Miss |
| thegrimreapper@KaZaA | Michael Jackson - Dirty Diana.mp3 | Michael Jackson | 4,567KB | Audio | |
| thegrimreapper@KaZaA | Eminem - The Way I Am.mp3 | Eminem | 4,537KB | Audio | |
| thegrimreapper@KaZaA | baby-22-keep_spinnin_(ft_ti_petey_pablo_tq_mannie_fre... | Baby ft. Petey Pablo, T.I... | 6,766KB | Audio | |
| thegrimreapper@KaZaA | I Got The Hook-Up - We Got It.mp3 | Mr. Serv-On, Big Ed, Magi... | 2,038KB | Audio | |
| thegrimreapper@KaZaA | Michael Jackson - Invincible - 05 - Heaven Can Wait ( Full V... | Michael Jackson | 5,662KB | Audio | |
| thegrimreapper@KaZaA | Field Mob-Dead In Your Chevy.mp3 | Field Mob | 3,594KB | Audio | D |
| thegrimreapper@KaZaA | Field Mob - Da Dirty.mp3 | Field Mob | 4,156KB | Audio | |
| thegrimreapper@KaZaA | Field Mob - From The Roota To Tha Toota - 03 - Dont Want... | Field Mob | 4,585KB | Audio | Dont |
| thegrimreapper@KaZaA | Dru Hill - We're Not Making Love No More.mp3 | Dru Hill | 4,457KB | Audio | We're Not Me |
| thegrimreapper@KaZaA | Dru Hill - Five Steps.mp3 | Dru Hill | 5,353KB | Audio | |
| thegrimreapper@KaZaA | Field mobb- Can't Stop Us.MP3 | Field Mob | 4,841KB | Audio | |
| thegrimreapper@KaZaA | 03-t.i.-24s-rage.mp3 | T.I. | 5,386KB | Audio | |
| thegrimreapper@KaZaA | Donnell Jones- Where I Want To Be.mp3 | Donnell Jones | 2,973KB | Audio | |

Found 763 files | 2,095,940 users online, sharing 739,746,357 files (26,766,336 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thagrimreapper@KaZaA | Donnell Jones- Where I Want To Be.mp3 | Donnell Jones | 2,973KB | Audio |
| thagrimreapper@KaZaA | rb-donell jones-all her love.mp3 | Donnell Jones | 4,299KB | Audio |
| thagrimreapper@KaZaA | 15-dirty-ghetto_operanns.mp3 | Dirty | 5,976KB | Audio |
| thagrimreapper@KaZaA | God Sent Me an Angle.mp3 | Amanda Perez | 3,443KB | Audio |
| thagrimreapper@KaZaA | Dirty_ where da luv.mp3 | Dirty | 6,297KB | Audio |
| thagrimreapper@KaZaA | klo ali - Nastydancer.mp3 | Klo Ali | 3,982KB | Audio |
| thagrimreapper@KaZaA | Why Don't We Fell In Love(Rmx).mp3 | Amerie Ft. Ludacris | 3,268KB | Audio |
| thagrimreapper@KaZaA | Jagged Edge - Promise.mp3 | Jagged Edge | 2,902KB | Audio |
| thagrimreapper@KaZaA | Jaheim - 05 - Put That Woman First - Still Ghetto.mp3 | Jaheim | 3,843KB | Audio |
| thagrimreapper@KaZaA | Brown Sugar Soundtrack - 02 - Erykah Badu - I'm in love wi… | Erykah Badu | 5,018KB | Audio |
| thagrimreapper@KaZaA | Mr. Lucci - Have You Ever.mp3 | Mr. Lucci | 4,240KB | Audio |
| thagrimreapper@KaZaA | Klo Ali - Love In Ya Mouth.mp3 | Klo Ali | 3,654KB | Audio |
| thagrimreapper@KaZaA | 8Ball - Stop Playing Games.mp3 | 8 ball | 3,982KB | Audio |
| thagrimreapper@KaZaA | eminem - Im just Marshal Mathers.mp3 | Eminem | 2,577KB | Audio |
| thagrimreapper@KaZaA | New Artist - T.I. - at the bar_0224205022.mp3 | T.I. | 3,658KB | Audio |
| thagrimreapper@KaZaA | white women fucking black men.mpg | hard core | 10,094KB | Video |
| thagrimreapper@KaZaA | Isaac Hayes - The Look of Love.mp3 | Isaac Hayes | 10,505KB | Audio |
| thagrimreapper@KaZaA | 11-dru_hill-never_stop_loving_you-rns.mp3 | Dru Hill | 6,606KB | Audio |
| thagrimreapper@KaZaA | Marques Houston - Clubbin Ft. Joe Budden.mp3 | Marques Houston | 3,934KB | Audio |
| thagrimreapper@KaZaA | Alicia Keys - Mr. Man (duet with Jimmy Cozier).mp3 | Alicia Keys | 3,904KB | Audio |
| thagrimreapper@KaZaA | Juvenile - 400 Degrees - Track 18 - HA Remix (Feat. Jay-Z)… | Juvenile | 2,076KB | Audio |
| thagrimreapper@KaZaA | Brian McKnight - Anytime (I miss you).mp3 | Brian McKnight | 4,268KB | Audio |
| thagrimreapper@KaZaA | Dru Hill ft Case - Beauty (Remix).mp3 | Dru Hill | 5,128KB | Audio |
| thagrimreapper@KaZaA | Jay Z feat. R. Kelly - Not Guilty.mp3 | Jay-Z and R. Kelly | 3,277KB | Audio |
| thagrimreapper@KaZaA | Asian Cheyenne silver Anal GOOD.mpg | Aria Giovanni | 25,335KB | Video |
| thagrimreapper@KaZaA | 504 Boyz feat. Mercedes - I can tell u wanna fuck..mp3 | 504 Boys (ft. Mercedes) | 3,374KB | Audio |
| thagrimreapper@KaZaA | Bizzy Bone - Fried Day.mp3 | Bizzy Bone | 4,311KB | Audio |
| thagrimreapper@KaZaA | gangsta boo - in town representatives.mp3 | Gangsta Boo | 6,207KB | Audio |
| thagrimreapper@KaZaA | Field Mob - Cheatin On We.mp3 | Field Mob | 3,715KB | Audio |

Found 763 files | 2,095,940 users online, sharing 739,746,357 files (26,786,336 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Tell A Friend
New search | Download | Search | Traffic | Shop | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | Field Mob - Cheatin' On We.mp3 | Field Mob | 3,719KB | Audio |
| thegrimreapper@KaZaA | Jaheim - Could It Be.mp3 | Jaheim | 3,537KB | Audio |
| thegrimreapper@KaZaA | Dru Hill - I Should Be.mp3 | Dru Hill | 4,156KB | Audio |
| thegrimreapper@KaZaA | C-Nile - bama boyz (feat. dangerous p).mp3 | C-nile | 3,695KB | Audio |
| thegrimreapper@KaZaA | Master P - Ghetto Dope - If Only Time Will Tell.mp3 | Master P | 3,889KB | Audio |
| thegrimreapper@KaZaA | Master P feat. Tru - I Always Feel Like Somebody's Watchin… | Master P | 3,613KB | Audio |
| thegrimreapper@KaZaA | Why Do I Feel So Sad.mp3 | Alicia Keys | 4,154KB | Audio |
| thegrimreapper@KaZaA | MIA X ft. MYSTIKAL - TWERK SOMETHING.mp3 | Mia X | 1,174KB | Audio |
| thegrimreapper@KaZaA | Subway and 702 - This Little Game We Play.mp3 | Subway feat. 702 | 4,607KB | Audio |
| thegrimreapper@KaZaA | playa_fly-06-universal_heartthrob_(mesta_tito)-rage.mp3 | Playa Fly | 8,156KB | Audio |
| thegrimreapper@KaZaA | TQ - Bye Bye Baby.mp3 | TQ | 3,942KB | Audio |
| thegrimreapper@KaZaA | t_and_psc-04-sum_fools_(ft.mp3 | T.I. | 6,800KB | Audio |
| thegrimreapper@KaZaA | Usher - You Got It Bad.mp3 | Usher | 3,906KB | Audio |
| thegrimreapper@KaZaA | juvenile - u understand.mp3 | Juvenile | 6,080KB | Audio |
| thegrimreapper@KaZaA | TQ - Westside.mp3 | TQ | 4,710KB | Audio |
| thegrimreapper@KaZaA | Avant- Dont Say Yes.mp3 | Avant | 4,307KB | Audio |
| thegrimreapper@KaZaA | Jagged Edge - Wednesday Lover.mp3 | Jagged Edge | 4,239KB | Audio |
| 2 Users | Usher-Can U Help Me.mp3 | Usher | 5,241KB | Audio |
| thegrimreapper@KaZaA | JD Feat. P Diddy, Murphy Lee, and Snoop Dogg - Welcome … | JD | 4,748KB | Audio |
| thegrimreapper@KaZaA | P Diddy feat. Usher - 1 Need a Girl.mp3 | P Diddy f. Usher | 4,260KB | Audio |
| thegrimreapper@KaZaA | 112 - Cupid.mp3 | 112 | 3,966KB | Audio |
| thegrimreapper@KaZaA | mr.pookie - French Connection (feat. Mr.Lucco).mp3 | Mr. Pookie | 3,376KB | Audio |
| thegrimreapper@KaZaA | Jimmy Cozier - She's all I Got.mp3 | Jimmy Cozier | 3,130KB | Audio |
| thegrimreapper@KaZaA | Boys II Men - Water Runs Dry.mp3 | Boys II Men | 3,155KB | Audio |
| thegrimreapper@KaZaA | Devin The Dude - Refer And Beer.mp3 | Devin The Dude | 4,096KB | Audio |
| thegrimreapper@KaZaA | Carl Thomas - Emotional.mp3 | Carl Thomas | 4,246KB | Audio |
| thegrimreapper@KaZaA | Petey Pablo - Blow Your Whistle (Dirty).mp3 | Petey Pablo | 3,264KB | Audio |
| thegrimreapper@KaZaA | Lucy Pearl - Dont mess with my man.mp3 | Nivea ft Jagged Edge | 3,367KB | Audio |
| thegrimreapper@KaZaA | Charlie Wilson - Without You.mp3 | Charlie Wilson | 4,730KB | Audio |

Found 763 files | 2,095,940 users online, sharing 739,746,357 files (26,786,336 GB) | Not sharing any files