# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| thagrimreapper@KaZaA | Charlie Wilson - Without You.mp3 | Charlie Wilson | 4,790KB | Audio | |
| thagrimreapper@KaZaA | Brian McKnight - 05 - Love Of My Life.mp3 | Brian Mcknight | 4,406KB | Audio | |
| thagrimreapper@KaZaA | Tupac - MAKAVELI - Intro bomb first (my second reply).mp3 | 2 pac | 4,644KB | Audio | Bomb First |
| thagrimreapper@KaZaA | Murder Inc - Who Is 50 Cent.wma | David Banner ft Lil Flip | 1,868KB | Audio | Who Is 50 Ce |
| thagrimreapper@KaZaA | david banner - Flickin Twanties.mp3 | David Banner | 6,919KB | Audio | |
| thagrimreapper@KaZaA | Ginuwine - When Doves Cry.mp3 | Ginuwine | 3,798KB | Audio | When |
| thagrimreapper@KaZaA | 06-cadillac_on_22s-cms.mp3 | David Banner | 6,147KB | Audio | C |
| thagrimreapper@KaZaA | Carlos Santana feat. Wyclef Jean - Maria Maria.mp3 | Carlos Santana | 4,104KB | Audio | |
| thagrimreapper@KaZaA | Big Black Nipples.mpg | 3 Doors Down | 2,249KB | Video | Exploded Teens force |
| thagrimreapper@KaZaA | Dirty - Dipped In Blak.mp3 | Dirty | 3,033KB | Audio | |
| thagrimreapper@KaZaA | lil john and the eastside boyz ft e-40_petey pablo_bun b-r... | E-40 | 4,890KB | Audio | Tue |
| thagrimreapper@KaZaA | Hotboys - Tuesdays_Thursdays.mp3 | hot boys | 3,526KB | Audio | |
| thagrimreapper@KaZaA | Eightball___MJG_Dont_Want_No_Drama.mp3 | eight ball and mjg | 4,193KB | Audio | dONT |
| thagrimreapper@KaZaA | 14-hot_boys-young_riders-rns.mp3 | Hot Boys | 5,251KB | Audio | |
| thagrimreapper@KaZaA | Alicia Keys - Troubles.mp3 | Alicia Keys | 4,204KB | Audio | |
| thagrimreapper@KaZaA | Avant - My First Love.mp3 | Avant | 4,193KB | Audio | |
| thagrimreapper@KaZaA | 2pac(feat.SnoopDogg)-GangstaParty.mp3 | 2 pac | 3,968KB | Audio | |
| thagrimreapper@KaZaA | Jagged Edge - I Gotta Be.mp3 | Jagged Edge | 4,198KB | Audio | |
| thagrimreapper@KaZaA | Lil Flip - Underground Legend - 15 - What Yall Wanna Do Ft... | Lil Flip | 3,367KB | Audio | What Yall Wanna D |
| thagrimreapper@KaZaA | 09 - Diabolical - What You See.mp3 | Mr. Lucci | 3,371KB | Audio | |
| thagrimreapper@KaZaA | Tupac-fuck doggy dogg(snoop diss song-unreleased).mp3 | Tupac_Dr. Dre | 3,412KB | Audio | |
| thagrimreapper@KaZaA | IMX- My Very First Time.mp3 | IMX | 3,154KB | Audio | |
| thagrimreapper@KaZaA | Mr. Pookie - how you hook it up.mp3 | Mr. Pookie | 3,566KB | Audio | |
| thagrimreapper@KaZaA | R. Kelly - Half On A Baby.mp3 | R. Kelly | 4,618KB | Audio | |
| thagrimreapper@KaZaA | 02 - Ginuwine - Get ready (feat snoop dogg and the rook) ... | Ginuwine | 6,470KB | Audio | Get Ready (Feat. Snoop |
| thagrimreapper@KaZaA | the neptunes-the neptunes present...dones-it blows my m... | the neptunes | 5,195KB | Audio | |
| thagrimreapper@KaZaA | Ginuwine - 07 - Love You More - simplemp3s.mp3 | Ginuwine | 5,659KB | Audio | |
| thagrimreapper@KaZaA | Foxy Brown - BWA.mp3 | Foxy / Mia X / Gangsta B... | 3,234KB | Audio | BWA (Bit |
| thagrimreapper@KaZaA | Ginuwine - 15 - Ginuwine - Hell Yeah (Remix Fe - simpemp3 ... | Ginuwine | 6,031KB | Audio | Hell Yeah (Remix Feat. R. |

Found 763 files | 2,095,940 users online, sharing 739,746,357 files (26,766,336 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thagrimreapper@KaZaA | Ginuwine - 15 - Ginuwine - Hell Yeah (Remix Fe - simplemp3... | Ginuwine | 6,331KB | Audio |
| thagrimreapper@KaZaA | IMX - Stay The Night.mp3 | IMX | 3,411KB | Audio |
| thagrimreapper@KaZaA | UGK - Front, Back, Side to Side.mp3 | UGK | 4,904KB | Audio |
| thagrimreapper@KaZaA | Ying Yang Twins - Whistle While You Tweak.mp3 | Ying Yang Twinz | 4,306KB | Audio |
| thagrimreapper@KaZaA | SWV - Rain.mp3 | SWV | 4,123KB | Audio |
| thagrimreapper@KaZaA | Eamon - Fuck It.mp3 | Eamon | 3,513KB | Audio |
| thagrimreapper@KaZaA | 12-dirty-gimme_eecthang-uhb.mp3 | Dirty | 6,514KB | Audio |
| thagrimreapper@KaZaA | Petey Pablo ft.mp3 | Petey Pablo | 5,796KB | Audio |
| thagrimreapper@KaZaA | Monica - Why I Love You So Much.mp3 | Monica | 4,228KB | Audio |
| thagrimreapper@KaZaA | 07_Mystikal_-_Big_Truck_Driver.mp3 | Mystikal | 4,204KB | Audio |
| thagrimreapper@KaZaA | Donell Jones - I Wanna Love You.mp3 | Donell Jones | 3,024KB | Audio |
| thagrimreapper@KaZaA | Usher - You Make Me Wanna.mp3 | Usher | 3,459KB | Audio |
| thagrimreapper@KaZaA | huge black cock in ass.mpeg | Porn | 870KB | Video |
| thagrimreapper@KaZaA | Artist - Track 11_02011162755.mp3 | 50 Cent | 3,932KB | Audio |
| thagrimreapper@KaZaA | Three Six Mafia - Where is Da Bud.mp3 | Three 6 Mafia | 3,702KB | Audio |
| thagrimreapper@KaZaA | Tupac Shakur - [ I Wonder if Heaven Got A Ghetto.mp3 | 2 Pac | 4,386KB | Audio |
| thagrimreapper@KaZaA | Big Tymers - Get Your Roll On (Uncensored).mpg | Cash Money Millionares | 45,646KB | Video |
| thagrimreapper@KaZaA | 11-50_cent-pimp-rns (streamload).mp3 | 50 Cent | 5,848KB | Audio |
| thagrimreapper@KaZaA | 05-ginuwine-in_those_jeans-0mni.mp3 | Ginuwine | 5,707KB | Audio |
| thagrimreapper@KaZaA | Usher - My Way.mp3 | Usher | 3,354KB | Audio |
| thagrimreapper@KaZaA | 14-ginuwine-big_plans_(feat_method_man)-0mni.mp3 | Ginuwine | 4,856KB | Audio |
| thagrimreapper@KaZaA | 13-ginuwine-our_first_born-0mni (1).mp3 | Ginuwine | 6,000KB | Audio |
| thagrimreapper@KaZaA | 12 - Ginuwine - Bedda man -21stcentury.mp3 | Ginuwine | 5,292KB | Audio |
| thagrimreapper@KaZaA | Slow Jams - JOE - The Things Your Man Won't Do.MP3 | Joe | 5,918KB | Audio |
| thagrimreapper@KaZaA | PRESSHA - Splackavellie.mp3 | Pressha | 4,039KB | Audio |
| thagrimreapper@KaZaA | Mystikal_-_Pussy_Crook.mp3 | Mystikal | 4,250KB | Audio |
| thagrimreapper@KaZaA | Next - Butta Love.mp3 | Next | 4,618KB | Audio |
| thagrimreapper@KaZaA | No Limit - Smokin' Weed In My Cadillac.MP3 | TRU | 5,498KB | Audio |
| thagrimreapper@KaZaA | 05-lil_flip-feat.mp3 | Lil Flip ft. young buck | 4,147KB | Audio |

Found 763 files | 2,095,940 users online, sharing 739,746,357 files (26,766,336 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| thagrimreapper@KaZaA | 05-lil_flip_feat.mp3 | Lil Flip ft. young buck | 4,147KB | Audio | Making Good Love (f |
| thagrimreapper@KaZaA | Bone Thugs-N-Harmony - Making Good Love (Remix 1).mp3 | Avant | 2,667KB | Audio | M... |
| thagrimreapper@KaZaA | 12 ATL - Make it up With Love.wma | ATL | 3,232KB | Audio | f |
| thagrimreapper@KaZaA | booty tak 8 sexy black women taking a huge black cock up ... | Booty Tak | 2,383KB | Video | The |
| thagrimreapper@KaZaA | Genuwine, RL, Tyrese, Case - The Best Men I Can Be.mp3 | Ginuwine | 4,812KB | Audio | |
| thagrimreapper@KaZaA | Three Six Mafia - Ass And Titles.mp3 | Three 6 Mafia | 5,261KB | Audio | |
| thagrimreapper@KaZaA | Asswatcher - Lisa [Lapdance].wmv | Asswatcher | 823KB | Video | |
| thagrimreapper@KaZaA | 14-murphy_lee-jungle_gym-rns.mp3 | Murphy Lee | 4,768KB | Audio | |
| thagrimreapper@KaZaA | Babyface - What If (1).mp3 | Baby Face | 4,618KB | Audio | |
| thagrimreapper@KaZaA | St Lunatics - Who's the Boss.mp3 | Murphy Lee | 3,845KB | Audio | |
| thagrimreapper@KaZaA | jadakiss n nate dog- times up.mp3 | Jadakiss | 3,312KB | Audio | |
| thagrimreapper@KaZaA | Playa - Cheers 2 U.mp3 | Playa | 4,866KB | Audio | W |
| thagrimreapper@KaZaA | tyrese- 2000 Watts-What Am I Gonna Do.mp3 | Tyrese | 4,379KB | Audio | |
| thagrimreapper@KaZaA | black First Time Ass Fuck (1) (1).mpg | big brother | 4,687KB | Video | Lil Fly - A |
| thagrimreapper@KaZaA | dj paul,playa fly-anna got me clickin(original).mp3 | Playa Fly Feat..DJ Paul | 5,086KB | Audio | |
| thagrimreapper@KaZaA | Jagged Edge - Let's Get Married.mp3 | Jagged Edge | 5,138KB | Audio | Massive Black Coc |
| thagrimreapper@KaZaA | Black Anal Of Blond -dogfart-.mpg | huge cocks | 2,213KB | Video | You Mea |
| thagrimreapper@KaZaA | ruff endz - You Mean the World to Me (1).mp3 | Ruff Endz | 3,906KB | Audio | |
| thagrimreapper@KaZaA | Bone Thugs N Harmony - Mo Murda.mp3 | Bone Thugs-n-Harmony | 5,389KB | Audio | |
| thagrimreapper@KaZaA | St Lunatics ft Posterboy - If I Want To.mp3 | Postaboy Ft. Nelly, Murp... | 5,234KB | Audio | |
| thagrimreapper@KaZaA | Common Feat. Mary J. Blige - Come To Me.mp3 | Common f / Mary J. Blige | 3,850KB | Audio | When W |
| thagrimreapper@KaZaA | Genuine - So Anxious.mp3 | Ginuwine | 4,342KB | Audio | |
| thagrimreapper@KaZaA | Juvenile - Nolia Clap.mp3 | Juvenile | 4,289KB | Audio | |
| thagrimreapper@KaZaA | Playa Fly - Fly2K - 2, Bill Chill Lives.mp3 | Playa Fly | 4,724KB | Audio | Many |
| thagrimreapper@KaZaA | Babyface - When Will I See You Again.mp3 | Baby Face | 3,589KB | Audio | |
| thagrimreapper@KaZaA | Murphy Lee - Love Me Baby.mp3 | Murphy Lee | 6,260KB | Audio | Get The |
| thagrimreapper@KaZaA | 04-50_cent-many_men_(wish_death)-rns.mp3 | 50 Cent | 6,006KB | Audio | |
| thagrimreapper@KaZaA | Ideal - Get Gone.mp3 | Ideal | 4,214KB | Audio | |
| thagrimreapper@KaZaA | Jon B - I Do.mp3 | Jon B | 4,465KB | Audio | |

Found 763 files    2,095,940 users online, sharing 739,746,357 files (26,766,336 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| thegrimreaper@KaZaA | Jon B - I Do.mp3 | Jon B | 4,465KB | Audio | |
| thegrimreaper@KaZaA | tela-11-coco_ft_jazze_pha-rage.mp3 | Tela | 6,175KB | Audio | |
| thegrimreaper@KaZaA | Booty Talk 7 Black Hardcore Video Big Ass Ghetto Hood Rat... | West Coast-bootytalk.com | 16,116KB | Video | Black Hardcore Video Big Ass Ghett |
| thegrimreaper@KaZaA | Slum Village ft Kanye West - Selfish.mp3 | Slum Village ft Kanye West | 7,118KB | Audio | |
| thegrimreaper@KaZaA | Bang Bus - Karen.mpeg | BangBus | 606KB | Video | |
| thegrimreaper@KaZaA | Three 6 Mafia - Who Run It.mpg | Three Six Mafia | 39,295KB | Video | |
| thegrimreaper@KaZaA | Youngbuck-Let Me In.mp3 | Young Buck Feat. 50 Cent | 4,625KB | Audio | |
| thegrimreaper@KaZaA | Bizzy Bone feat Joker - Uh Huh (Smooth Remix) - samplemp... | Bizzy Bone | 5,137KB | Audio | Uh H |
| thegrimreaper@KaZaA | Rome - I Belong To You.mp3 | Rome | 4,268KB | Audio | |
| thegrimreaper@KaZaA | R. Kelly - Bump N' Grind.mp3 | R. Kelly | 5,002KB | Audio | |
| thegrimreaper@KaZaA | (Rap) Juvenile - Pimpinabitch.mp3 | Juvenile | 1,672KB | Audio | |
| thegrimreaper@KaZaA | 112 - Love You Like I Did.mp3 | 112 | 4,040KB | Audio | |
| thegrimreaper@KaZaA | Da Wild Boys - Drop That Soulja Rag.mp3 | Da Wild Boyz | 3,618KB | Audio | Dr |
| thegrimreaper@KaZaA | Juvenile - Soulja Rags.mp3 | Juvenile | 3,869KB | Audio | |
| thegrimreaper@KaZaA | 05 MAN AINT SUPPOSED TO CRY.mp3 | Public Announcement. | 3,034KB | Audio | Man ai |
| thegrimreaper@KaZaA | Lil Zane_Anywhere.mp3 | 112 | 2,872KB | Audio | |
| thegrimreaper@KaZaA | B.G. - Hottest Of The Hot.mp3 | B.G. | 6,040KB | Audio | |
| thegrimreaper@KaZaA | Hot Boys - Guerila Warfare - 04 - Help.mp3 | B.G. | 4,974KB | Audio | |
| thegrimreaper@KaZaA | Jagged Edge - Goodbye.mp3 | Jagged Edge | 6,399KB | Audio | |
| thegrimreaper@KaZaA | r_kelly_and_jay-z-the_best_of_both_worlds-11-break_up_... | R. Kelly And Jay-Z | 4,936KB | Audio | Br |
| thegrimreaper@KaZaA | r. kelly and jay-z - the best of both worlds - 06 - pussy.mp3 | R. Kelly and Jay-Z | 4,871KB | Audio | |
| thegrimreaper@KaZaA | Soul For Real - Candy Rain.mp3 | Soul for Real | 4,317KB | Audio | |
| thegrimreaper@KaZaA | 05 Killer Mike - Scared Straight.mp3 | Killer Mike | 5,911KB | Audio | |
| thegrimreaper@KaZaA | Debra Cox - How Did You Get Here.mp3 | Debra Cox | 4,107KB | Audio | Ho |
| thegrimreaper@KaZaA | I Wont Tell.mp3 | Ciara | 3,474KB | Audio | |
| thegrimreaper@KaZaA | BG- I Know.mpg | B.G. ft. Lil Wayne | 34,866KB | Video | C |
| thegrimreaper@KaZaA | HOUSTON-balls deep anal-facial (1).avi | Dru Hill | 39,181KB | Video | |
| thegrimreaper@KaZaA | Tevin Campbell - Can We Talk.mp3 | Tevin Campbell | 4,465KB | Audio | |
| thegrimreaper@KaZaA | 2Pac (ft. K-Ci JoJo) - How Do You Want It (XXX).mpeg | 2Pac ft. K'Ci JoJo of Do... | 41,272KB | Video | How Do U W |

Found 763 files | 2,095,940 users online, sharing 739,746,357 files (26,786,336 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| thagrimreapper@KaZaA | 2Pac (ft. K-Ci_Jojo) - How Do You Want It (XXX).mpeg | 2Pac ft. KCi_JoJo of Jo... | 41,272KB | Video | How Do U W... |
| thagrimreapper@KaZaA | B2K - Why I Love You (1).wmv | B2K | 9,038KB | Video | B2k |
| thagrimreapper@KaZaA | the_interview2_big.asf | 8th street latinos | 21,003KB | Video | Fine ass latinos (... |
| thagrimreapper@KaZaA | 2pac_-_smile_ft_scarface_johnny_p_(badazz)-HHV.mp... | 2Pac feat. Scarface | 57,875KB | Video | |
| thagrimreapper@KaZaA | Ali ft Murphy Lee - Boughetto (JustVids).mpg | Ali feat. Murphy Lee | 37,451KB | Video | |
| thagrimreapper@KaZaA | 21_jsyss_ft_jadakiss-day_and_night.mpg | 21_jsyss_ft_jadakiss-day... | 3,908KB | Audio | |
| thagrimreapper@KaZaA | Ciara feat. Petey Pablo - Goodies [kobra].mpg | Ciara F. Petey Pablo | 52,995KB | Video | |
| thagrimreapper@KaZaA | Bootytalk 31.asf | T1 | 29,765KB | Video | |
| thagrimreapper@KaZaA | Rock Wit U - Ashanti.mpg | Ashanti | 35,665KB | Video | Rock v |
| thagrimreapper@KaZaA | Petey Pablo - Raise It Up (Dirty Version).mp3 | Petey Pablo | 4,302KB | Audio | |
| thagrimreapper@KaZaA | Kara Davis - Honey [Reverse Dick Ride] (1).mpeg | Asswatcher | 13,674KB | Video | Honey [ |
| thagrimreapper@KaZaA | 06 - Tyrese - Signs of love makin.mp3 | Tyrese | 3,844KB | Audio | Signs of lo |
| thagrimreapper@KaZaA | Chingy Right Thurr (Uncensored Version)vcd.mpg | Chingy | 39,133KB | Video | Right Thurr (U |
| thagrimreapper@KaZaA | Musiq Soulchild - Love.mp3 | Musiq | 3,574KB | Audio | |
| thagrimreapper@KaZaA | Snoop Doggy Dogg- Beautiful.mpg | Snoop Dogg | 3,499KB | Audio | |
| thagrimreapper@KaZaA | playa fly - Funk-N-Bock.mp3 | Playa Fly | 4,491KB | Audio | |
| thagrimreapper@KaZaA | NSync and Nelly - Girlfriend Remix.mp3 | N'sync and Nelly | 4,251KB | Audio | NSync and |
| thagrimreapper@KaZaA | playa_fly-16-few_and_da_proud_(thastk)-rage.mp3 | Playa Fly | 6,885KB | Audio | Few And |
| thagrimreapper@KaZaA | Bizzy Bone - Jesus.mp3 | Bizzy Bone | 4,506KB | Audio | |
| thagrimreapper@KaZaA | bizzy_bone-12-time_passing_us_by-fbd.mp3 | Bizzy Bone | 7,112KB | Audio | |
| thagrimreapper@KaZaA | Mya - My Love Is Like...Wo.mpg | Mya | 66,134KB | Video | M |
| thagrimreapper@KaZaA | Three Six Mafia-Sippin on Some Syrup.mpg | 3 6 Mafia|Project Pat_U... | 39,488KB | Video | Sip |
| thagrimreapper@KaZaA | lil jon - get low.MPG | Video | 36,026KB | Video | |
| thagrimreapper@KaZaA | Mul-Ty - 02 - Looking For Love - simplemp3s.mp3 | Mul-Ty | 4,001KB | Audio | |
| thagrimreapper@KaZaA | Tyrese - Sweet Lady.mp3 | Tyrese | 4,302KB | Audio | |
| thagrimreapper@KaZaA | 01-jagged_edge-walked_outta_heaven_radio_edit-dvnmp... | Jagged Edge | 5,390KB | Audio | Waked Outta |
| thagrimreapper@KaZaA | Usher - One Day You'll Be Mine.mp3 | usher | 3,179KB | Audio | |
| thagrimreapper@KaZaA | Nelly, P Diddy, and Murphy Lee - Shake Ya Tailfeather.mpg | Nelly,P Diddy,Murphy L... | 77,683KB | Video | |
| thagrimreapper@KaZaA | Tony Toni Tone Dj Quick - Let's Get Down.mp3 | Tony Toni Tone | 4,631KB | Audio | |

Found 763 files | 2,095,940 users online, sharing 739,746,357 files (26,786,336 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thagrimreapper@KaZaA | Tony Toni Tone_Dj Quick - Let's Get Down.mp3 | Tony Toni Tone | 4,681KB | Audio |
| thagrimreapper@KaZaA | 08-b2k-what_a_girl_wants-esc.mp3 | B2k | 6,531KB | Audio |
| thagrimreapper@KaZaA | 12-petey_pablo_feat.mp3 | Petey Pablo | 3,555KB | Audio |
| thagrimreapper@KaZaA | Playa Fly - Just Gettin' It On - 01 - Gettin' It On.mp3 | Playa Fly | 4,179KB | Audio |
| thagrimreapper@KaZaA | Seal - Kiss From A Rose.mp3 | Seal | 4,500KB | Audio |
| thagrimreapper@KaZaA | playa_fly-17-minnie_mae_4_life_(lacynthia_and_derico)-ra... | Playa Fly (Minnie Mae) | 5,883KB | Audio |
| thagrimreapper@KaZaA | Maxwell - Fortunate.mp3 | Maxwell | 4,671KB | Audio |
| thagrimreapper@KaZaA | Slow Jams-Love_Basketball- Maxwell - This Woman's Work... | Maxwell | 5,190KB | Audio |
| 2 Users | Rap - Killer Mike - Dat Nu Nu.mp3 | Killer Mike/T.I.P/Bun B | 6,519KB | Audio |
| thagrimreapper@KaZaA | T.I.-Dope Boy Fresh.mp3 | T.I. | 4,729KB | Audio |
| thagrimreapper@KaZaA | young_buck-let_me_in_(kobra)_((shadyrecords.net)).mpeg | Young Buck | 55,503KB | Video |
| thagrimreapper@KaZaA | KC and Jojo - All My Life.mp3 | KCI and JoJo | 5,169KB | Audio |
| thagrimreapper@KaZaA | Mr Magic - 9th Word.mp3 | Mr. Magic | 3,698KB | Audio |
| thagrimreapper@KaZaA | Eight Ball and MJG - Space Age Pimpin'.mp3 | Eightball_MJG | 3,636KB | Audio |
| thagrimreapper@KaZaA | Magic - We Gon Ride.mp3 | Mr. Magic | 3,483KB | Audio |
| thagrimreapper@KaZaA | Magic - THUGGIN' - 06 - Solider.mp3 | Mr. Magic | 4,114KB | Audio |
| thagrimreapper@KaZaA | 04 Charlene.wma | anthony hamilton | 5,857KB | Audio |
| thagrimreapper@KaZaA | Styles P ft Akon - Locked Up .mp3 | Akon | 3,657KB | Audio |
| thagrimreapper@KaZaA | Akon-_Locked_up.mp3 | Akon | 3,702KB | Audio |
| thagrimreapper@KaZaA | Baby D, Archie, Pastor Troy - ATL Ho.mp3 | Baby D, Archie, Pastor Tr... | 4,244KB | Audio |
| thagrimreapper@KaZaA | Devin The Dude - Lacville 79.mp3 | Devin The Dude | 5,031KB | Audio |
| thagrimreapper@KaZaA | Next - Beauty Queen.mp3 | Next | 3,643KB | Audio |
| thagrimreapper@KaZaA | Anthony Hamilton - Charlene.mp3 | Anthony Hamilton | 3,894KB | Audio |
| thagrimreapper@KaZaA | Bow Wow Feat. Baby - Let's Get Down.mp3 | Bow Wow Feat. Baby | 6,029KB | Audio |
| thagrimreapper@KaZaA | 08-rubber_band_man-ilfs.mp3 | T.I. | 8,144KB | Audio |
| thagrimreapper@KaZaA | Bizzy Bone - Gift - 07 - Be Careful.mp3 | Bizzy Bone | 4,214KB | Audio |
| thagrimreapper@KaZaA | Co-Ed f- T.I.P. - Roll Wit Me (Remix).mp3 | Co-Ed ft T.I.P. | 3,698KB | Audio |
| thagrimreapper@KaZaA | 08-Ludacris-RPM.mp3 | Disturbing Tha Peace Fea... | 4,314KB | Audio |
| thagrimreapper@KaZaA | Bone Thugs-N-Harmony - 1st Of The Month.mpeg | Bone Thugs n Harmony | 49,270KB | Video |

Found 763 files | 2,095,940 users online, sharing 739,746,357 files (26,786,336 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| thagrimreapper@KaZaA | Bone Thugs-N-Harmony - 1st Of The Month.mpeg | Bone Thugs n Harmony | 49,270KB | Video | |
| thagrimreapper@KaZaA | 15-be_better_than_me-lfs.mp3 | T.I. | 7,040KB | Audio | |
| thagrimreapper@KaZaA | Master P - I Miss My Homies.mp3 | Master P | 5,049KB | Audio | |
| thagrimreapper@KaZaA | Tela feat. Eightball_MJG - Sho Nuff.mp3 | Tela w/ Eightball _MJG | 4,820KB | Audio | |
| thagrimreapper@KaZaA | Musiq - Half-Crazy--Angelbaby--.mpg | Musiq Soulchild | 67,647KB | Video | |
| thagrimreapper@KaZaA | Dru Hill - These Are The Times.mp3 | Dru Hill | 3,931KB | Audio | 1 |
| thagrimreapper@KaZaA | 16-long_live_da_game-lfs.mp3 | T.I. | 3,147KB | Audio | |
| thagrimreapper@KaZaA | Cool J, LL – Hey Lover.mp3 | LL Cool J | 3,773KB | Audio | |
| thagrimreapper@KaZaA | haha.mp3 | Frankee | 4,728KB | Audio | F.U. F |
| thagrimreapper@KaZaA | 24's G-unit Remix.mp3 | 50 Cent_Young Buck | 3,016KB | Audio | Fre |
| thagrimreapper@KaZaA | Lil Flip - Problems.mp3 | Lil Flip | 3,909KB | Audio | |
| thagrimreapper@KaZaA | Whitney Houston_Debra Cox - Same Script Different Cast... | Whitney Houston_Debra... | 4,704KB | Audio | Same S |
| thagrimreapper@KaZaA | jd_f_jay-z-money_aint_a_thang_(warrier-uncensored).mpg | Jay-Z ft Jermaine Dupri | 51,028KB | Video | M |
| thagrimreapper@KaZaA | NAs- poison.mp3 | Nas | 4,686KB | Audio | |
| thagrimreapper@KaZaA | Lil' Flip - Underground Legend - 09 - We Ain't Scared.mp3 | Lil Flip ft. Bizzy Bone | 4,919KB | Audio | 1 |
| thagrimreapper@KaZaA | 12 I Cant Be Your Man - Thug Luv.mp3 | T.I. | 6,549KB | Audio | |
| thagrimreapper@KaZaA | Eminem 3 Freestyles (Unreleased).mp3 | Eminem | 2,926KB | Audio | The best freestyle |
| thagrimreapper@KaZaA | Trina - B R Right (Featuring Ludacris).mp3 | Trina | 3,776KB | Audio | B R Right ( |
| thagrimreapper@KaZaA | Loon - How You Want That.mpg | Loon | 53,840KB | Video | 1 |
| thagrimreapper@KaZaA | Ludacris-1st and 10.mp3 | Ludacris | 3,469KB | Audio | |
| thagrimreapper@KaZaA | Still Gettin My Dick Sucked-Dj Paul (1).MP3 | DJ Paul | 1,552KB | Audio | Still Get |
| thagrimreapper@KaZaA | BangBus - Sasha.mpeg | Bang Bus | 3,586KB | Video | |
| thagrimreapper@KaZaA | my ex girlfriend in bondage video we made at home (teen ... | Porno | 963KB | Video | Bang |
| thagrimreapper@KaZaA | Hypnotism.pdf | Perkins, Wayne | 68KB | Document | How To Hypnotize People And |
| thagrimreapper@KaZaA | wet horny latin brazil (1) (1).mpeg | BangBus | 7,259KB | Video | bar |
| thagrimreapper@KaZaA | 09-look_what_I_got-lfs.mp3 | T.I. | 4,339KB | Audio | |
| thagrimreapper@KaZaA | Nas - The Messege.mp3 | Nas | 3,619KB | Audio | |
| thagrimreapper@KaZaA | dj jelly - get a nigga buck (1).mp3 | Playa Fly | 3,693KB | Audio | |
| thagrimreapper@KaZaA | Bang bus - Mia.mpeg | Bang Bus | 3,164KB | Video | |

Found 763 files | 2,095,940 users online, sharing 739,746,357 files (26,766,336 GB) | Not sharing any files