# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| thagrimreapper@KaZaA | Bang bus - Mia.mpeg | Bang Bus | 3,184KB | Video | Stephanie |
| thagrimreapper@KaZaA | bang bus Jenny.asf | bang bus | 949KB | Video | |
| thagrimreapper@KaZaA | This bitch has big tits and gushes her cum all over the bed!... | Women on bed with dildo | 847KB | Video | |
| thagrimreapper@KaZaA | Bizzy Bone - Demons Surround Me.mp3 | Bizzy Bone | 2,647KB | Audio | De |
| thagrimreapper@KaZaA | Carl Thomas - I Wish.mp3 | Carl Thomas | 4,444KB | Audio | |
| thagrimreapper@KaZaA | Gangsta Boo -14 - I Faked It Last Night (HighQualityVBR) ... | Gangsta Boo | 4,130KB | Audio | |
| thagrimreapper@KaZaA | Ludacris - Go 2 Sleep - supermp3s.mp3 | Ludacris | 4,847KB | Audio | |
| thagrimreapper@KaZaA | New Artist - 09 Whats Yo Name Feat. Neptunes -Thug Luv... | T.I. | 3,674KB | Audio | Whats Yo Nai |
| thagrimreapper@KaZaA | 02-chingy-hes_herre-wcr.mp3 | Chingy | 4,276KB | Audio | |
| thagrimreapper@KaZaA | Playa Fly - Movin' On - 05 - Start Runnin'.mp3 | Playa Fly | 3,494KB | Audio | |
| thagrimreapper@KaZaA | New Artist - t.i - heavy chevys feat the psc_02242050039... | T.I. | 4,507KB | Audio | |
| thagrimreapper@KaZaA | New Artist - T.I. - do it_02242204855.mp3 | T.I. | 3,739KB | Audio | |
| thagrimreapper@KaZaA | Juvenile - We On Fire.mp3 | Juvenile | 4,746KB | Audio | |
| thagrimreapper@KaZaA | Juvinile - Got That Fire.mp3 | Juvenile | 2,947KB | Audio | Ackamor |
| thagrimreapper@KaZaA | Rap Hip Hop_Juvenile - Run For It.mp3 | Juvenile | 4,153KB | Audio | |
| thagrimreapper@KaZaA | Dirty Boyz - Ackamonkey ( Down Here ).mp3 | Dirty | 5,776KB | Audio | Con |
| thagrimreapper@KaZaA | Dirty Boyz - Candyman Part 2 F-Silk.mp3 | Dirty | 6,637KB | Audio | |
| thagrimreapper@KaZaA | Devin The Dude - Mo Fo Me.mp3 | Devin The Dude | 3,479KB | Audio | Uhh Ah |
| thagrimreapper@KaZaA | Boyz II Men - Uhh Ahh.mp3 | Boyz II Men | 2,710KB | Audio | |
| thagrimreapper@KaZaA | B.G. - Clean Up Man.mp3 | B.G. | 3,761KB | Audio | |
| thagrimreapper@KaZaA | Rap Big Timers - I've been popping Ectasy.mp3 | B.G. | 4,402KB | Audio | Ju |
| thagrimreapper@KaZaA | Playa Fly - Feel Me.mp3 | Playa Fly | 4,904KB | Audio | |
| thagrimreapper@KaZaA | Playa Fly - Just Awaken Shoken.mp3 | Playa Fly | 3,982KB | Audio | |
| thagrimreapper@KaZaA | Hairy Blonde Pussy_Female Ejaculation.mpeg | Porn | 7,620KB | Video | Bloopers - Sexy girl orgasms so ha Mob |
| thagrimreapper@KaZaA | Playa Fly - Nobody Needs Nobody.mp3 | Playa Fly | 4,671KB | Audio | |
| thagrimreapper@KaZaA | Bang Bus - Monica.mpeg | BangBus | 667KB | Video | |
| thagrimreapper@KaZaA | Playa Fly - Write Sum Bump.mp3 | Playa Fly | 5,609KB | Audio | |
| thagrimreapper@KaZaA | RAP Master P - Bitches, Weed, and Mercedes.mp3 | Master P | 2,322KB | Audio | Bitches, W |
| thagrimreapper@KaZaA | Girls Gone Wild Spring Break Highlights-MS MediaPLAYER Fi... | ShaLina | 3,877KB | Video | |

Found 763 files | 2,095,940 users online, sharing 739,746,357 files (26,786,336 GB) | Not sharing any files

# Kazaa - [Search]

File View Player Tools Actions Help

Web | Theater | Traffic | Shop | Tell A Friend

New search | My Kazaa | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | Girls Gone Wild Spring Break Highlights-MS MediaPLAYER FT... | Shakira | 3,877KB | Video |
| thegrimreapper@KaZaA | Bang Bus - Rebecca (1).mpeg | Bang Bus | 773KB | Video |
| thegrimreapper@KaZaA | DIRTY - hit da flo'.mp3 | Dirty | 3,754KB | Audio |
| thegrimreapper@KaZaA | Dirty - Pimp_Da Gangsta - 09 - Pimp and Da Gangsta.mp3 | Dirty | 3,686KB | Audio |
| thegrimreapper@KaZaA | Dirty - Six Deep Creepin.mp3 | Dirty | 4,182KB | Audio |
| thegrimreapper@KaZaA | Dirty Boys-R.I.P..mp3 | Dirty | 5,929KB | Audio |
| thegrimreapper@KaZaA | T-Rock - Conspiracy Theory - 04 - Let The Hammer Go.mp3 | T-Rock | 4,063KB | Audio |
| thegrimreapper@KaZaA | New Artist - T.I. - Hotel (feat Too Short).mp3 | T.I. | 4,788KB | Audio |
| thegrimreapper@KaZaA | New Artist - T.I. - Still Aint Forgave Myself_0224204721.m... | T.I. | 5,246KB | Audio |
| thegrimreapper@KaZaA | Mr Lucci- Getting high.mp3 | Mr. Lucci | 4,569KB | Audio |
| thegrimreapper@KaZaA | Mr. Lucci - There They Go.mp3 | Mr. Lucci | 3,740KB | Audio |
| thegrimreapper@KaZaA | 01-r_kelly_and_jay-z-get_money-xrg.mp3 | R. Kelly and Jay-Z | 4,131KB | Audio |
| thegrimreapper@KaZaA | 50 Nigges Deep (range).mp3 | Drunken Master | 3,962KB | Audio |
| thegrimreapper@KaZaA | B2K - Girlfriend.mp3 | B2K | 6,419KB | Audio |
| thegrimreapper@KaZaA | Black Street - Don't Leave Me Girl.mp3 | Blackstreet | 4,334KB | Audio |
| thegrimreapper@KaZaA | Camron - What Means The World To Me (remix).mp3 | Camron | 3,182KB | Audio |
| thegrimreapper@KaZaA | Case - Happily Ever After.mp3 | Case | 4,304KB | Audio |
| thegrimreapper@KaZaA | Comedy - History of the Word Fuck.mp3 | Comedy | 1,173KB | Audio |
| thegrimreapper@KaZaA | New Artist - T.I. - what happened_0224204805.mp3 | T.I. | 3,233KB | Audio |
| thegrimreapper@KaZaA | Pastor Troy - Livin' Today Thru....mp3 | Pastor Troy | 4,416KB | Audio |
| thegrimreapper@KaZaA | CAN YOU STAND THE GAME.mp3 | Pastor Troy | 4,041KB | Audio |
| thegrimreapper@KaZaA | Nelly - 11 - Splurge - simplemp3s.mp3 | Nelly | 6,045KB | Audio |
| thegrimreapper@KaZaA | T.I. - Chooz U.mp3 | T.I. | 3,398KB | Audio |
| thegrimreapper@KaZaA | t.i.mp3 | T.I. | 5,223KB | Audio |
| thegrimreapper@KaZaA | t_i_and_p.s.c.-11-never_scared_(ft_killa_mike_bone_c-ah... | T.I. | 7,462KB | Audio |
| thegrimreapper@KaZaA | t_i_and_psc-17-im_so_high-ah (1).mp3 | T.I. | 6,277KB | Audio |
| thegrimreapper@KaZaA | ying yang twins-say i yi yi.mp3 | Ying Yang Twinz | 4,207KB | Audio |
| thegrimreapper@KaZaA | Ginuwine - Hell Yeah ft Baby.mp3 | Ginuwine | 5,153KB | Audio |
| thegrimreapper@KaZaA | H-Town - Emotions.mp3 | H-Town | 4,653KB | Audio |

Found 763 files | 2,095,940 users online, sharing 739,746,357 files (26,766,336 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | H-Town - Emotions.mp3 | H-Town | 4,658KB | Audio |
| thegrimreapper@KaZaA | Jodeci - Knockin the boots  (1).mp3 | H-Town | 4,585KB | Audio |
| thegrimreapper@KaZaA | gangsta blac - Da End Feat. Playa Fly.mp3 | Playa Fly | 3,016KB | Audio |
| thegrimreapper@KaZaA | CaseJoe- Faded Pictures.mp3 | Case | 3,627KB | Audio |
| thegrimreapper@KaZaA | Da Headbussaz - DATSHOWITHAPPENDTOM - 13.mp3 | Da Headbussaz | 4,502KB | Audio |
| thegrimreapper@KaZaA | JAY_Z_THE_BLUEPRINT_2_-_THE_GIFT_AND_THE_CURSE... | Jay-Z | 4,397KB | Audio |
| thegrimreapper@KaZaA | playa fly indo g kocane wayne yo lynch c - memphis drama... | Playa Fly | 4,062KB | Audio |
| thegrimreapper@KaZaA | SWV - Use Your Heart.mp3 | SWV | 4,496KB | Audio |
| thegrimreapper@KaZaA | SWV - Weak.mp3 | SWV | 4,608KB | Audio |
| thegrimreapper@KaZaA | tommy wright III - take a chance feat playa fly.mp3 | Playa Fly | 4,018KB | Audio |
| thegrimreapper@KaZaA | Project Pat (Feat. BG_Big Tymers) - Choppers.mp3 | Project Pat. | 3,638KB | Audio |
| thegrimreapper@KaZaA | Silk - Let's Make Love.mp3 | Silk. | 4,404KB | Audio |
| thegrimreapper@KaZaA | Silk - We're Calling You.mp3 | Silk. | 7,050KB | Audio |
| thegrimreapper@KaZaA | Silk- Feeling like loving me.mp3 | Silk. | 5,274KB | Audio |
| thegrimreapper@KaZaA | DMX - Damicon.mp3 | DMX | 3,506KB | Audio |
| thegrimreapper@KaZaA | Master P - Gangstas Need Love Too.mp3 | Master P | 3,936KB | Audio |
| thegrimreapper@KaZaA | Master P and Mystikal-It's On Now (Pastor Troy Diss).mp3 | Master P | 2,339KB | Audio |
| thegrimreapper@KaZaA | Master p f mia x-thinkin about u.mp3 | Master P | 3,544KB | Audio |
| thegrimreapper@KaZaA | ludacris - get the fuck back (instrumental).mp3 | Ludacris | 5,111KB | Audio |
| thegrimreapper@KaZaA | Ludacris - Incognegro - 02 - U Got A Problem-.mp3 | Ludacris | 4,785KB | Audio |
| thegrimreapper@KaZaA | Ludacris-Stick em Up Feat. UGK .mp3 | Ludacris | 3,601KB | Audio |
| thegrimreapper@KaZaA | David Banner Feat. Young Bleed - Uh Huh.mp3 | David Banner | 3,159KB | Audio |
| thegrimreapper@KaZaA | Debra Cox_R.L. - We Cant Be Friends.mp3 | Debotha Cox_RL | 4,108KB | Audio |
| thegrimreapper@KaZaA | Devin_David Banner Living.mp3 | David Banner | 3,400KB | Audio |
| thegrimreapper@KaZaA | dj paul,skinny pimp,lil gin,lady b-glock in my draws.mp3 | DJ Paul | 2,792KB | Audio |
| thegrimreapper@KaZaA | DRS-Gangsta Lean (This Is For My Homies).mp3 | DRS | 5,052KB | Audio |
| thegrimreapper@KaZaA | Dru Hill - Someones Sleeping In My Bed.mp3 | Dru Hill | 4,480KB | Audio |
| thegrimreapper@KaZaA | En Vogue - Don't Let Go.mp3 | En Vogue | 4,563KB | Audio |
| thegrimreapper@KaZaA | Eric Benet feat Roy Ayers - When You Think of Me.mp3 | Eric Benet | 5,343KB | Audio |

Found 763 files | 2,065,940 users online, sharing 739,746,357 files (26,766,336 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| thegrimreapper@KaZaA | Eric Benet feat Roy Ayers - When You Think of Me.mp3 | Eric Benet | 5,348KB | Audio | When You Think Of |
| thegrimreapper@KaZaA | Fiend f. Master P, Big Ed_Silkk The Shocker - Only A Few... | Fiend | 3,688KB | Audio | |
| thegrimreapper@KaZaA | Fugees - Killing Me Softly.mp3 | Fugees | 4,690KB | Audio | |
| thegrimreapper@KaZaA | Funny - The devil Went Down to Jamaica!.mp3 | Comedy | 2,404KB | Audio | The Devil went |
| thegrimreapper@KaZaA | IMX-Ashamed.mp3 | IMX | 3,756KB | Audio | |
| thegrimreapper@KaZaA | frayser_boy-13-every_day_thang-rage.mp3 | Frayser Boy | 3,650KB | Audio | |
| thegrimreapper@KaZaA | DJ PAUL - 07 - GLOCK IN MY DRAWS.mp3 | DJ PAUL | 4,188KB | Audio | Gl |
| thegrimreapper@KaZaA | Lil Flip - I Got Flow (1).mp3 | Lil Flip | 3,959KB | Audio | |
| thegrimreapper@KaZaA | lil flip - Texas Boys.mp3 | Lil Flip | 1,838KB | Audio | |
| thegrimreapper@KaZaA | The Last Mr. Bigg - Sick-n-Tired.mp3 | The Last Mr. Biggs | 5,037KB | Audio | |
| thegrimreapper@KaZaA | Three 6 Mafia_Fiend - Da Headbussaz - 09 Smoke IF U Go... | Da Headbussaz | 5,346KB | Audio | |
| thegrimreapper@KaZaA | Three Six Mafia - Da Summer (remix).mp3 | Three 6 Mafia | 4,660KB | Audio | |
| thegrimreapper@KaZaA | Three Six Mafia - Mystic.mp3 | Three 6 Mafia | 4,026KB | Audio | |
| thegrimreapper@KaZaA | three six mafia-Bone Thugs Diss Mega Mix.mp3 | Three 6 Mafia | 4,400KB | Audio | Bone T |
| thegrimreapper@KaZaA | Thug Addict (DirtySouth Kick) - Thugged Out (1).mp3 | Thug Addict | 4,969KB | Audio | |
| thegrimreapper@KaZaA | Trick Daddy - I'll Be Your Player.mp3 | Trick Daddy | 3,074KB | Audio | |
| thegrimreapper@KaZaA | Tupac Shakur - High Till I Die.mp3 | 2 Pac | 3,858KB | Audio | |
| thegrimreapper@KaZaA | 16 - Ludacris - Freaky Thangs (1).mp3 | Ludacris | 5,191KB | Audio | Cut |
| thegrimreapper@KaZaA | ludacris_presents_dtp-break_sumthin_(dirty)-tas.mp3 | Ludacris | 6,497KB | Audio | |
| thegrimreapper@KaZaA | 112 - Your Letter.mp3 | 112 | 4,199KB | Audio | |
| thegrimreapper@KaZaA | india.arie - I am Ready for Love.mp3 | India Arie | 4,202KB | Audio | I |
| thegrimreapper@KaZaA | instrumental neptune-timberland.mp3 | Instrumental | 1,653KB | Audio | |
| thegrimreapper@KaZaA | Instrumentals - Swizz Beats ft (1).mp3 | Instrumental | 2,294KB | Audio | - Tight be |
| thegrimreapper@KaZaA | jim crow - holla at a playa.mp3 | Jim Crow | 3,280KB | Audio | |
| thegrimreapper@KaZaA | Juvenile - A Hoe (Lil Wayne Diss).mp3 | Juvenile | 3,958KB | Audio | A H |
| thegrimreapper@KaZaA | Krayzie Bone - Freestyle on Rap City (Dissing Bizzy Bone)... | Krayzie Bone | 695KB | Audio | Freestyle on Rap City ( |
| thegrimreapper@KaZaA | Lil Wayne - Squad up - oh boy (Juvenile diss) (unreleased).. | Lil Wayne | 3,333KB | Audio | oh boy (Juvenile diss |
| thegrimreapper@KaZaA | Mark Morrison - Return of the Mac.mp3 | Mark Morrison | 4,589KB | Audio | |
| thegrimreapper@KaZaA | MF-Mr Bigg - Ho Check (1).mp3 | The Last Mr. Biggs | 4,649KB | Audio | |

Found 763 files | 2,095,940 users online, sharing 739,746,357 files (26,766,336 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | MF-Mr Bigg - Ho Check (1).mp3 | The Last Mr. Biggs | 4,649KB | Audio |
| thegrimreapper@KaZaA | Mr. Magic - What(dirty).mp3 | Mr. Magic | 3,130KB | Audio |
| thegrimreapper@KaZaA | Young Bloodz, Lil Jon - Damn.mp3 | Youngbloodz | 4,700KB | Audio |
| thegrimreapper@KaZaA | Youngbloodz feat Lil Wayne - U-Way (remix).mp3 | Youngbloodz | 4,431KB | Audio |
| thegrimreapper@KaZaA | youngbloodz-damn (remix).mp3 | Youngbloodz | 6,753KB | Audio |
| thegrimreapper@KaZaA | Mr. Pookie - Tha Rippla .mp3 | Mr. Pookie | 3,190KB | Audio |
| thegrimreapper@KaZaA | mr.pookie - Who I Be.mp3 | Mr. Pookie | 3,674KB | Audio |
| thegrimreapper@KaZaA | musiq - Half Crazy.mp3 | Musiq | 4,733KB | Audio |
| thegrimreapper@KaZaA | Mya and Sisco - Its All About Me.mp3 | Mya | 2,794KB | Audio |
| thegrimreapper@KaZaA | nas-107-i_can.mp3 | Nas | 3,981KB | Audio |
| thegrimreapper@KaZaA | Pharrell Featuring Jay-Z - Frontin.MP3 | The Neptunes | 3,768KB | Audio |
| thegrimreapper@KaZaA | R.L - Good Man.mp3 | RL | 3,700KB | Audio |
| thegrimreapper@KaZaA | Rap Instrumentals HIP HOP - Instrumental- Rap Beats- 13 … | Instrumental | 1,408KB | Audio |
| thegrimreapper@KaZaA | Rap Lost Boys - Love, Peace, and Happiness.mp3 | Lost Boys | 4,088KB | Audio |
| thegrimreapper@KaZaA | Slow Jams - Hi Five - The Kissing Game.mp3 | Hi-Five | 5,464KB | Audio |
| thegrimreapper@KaZaA | Tank - One Man.mp3 | Tank | 3,733KB | Audio |
| thegrimreapper@KaZaA | 112 Feat Ludacris And P Diddy - Peaches And Cream Remix.. | 112 | 4,453KB | Audio |
| thegrimreapper@KaZaA | Krayzie Bone - Smoking Buddha.mp3 | Krayzie Bone | 2,649KB | Audio |
| thegrimreapper@KaZaA | What Cha Gon Do.MP3 | Mr. Magic | 1,351KB | Audio |
| thegrimreapper@KaZaA | 04_HEAD BUSSAZ.mp3 | Da Headbussaz | 4,200KB | Audio |
| thegrimreapper@KaZaA | Three Six Mafia - Project Pat - Ghetty Green - Gold Shine-… | Project Pat | 3,680KB | Audio |
| thegrimreapper@KaZaA | Triple-Six Mafia - 3-6 - Move Bitch (unreleased) (1).mp3 | Three 6 Mafia | 5,143KB | Audio |
| thegrimreapper@KaZaA | ali - breathe in breathe out.mp3 | Ali | 3,645KB | Audio |
| thegrimreapper@KaZaA | Ali Featuring Murphy Lee - Boughetto.mp3 | Ali | 3,657KB | Audio |
| thegrimreapper@KaZaA | blackstreet-before I let you go.mp3 | Blackstreet | 4,112KB | Audio |
| thegrimreapper@KaZaA | Bone Thugz In Harmony, Tupac - Thugluv.mp3 | Bone Thugs-n-Harmony | 4,803KB | Audio |
| thegrimreapper@KaZaA | 02-ying_yang_twins-georgia_dome-cms.mp3 | Ying Yang Twinz | 8,584KB | Audio |
| thegrimreapper@KaZaA | 07-ying_yang_twins-niggin-cms.mp3 | Ying Yang Twinz | 6,210KB | Audio |
| thegrimreapper@KaZaA | instrumentals-XXX1927 - Ice Beats - Rap Instrumental 14.m… | Instrumental | 4,384KB | Audio |

Found 763 files | 2,095,940 users online, sharing 739,746,357 files (26,786,336 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thagrimreapper@KaZaA | instrumentals-XX1927 - Ice Beats - Rap Instrumental 14.m... | Instrumental | 4,394KB | Audio |
| thagrimreapper@KaZaA | instrumentals-XX1927 - Ice Beats - Rap Instrumental 2.mp3 | Instrumental | 3,236KB | Audio |
| thagrimreapper@KaZaA | instrumentals-XX1927 - Ice Beats - Rap Instrumental 3 (2)... | Instrumental | 884KB | Audio |
| thagrimreapper@KaZaA | LL Cool J - I Need Love.mp3 | LL Cool J | 5,051KB | Audio |
| thagrimreapper@KaZaA | Ying Yang Twins - By Myself.mp3 | Ying Yang Twinz | 4,457KB | Audio |
| thagrimreapper@KaZaA | Ying Yang Twins - Drop Like This 2001 (Dirty).mp3 | Ying Yang Twinz | 5,212KB | Audio |
| thagrimreapper@KaZaA | YingYangTwins - Dispose Of Broodz.mp3 | Ying Yang Twinz | 6,029KB | Audio |
| thagrimreapper@KaZaA | 04 Noodle.mp3 | Trick Daddy | 3,374KB | Audio |
| thagrimreapper@KaZaA | Thrill De Playa - Grey Goose feat. Ying Yang Twins.mp3 | Ying Yang Twinz | 3,509KB | Audio |
| thagrimreapper@KaZaA | Trick Daddy - Gotta Change my life.mp3 | Trick Daddy | 3,842KB | Audio |
| thagrimreapper@KaZaA | Three Six Mafia -Choices-15- Slang And Serve.mp3 | T-Rock | 6,047KB | Audio |
| thagrimreapper@KaZaA | three_6_mafia_fiend-07-powder_cake-rage.mp3 | Da Headbussaz | 6,144KB | Audio |
| thagrimreapper@KaZaA | three_6_mafia_fiend-11-ruffest_niggaz_out-rage.mp3 | Da Headbussaz | 5,626KB | Audio |
| thagrimreapper@KaZaA | Triple Six Mafia - Gotcha Shakin' (Dissing Playa Fly).MP3 | Three 6 Mafia | 5,846KB | Audio |
| thagrimreapper@KaZaA | Center Stage Soundtrack - 12 - Ruff Endz - If I Was The O... | Ruff Ends | 6,290KB | Audio |
| thagrimreapper@KaZaA | 01-r_kelly-ignition_(remix)-cms.mp3 | R. Kelly | 4,432KB | Audio |
| thagrimreapper@KaZaA | Nivea ft. R.mp3 | R. Kelly | 3,052KB | Audio |
| thagrimreapper@KaZaA | RB - R Kelly - I Wish!.mp3 | R. Kelly | 5,342KB | Audio |
| thagrimreapper@KaZaA | RB--R. Kelly f. Crucial Conflict - Ghetto Queen.mp3 | R. Kelly | 4,066KB | Audio |
| thagrimreapper@KaZaA | R. Kelly - TP2.com - 04 - The Greatest Sex.mp3 | R. Kelly | 6,543KB | Audio |
| thagrimreapper@KaZaA | 04-pastor_troy_david_banner_and_bone_crusher-fuck_th... | David Banner | 6,618KB | Audio |
| thagrimreapper@KaZaA | Javier - Crazy.mp3 | Javier | 4,060KB | Audio |
| thagrimreapper@KaZaA | Murphy Lee - What You Gonna Be.mp3 | Nelly | 3,933KB | Audio |
| thagrimreapper@KaZaA | Nelly - Thicky Thick Girl.mp3 | Nelly | 1,868KB | Audio |
| thagrimreapper@KaZaA | HIP HOP REMIXES - nas_r_kelly - sweet dreams - 007.mp3 | Nas | 4,553KB | Audio |
| thagrimreapper@KaZaA | Nelly - Batter Up.mp3 | Nelly | 5,126KB | Audio |
| thagrimreapper@KaZaA | Mya - If You Died I Wouldnt Cry Because You Never Loved.. | Mya | 4,728KB | Audio |
| thagrimreapper@KaZaA | Mystikal - Still Smokin Bud.mp3 | Mystikal | 2,253KB | Audio |
| thagrimreapper@KaZaA | Mr Pooky - smoke and blow.mp3 | Mr. Pookie | 2,537KB | Audio |

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | Mr Pooky- smoke and blow.mp3 | Mr. Pooky | 2,337KB | Audio |
| thegrimreapper@KaZaA | Mr. Pookie-tha rippla-14-So High Serenade .mp3 | Mr. Lucci | 2,103KB | Audio |
| thegrimreapper@KaZaA | Mr. Lucci - If I Have To.mp3 | Mr. Lucci | 4,120KB | Audio |
| thegrimreapper@KaZaA | Mr. Lucci - It Ain't Easy (ft. Mr. Pookie).mp3 | Mr. Lucci | 3,379KB | Audio |
| thegrimreapper@KaZaA | Mr. Lucci - Late Night Coastin.mp3 | Mr. Lucci | 4,217KB | Audio |
| thegrimreapper@KaZaA | Mr. Pookie - Crook fo Life.mp3 | Mr. Pookie | 3,764KB | Audio |
| thegrimreapper@KaZaA | Mr. Pookie - The Ripple - 08 - Visions of A Silent One.mp3 | Mr. Pookie | 2,895KB | Audio |
| thegrimreapper@KaZaA | Mr.mp3 | Mr. Pookie | 2,583KB | Audio |
| thegrimreapper@KaZaA | Master P - Ghetto Love (Feat. Mia X).mp3 | Master P | 3,371KB | Audio |
| thegrimreapper@KaZaA | Mia X - Mama Drama - 026 - I Think Somebody.mp3 | Mia X | 2,150KB | Audio |
| thegrimreapper@KaZaA | 18 - Marques houston (form lmx) - That girl - 21stcentury.m... | Marques Houston | 5,084KB | Audio |
| thegrimreapper@KaZaA | Lil wyte - Crash Da Club.mp3 | Lil Wyte | 4,307KB | Audio |
| thegrimreapper@KaZaA | II_wyte-07-players_in_da_atmosphere-rage.mp3 | Lil Wyte | 5,732KB | Audio | Players |
| thegrimreapper@KaZaA | Lost Boys - Renee.mp3 | Lost Boys | 4,556KB | Audio |
| thegrimreapper@KaZaA | 13-13 - Nothin On Feat Oobie, Chyna White.mp3 | Lil' Jon and the Eastside B... | 4,809KB | Audio |
| thegrimreapper@KaZaA | Lil John - Don't Give a Fuck.mp3 | Lil' Jon and the Eastside B... | 6,305KB | Audio |
| thegrimreapper@KaZaA | ll'john_east side boys-bia bia(remix).mp3 | Lil' Jon and the Eastside B... | 3,541KB | Audio |
| thegrimreapper@KaZaA | ll_jon_and_the_eastside_boyz-get_low_feat_ying_yang_... | Lil' Jon and the Eastside B... | 2,614KB | Audio |
| thegrimreapper@KaZaA | 02 fiend presents-stay n ya lane (ft. eightball).mp3 | Fiend | 6,621KB | Audio | Stay N Ya |
| thegrimreapper@KaZaA | Fiend- 07-fiend_presents-no_glamour_story-hwc.mp3 | Fiend | 4,219KB | Audio |
| thegrimreapper@KaZaA | 01-dtp_presents_chingy-right_thurr_(main)-hwc.mp3 | Chingy | 5,001KB | Audio |
| thegrimreapper@KaZaA | Devin tha dude - Payn' For Pussy.mp3 | Devin the Dude | 1,943KB | Audio |
| thegrimreapper@KaZaA | Instrumentals freestyle_battle.mp3 | Instrumental | 4,630KB | Audio | Freestyle Bat... |
| thegrimreapper@KaZaA | 04) 1-20_Ludacris - It Wasn't Us.mp3 | Ludacris | 1,614KB | Audio | It W... |
| thegrimreapper@KaZaA | (Making the Band 2) Da Band - Why.mp3 | Making the Band | 5,138KB | Audio |
| thegrimreapper@KaZaA | Trick Daddy - Weed Song (Marijuana Hemp Rap).mp3 | Trick Daddy | 4,556KB | Audio | I'm 1... |
| thegrimreapper@KaZaA | Mark Nelson - Fifteen Minutes.mp3 | Mark Nelson | 3,458KB | Audio |
| thegrimreapper@KaZaA | black porn stars Dre-Noami 01 (2).mpeg | Girls Gone Wild | 2,292KB | Video |

Found 763 files | 2,095,940 users online, sharing 739,746,357 files (26,766,336 GB) | Not sharing any files