OAO 440  (Rev. 10/93) Summons in a Civil Action

# United States District Court

Middle District of Alabama

VIRGIN RECORDS AMERICA, INC., a
California corporation; WARNER BROS.
RECORDS INC., a Delaware corporation;
PRIORITY RECORDS LLC, a California
limited liability company; SONY BMG MUSIC
ENTERTAINMENT, a Delaware general
partnership; BMG MUSIC, a New York general
partnership; and UMG RECORDINGS, INC., a
Delaware corporation,

V.

MARJORIE BYRD

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

2:05CV601-A

TO:
MARJORIE BYRD
163 Andrews Circle
Montgomery, AL 36108-1647

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

Dorman Walker  (Bar # WAL086)
Leslie E. Williams  (Bar # WIL318)
BALCH & BINGHAM LLP
2 Dexter Avenue
P.O. Box 78 (36101)
Montgomery, Alabama 36104
Telephone: (334) 834-6500
Fax: (334) 269-3115

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

_Debra P. Hackett_                                    _June 24, 2005_
CLERK                                                DATE

_____
(By) DEPUTY CLERK

OAO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE

Service of the Summons and complaint was made by me[1]

NAME OF SERVER *(PRINT)*                                    TITLE

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.   Place where served: _____

G  Left copies thereof at the defendant=s dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

## STATEMENT OF SERVICE FEES

TRAVEL                          SERVICES                          TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date                              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.