OAO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

DATE  6/29/05

Service of the Summons and complaint was made by me[(1)]

NAME OF SERVER (PRINT)  J. E. Scott    TITLE  Private Investigator

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☑ Left copies thereof at the defendant=s dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  Michael Byrd (19 yr old son of Marjorie)

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | 50.00 | 50.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/29/05
           Date

Signature of Server: J. E. Scott

Address of Server: 100 Commerce St. Suite 1000 Montgomery, AL 36104

RETURNED AND FILED

JUN 30 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Middle District of Alabama

VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05CV601-A

V.

**MARJORIE BYRD**

TO:
MARJORIE BYRD
163 Andrews Circle
Montgomery, AL 36108-1647

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

Dorman Walker  (Bar # WAL086)
Leslie E. Williams  (Bar # WIL318)
BALCH & BINGHAM LLP
2 Dexter Avenue
P.O. Box 78 (36101)
Montgomery, Alabama 36104
Telephone: (334) 834-6500
Fax: (334) 269-3115

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                               June 24, 2005
CLERK                                            DATE

(By) DEPUTY CLERK