IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 SEP 15  P 4:08

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>      Plaintiffs,<br><br>vs.<br><br>MARJORIE BYRD,<br><br>      Defendant. | Civil Action No.: 2:05-cv-00601-WHA-VPM |

## REQUEST TO ENTER DEFAULT

TO THE CLERK OF THE COURT:

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Leslie E. Williams ¶ 5.

Plaintiffs served the Summons and Complaint on Defendant on June 29, 2005, by personal service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the Complaint. Id. ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶¶ 6-7.

DATED: 9/15/05                    By: *[signature]*
                                  Dorman Walker  (Bar # WAL086)
                                  Leslie E. Williams  (Bar # WIL318)
                                  BALCH & BINGHAM LLP
                                  2 Dexter Avenue
                                  P.O. Box 78 (36101)
                                  Montgomery, Alabama 36104
                                  Telephone: (334) 834-6500
                                  Fax: (334) 269-3115

                                  ATTORNEYS FOR PLAINTIFFS