

OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Middle District of Alabama

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation, | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: 2:05CV601-A |

V.

**MARJORIE BYRD**

TO:
MARJORIE BYRD
163 Andrews Circle
Montgomery, AL 36108-1647

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

Dorman Walker  (Bar # WAL086)
Leslie E. Williams  (Bar # WIL318)
BALCH & BINGHAM LLP
2 Dexter Avenue
P.O. Box 78 (36101)
Montgomery, Alabama 36104
Telephone: (334) 834-6500
Fax: (334) 269-3115

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                June 24, 2005
_____                    _____
CLERK                                        DATE

_(signature)_
(By) DEPUTY CLERK



EXHIBIT A

OAO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE 6/29/05

Service of the Summons and complaint was made by me[(1)]

NAME OF SERVER (PRINT) J.E. Scott     TITLE Private Investigator

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant=s dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Michael Byrd (19 yr old son of Marjorie)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

TRAVEL          SERVICES 50.00          TOTAL 50.00

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/29/05
Date

Signature of Server

Address of Server
100 Commerce St.
Suite 1000
Montgomery, AL 36104

RETURNED AND FILED

JUN 0 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.