IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS, INC., a Delaware corporation PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MARJORIE BYRD,<br><br>    Defendant. | Civil Action No. 2:05cv-00601-A |

### ENTRY OF DEFAULT

It appearing that defendant, Marjorie Byrd, was duly served with a copy of the summons and complaint on June 29, 2005, and said defendant has failed to answer or otherwise defend this action as set out in the affidavit of plaintiff's attorney filed herein on September 15, 2005, as required by law.

DEFAULT is hereby entered against defendant, Marjorie Byrd.

DONE THIS  19th  day of  September , 2005.

                                                    /s/ Debra P. Hackett
                                                  DEBRA P. HACKETT
                                                  CLERK, UNITED STATES DISTRICT COURT
                                                  MIDDLE DISTRICT OF ALABAMA