IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUN 24  A 8:55

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MARJORIE BYRD,<br><br>Defendant. | Civil Action No. _____ |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

COME NOW the Plaintiffs and File this Complaint for Copyright Infringement and would show unto the Court the following:

### JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. §101, et seq.).

2. This Court has jurisdiction under 17 U.S.C. § 101, et seq.; 28 U.S.C. §1331 (federal question); and 28 U.S.C. §1338(a) (copyright).


EXHIBIT 1

3.  This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that the Defendant resides in this District, and the acts of infringement complained of herein occurred in this District.

## PARTIES

4.  Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

5.  Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

6.  Plaintiff Priority Records LLC is a limited liability company with its principal place of business in the State of California.

7.  Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

8.  Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

9.  Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

10. Plaintiffs are informed and believe that Defendant is an individual residing in this District.

## COUNT I

## INFRINGEMENT OF COPYRIGHTS

11. Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

12. Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to certain copyrighted sound recordings (the "Copyrighted Recordings"). The Copyrighted Recordings include but are not limited to each of the copyrighted sound recordings identified in Exhibit A attached hereto, each of which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights. In addition to the sound recordings listed on Exhibit A, Copyrighted Recordings also include certain of the sound recordings listed on Exhibit B which are owned by or exclusively licensed to one or more of the Plaintiffs or Plaintiffs' affiliate record labels, and which are subject to valid Certificates of Copyright Registration issued by the Register of Copyrights.

13. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

14. Plaintiffs are informed and believe that Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others. In doing so, Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

15. Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by Defendant.

16. Plaintiffs are informed and believe that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiffs.

17. As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendant's infringement of each of the Copyrighted Recordings. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

18.    The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing Plaintiffs' copyrights, and ordering Defendant to destroy all copies of sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1.    For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings, to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without

Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.  For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3.  For Plaintiffs' costs in this action.

4.  For Plaintiffs' reasonable attorneys' fees incurred herein.

5.  For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

DATED: 6/24/05

*Leslie Williams*
Dorman Walker (Bar # WAL086)
Leslie E. Williams (Bar # WIL318)
BALCH & BINGHAM LLP
2 Dexter Avenue
P.O. Box 78 (36101)
Montgomery, Alabama 36104
Telephone: (334) 834-6500
Fax: (334) 269-3115

ATTORNEYS FOR PLAINTIFFS

6

# EXHIBIT A

# EXHIBIT A

## MARJORIE BYRD

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Ideal | Get Gone | Ideal | 273-905 |
| Warner Bros. Records Inc. | Jaheim | Could It Be | Ghetto Love | 295-088 |
| Priority Records LLC | Ice Cube | Ghetto Vet | The War Disc | 268-428 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The Message | It Was Written | 220-016 |
| Warner Bros. Records Inc. | Seal | Kiss From A Rose | Seal | 271-303 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Dirty Diana | Bad | 84-256 |
| BMG Music | SWV | Rain | Release Some Tension | 249-300 |
| UMG Recordings, Inc. | DMX | Damien | It's Dark And Hell Is Hot | 252-613 |
| BMG Music | Alicia Keys | Troubles | Songs in A Minor | 299-410 |

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | Electronica - Emerging Artists.kpl | Unknown | 0KB | |
| thegrimreapper@KaZaA | Funk - Emerging Artists.kpl | Unknown | 0KB | |
| thegrimreapper@KaZaA | .kpl | Unknown | 0KB | |
| thegrimreapper@KaZaA | kmd202_en.exe | Sharman Networks Ltd | 4,541KB | Software |
| thegrimreapper@KaZaA | Playa Fly - Got Ya Hot.mp3 | Playa Fly | 4,781KB | Audio |
| thegrimreapper@KaZaA | ween211.zip | Unknown | 350KB | |
| thegrimreapper@KaZaA | Hip-Hop - Emerging Artists.kpl | Unknown | 0KB | |
| thegrimreapper@KaZaA | bizzy_bone - murderah.mp3 | Bizzy Bone | 4,943KB | Audio |
| thegrimreapper@KaZaA | Eightball_MJG - Coming Out Hard.mp3 | Eightball_MJG | 4,192KB | Audio |
| thegrimreapper@KaZaA | Joe - More and More.mp3 | Joe | 2,677KB | Audio |
| thegrimreapper@KaZaA | Tre003.mp3 | T.I. | 4,141KB | Audio |
| thegrimreapper@KaZaA | Thumbs.db | Unknown | 8KB | |
| thegrimreapper@KaZaA | Dirty - 1st To Ride.mp3 | Dirty | 4,754KB | Audio |
| thegrimreapper@KaZaA | Playa Fly - MMM.mp3 | Playa Fly | 5,350KB | Audio |
| thegrimreapper@KaZaA | Mr. Lucci - Lifted.mp3 | Mr. Lucci | 4,047KB | Audio |
| thegrimreapper@KaZaA | Dangelo Brown Sugar.MP3 | D'Angelo | 3,104KB | Audio |
| thegrimreapper@KaZaA | Copy of Babyface - Someone To Love.mp3 | Baby Face | 4,277KB | Audio |
| thegrimreapper@KaZaA | Dru Hill_April Showers.mp3 | Dru Hill | 2,514KB | Audio |
| thegrimreapper@KaZaA | 04_Straight No Chaser.mp3 | TK Soul | 5,426KB | Audio |
| thegrimreapper@KaZaA | (01) Ruben Studdard - Sorry 2004.wma | Ruben Studdard | 2,576KB | Audio |
| thegrimreapper@KaZaA | Slow Jamz-R. Kelly-Sex Me (Part 1 and 2).mp3 | R. Kelly | 3,268KB | Audio |
| thegrimreapper@KaZaA | 11-Flexin' Sat (My Biggest Muscle).mp3 | Playa Fly | 1,393KB | Audio |
| thegrimreapper@KaZaA | Kings of DaSouth - T.I..MP3 | T.I. | 5,967KB | Audio |
| thegrimreapper@KaZaA | Various - Track 03.mp3 | NSync | 4,332KB | Audio |
| thegrimreapper@KaZaA | 2.kpl | Unknown | 0KB | |
| thegrimreapper@KaZaA | Outkast - Ms Jackson.mp3 | OutKast | 4,303KB | Audio |
| thegrimreapper@KaZaA | Tank - Maybe I Deserve.mp3 | tank | 5,419KB | Audio |
| thegrimreapper@KaZaA | maxwell - submerge.mp3 | Maxwell | 5,010KB | Audio |
| thegrimreapper@KaZaA | david banner - NO! MO!.mp3 | David Banner | 3,422KB | Audio |

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| thegrimreapper@KaZaA | david banner - NO! NO!.mp3 | David Banner | 2,427KB | Audio | |
| thegrimreapper@KaZaA | C-murder - Nasty Chick.mp3 | C-murder | 2,953KB | Audio | |
| thegrimreapper@KaZaA | 06-lets_get_away_tis.mp3 | T.I. | 6,493KB | Audio | |
| thegrimreapper@KaZaA | Jesse Powell - If 1 (1)(1).mp3 | Jesse Powell | 3,778KB | Audio | |
| thegrimreapper@KaZaA | Ideal - Never Let You Go.mp3 | Ideal | 4,598KB | Audio | |
| thegrimreapper@KaZaA | T.mp3 | T.I. | 4,240KB | Audio | |
| thegrimreapper@KaZaA | Avant - Separated.mp3 | Avant | 5,965KB | Audio | |
| thegrimreapper@KaZaA | ginuwine - Stingy.mp3 | Ginuwine | 6,236KB | Audio | |
| thegrimreapper@KaZaA | love calls.mp3 | KEM | 2,464KB | Audio | |
| thegrimreapper@KaZaA | 05-david_banner-whoremonger-rns.mp3 | David Banner | 1,464KB | Audio | |
| thegrimreapper@KaZaA | 02 - 02 - Shake Ya Body.mp3 | R.Kelly and Jay-Z | 2,278KB | Audio | |
| thegrimreapper@KaZaA | Sammie - I Like It (1).mp3 | Sammie | 3,329KB | Audio | |
| thegrimreapper@KaZaA | Ludacris - Mouf of Words (01) Track1.MP3 | Ludacris | 4,095KB | Audio | |
| thegrimreapper@KaZaA | Mokenstef - Sex In The Rain.mp3 | Mokenstef | 4,544KB | Audio | |
| thegrimreapper@KaZaA | dirty - Dirty Luv.mp3 | Dirty | 5,832KB | Audio | |
| thegrimreapper@KaZaA | 32-lil_flip-game_over-whoa.mp3 | Lil' Flip | 3,495KB | Audio | |
| thegrimreapper@KaZaA | Pop Rock - Emerging Artists.kpl | Jay Quinn Bond | 1KB | Audio | Pop Rock |
| thegrimreapper@KaZaA | mr_blue_-_Gangsta Drop (feat. Dirty).mp3 | Mr. Blue | 4,133KB | Audio | Gangsta |
| thegrimreapper@KaZaA | 09-One Call Away (ft_1_Weary).mp3 | Chingy | 4,327KB | Audio | One Call |
| thegrimreapper@KaZaA | Bang Bus - Rene.mpeg | bang bus | 560KB | Video | |
| thegrimreapper@KaZaA | Baby Face Usher - Bedtime.mp3 | Usher | 4,458KB | Audio | |
| thegrimreapper@KaZaA | Playa Fly - Work To Do.mp3 | Playa Fly | 4,281KB | Audio | |
| thegrimreapper@KaZaA | Playa Fly - Lets Get Em Crunk.mp3 | Playa Fly | 3,496KB | Audio | |
| thegrimreapper@KaZaA | Rap Instrumentals - Freestyle Mix - rap beats 22.mp3 | Instrumental | 2,133KB | Audio | |
| thegrimreapper@KaZaA | Weed.doc | Compaq | 53KB | Document | Beginner's Guide to |
| thegrimreapper@KaZaA | bang bus shannon.asf | Bang Bus | 1,139KB | Video | |
| thegrimreapper@KaZaA | *NSYNC - Gone.mp3 | NSYNC | 9,216KB | Audio | |
| thegrimreapper@KaZaA | St Lunatics - Real Niggaz.mp3 | Nelly | 4,138KB | Audio | |
| thegrimreapper@KaZaA | usher - Yee Rewind Me.mp3 | Usher | 3,831KB | Audio | |

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | usher - You Remind Me.mp3 | Usher | 3,881KB | Audio |
| thegrimreapper@KaZaA | Nsync - That's The Way Love Goes (MTV Icon).mp3 | NSYNC | 1,983KB | Audio |
| thegrimreapper@KaZaA | Three Six Mafia - Porno Movie.mp3 | Three 6 Mafia | 3,808KB | Audio |
| thegrimreapper@KaZaA | playa fly - Creepin Out Da Kut(1).mp3 | Playa Fly | 4,244KB | Audio |
| thegrimreapper@KaZaA | RB - Emerging Artists.kpl | Unknown | 0KB | Audio |
| thegrimreapper@KaZaA | 50 Cent feat Nature_Nas - Projects too hot.mp3 | Nas | 3,697KB | Audio |
| thegrimreapper@KaZaA | Bizzy Bone - Brain on Drugs.mp3 | Bizzy Bone | 1,589KB | Audio |
| thegrimreapper@KaZaA | Playa Fly - Fly2K - 7. Here Fly Come.mp3 | Playa Fly | 4,224KB | Audio |
| thegrimreapper@KaZaA | Silk - Baby Check Your Friend.mp3 | Silk | 4,716KB | Audio |
| thegrimreapper@KaZaA | playa fly - M-3 II.mp3 | Playa Fly | 4,420KB | Audio |
| thegrimreapper@KaZaA | Master P - Them Jeans - .19..mp3 | Master P | 3,579KB | Audio |
| thegrimreapper@KaZaA | Dirty Boyz - All I Need (Bud).mp3 | Dirty | 6,455KB | Audio |
| thegrimreapper@KaZaA | artist - Track 02_091900034.mp3 | Dirty | 3,612KB | Audio |
| thegrimreapper@KaZaA | Boys 2 men a song for momma.mp3 | Boys II Men | 3,542KB | Audio |
| thegrimreapper@KaZaA | Dirty - Pimp_Da Gangsta - 13 - Twinkys.mp3 | Dirty | 4,255KB | Audio |
| thegrimreapper@KaZaA | Bizzy Bone - Role Call.mp3 | Bizzy Bone | 820KB | Audio |
| thegrimreapper@KaZaA | B.G. aka B Gizzle - Fuck You (Intro).mp3 | B.G. | 1,791KB | Audio |
| thegrimreapper@KaZaA | B_Gizzle_02.mp3 | B.G. | 5,252KB | Audio |
| thegrimreapper@KaZaA | Alicia Keys-Never Felt This Way.mp3 | Alicia Keys | 2,365KB | Audio |
| thegrimreapper@KaZaA | Playa Fly - 1-B-M.mp3 | Playa Fly | 4,958KB | Audio |
| thegrimreapper@KaZaA | Dirty - Pimp_Da Gangsta - 03 - Gimmie Some Mo.mp3 | Dirty | 3,290KB | Audio |
| thegrimreapper@KaZaA | Take It To The Floor.mp3 | T-Rock | 6,575KB | Audio |
| thegrimreapper@KaZaA | Mr. Lucci - Half Steppin.mp3 | Mr. Lucci | 3,850KB | Audio |
| thegrimreapper@KaZaA | mr. blue - We So Cold (Feat. Dirty).mp3 | Mr. Blue | 4,066KB | Audio |
| thegrimreapper@KaZaA | boys II men - One Sweet Day feat..mp3 | Boys II Men | 5,598KB | Audio |
| thegrimreapper@KaZaA | old school slow jams - Immature - Please Dont Go.mp3 | Jinx | 2,330KB | Audio |
| thegrimreapper@KaZaA | 07___DAY.MP3 | Fiend | 4,252KB | Audio |
| thegrimreapper@KaZaA | 09 - What Its Life.mp3 | Jagged Edge | 3,081KB | Audio |
| thegrimreapper@KaZaA | 02-twista-fill_us_aleave.mp3 | Twista | 4,462KB | Audio |

| User | Filename | Artist | Size | Media type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | 02-twista-kill_us_all-svte.mp3 | Twista | 4,462KB | Audio |
| thegrimreapper@KaZaA | Twista - Adrenaline Rush.mp3 | Twista | 3,493KB | Audio |
| thegrimreapper@KaZaA | 1.kpl | Unknown | 0KB | Audio |
| thegrimreapper@KaZaA | Ice Cube - Ghetto Vet.mp3 | Ice Cube | 4,759KB | Audio |
| thegrimreapper@KaZaA | 15 - Youngbloodz - Po Sho - Drankin' Patna2.mp3 | Youngbloodz | 3,740KB | Audio |
| thegrimreapper@KaZaA | o.kpl | Rap Instrumentals | 0KB | Audio |
| thegrimreapper@KaZaA | Heart of A Ghetto Boy.mp3 | Fiend | 5,296KB | Video |
| thegrimreapper@KaZaA | Twista-Adrenaline Rush.mp3 | Twista | 3,997KB | Audio |
| thegrimreapper@KaZaA | T.I. - You Ain't Hard - Thug Luv.mp3 | T.I. | 5,764KB | Audio |
| thegrimreapper@KaZaA | R Kelly - I Can't Sleep Baby (1).mp3 | R. Kelly | 4,614KB | Audio |
| thegrimreapper@KaZaA | GGW.mpg | Girls Gone Wild | 2,555KB | Video |
| thegrimreapper@KaZaA | TQ - Daily.mp3 | TQ | 4,120KB | Audio |
| 2 Users | 02 - This Tha City.mp3 | Pastor Troy | 2,127KB | Audio |
| thegrimreapper@KaZaA | Scarface - Mary Jane.mp3 | Scarface | 4,371KB | Audio |
| thegrimreapper@KaZaA | Sammie - Count.mp3 | Sammie | 3,608KB | Audio |
| thegrimreapper@KaZaA | pastor troy - you cant pimp me (1).mp3 | pastor troy | 3,478KB | Audio |
| thegrimreapper@KaZaA | 09 Rick James - Mary Jane.mp3 | Rick James | 3,729KB | Audio |
| thegrimreapper@KaZaA | Anita Baker - Sweet Love.mp3 | Anita Baker | 3,846KB | Audio |
| thegrimreapper@KaZaA | 10 - Track 10.mp3 | Sean Paul feat. sasha | 3,210KB | Audio |
| thegrimreapper@KaZaA | Three Six Mafia - Touching.mp3 | Three 6 Mafia | 3,652KB | Audio |
| thegrimreapper@KaZaA | 03 My Automobile.wma | Young Bloodz | 4,107KB | Audio |
| thegrimreapper@KaZaA | Go To Sleep Bitch.mp3 | Eminem | 4,409KB | Audio |
| thegrimreapper@KaZaA | 04-Bonecrusher-Track 04.mp3 | Bone Crusher | 4,698KB | Audio |
| thegrimreapper@KaZaA | Ginuwine - I'm Crying.MP3 | Ginuwine | 1,888KB | Audio |
| thegrimreapper@KaZaA | Coo Coo Cal - In My Projects (Remix).mp3 | Coo Coo Cal, Trick Daddy | 3,632KB | Audio |
| thegrimreapper@KaZaA | sleepy brown ft outkast - I can't wait.wma | Outkast | 4,107KB | Audio |
| thegrimreapper@KaZaA | 06 If I Ain't Got You.wma | Alicia Keys | 3,615KB | Audio |
| thegrimreapper@KaZaA | Do Or Die - Do U.mp3 | Do Or Die | 3,939KB | Audio |
| thegrimreapper@KaZaA | archie - we ready.mp3 | Archie | 2,553KB | Audio |

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | archie – we ready.mp3 | Archie | 2,335KB | Audio |
| thegrimreapper@KaZaA | T.I. – Grand Royal.mp3 | T.I. | 4,900KB | Audio |
| thegrimreapper@KaZaA | Emimem – Without Me.mp3 | Eminem | 4,648KB | Audio |
| thegrimreapper@KaZaA | Jon B – They Don't Know.mp3 | Jon B | 4,294KB | Audio |
| thegrimreapper@KaZaA | Ludacris -i-splash-neverfall (remix).mp3 | Ludacris | 4,239KB | Audio |
| thegrimreapper@KaZaA | White Manz World.mp3 | 2 Pac | 5,300KB | Audio |
| thegrimreapper@KaZaA | Copy of Three Six Mafia – The End (Instrumental).mp3 | Three 6 Mafia | 4,094KB | Audio |
| thegrimreapper@KaZaA | trailer.wmv | Unknown | 1,072KB | Video |
| thegrimreapper@KaZaA | Bizzy Bone – When Thugs Cry.mp3 | Bizzy Bone | 3,422KB | Audio |
| thegrimreapper@KaZaA | BG-I Want It.mp3 | B.G. | 3,930KB | Audio |
| thegrimreapper@KaZaA | Silk – Lose Control.mp3 | Silk | 4,315KB | Audio |
| thegrimreapper@KaZaA | avant dont take your love away.wma | Avant | 4,132KB | Audio |
| thegrimreapper@KaZaA | Three 6 Mafia – late night tip.mp3 | Three 6 Mafia | 3,450KB | Audio |
| thegrimreapper@KaZaA | usher it.mp3 | Usher ft. joe budden | 4,298KB | Audio |
| thegrimreapper@KaZaA | bone thugs n harmony – notorious thugs.mp3 | Bone Thugs-n-Harmony | 5,734KB | Audio |
| thegrimreapper@KaZaA | Genuine – Same Old G.mp3 | Ginuwine | 3,855KB | Audio |
| thegrimreapper@KaZaA | jadakiss-kiss of death-hit it out.mp3 | Jadakiss | 4,962KB | Audio |
| thegrimreapper@KaZaA | Tony Toni Tone – Just Me And You.mp3 | Tony Toni Tone | 4,298KB | Audio |
| thegrimreapper@KaZaA | Toejem_Earl in Funkotron.zip | Unknown | 3,920KB | Audio |
| thegrimreapper@KaZaA | gens.exe | Unknown | 1,416KB | Software |
| thegrimreapper@KaZaA | gens.txt | Unknown | 347KB | |
| thegrimreapper@KaZaA | history.txt | Unknown | 33KB | |
| thegrimreapper@KaZaA | kailleraclient.dll | Unknown | 34KB | |
| thegrimreapper@KaZaA | language.dat | Unknown | 31KB | |
| thegrimreapper@KaZaA | Gens.cfg | Unknown | 0KB | |
| thegrimreapper@KaZaA | 8ball_MDG – It's Like Candy.MP3 | Eightball_MDG | 2KB | |
| thegrimreapper@KaZaA | eightball_mjg – pimp in my own rhyme.mp3 | Eightball_MDG | 4,466KB | Audio |
| thegrimreapper@KaZaA | Three Six Mafia and Twista – Smoked Out.mp3 | Three Six Mafia | 4,262KB | Audio |
| thegrimreapper@KaZaA | | Devin the Dude | 3,720KB | Audio |

# EXHIBIT B

| Filename | Artist | Size | Media Type | |
|---|---|---|---|---|
| 10 - Would Ya.mp3 | Devin the Dude | 5,560KB | Audio | |
| 03_cd2_dsr_freestyle_245_darc.mp3 | Lil Flip | 1,870KB | Audio | |
| Jae Hood - Can I Live.mp3 | 3-Hood | 1,647KB | Audio | |
| playa fly - face down on the dance floor.mp3 | Playa Fly | 3,175KB | Audio | face down |
| Dirty - Bendin'Corners.mp3 | Dirty | 4,290KB | Audio | |
| 01-NAS~1.MP3 | Nas, Jadakiss, Ludacris | 4,937KB | Audio | Made Y... |
| Bizzy Bone - Nobody Can Stop Me.mp3 | Bizzy Bone | 3,601KB | Audio | No |
| B. Gizzle - Living Legend - 14 - Been Doing This.mp3 | B.G. | 3,696KB | Audio | |
| fiend - all I know.mp3 | Fiend | 2,733KB | Audio | |
| David Banner (feat. Lil Flip)_-_Get Down (Like A Pimp).mp3 | David Banner | 4,011KB | Audio | Get Down (Like A... |
| Bizzy Bone - Waitin For Warfare.mp3 | Bizzy Bone | 5,407KB | Audio | |
| Mary J Blige-No More Drama.mp3 | Mary J. Blige | 5,096KB | Audio | |
| Gnuwine - 04.mp3 | Gnuwine | 4,192KB | Audio | |
| Playa Fly - Movin' on - 03 - Situations.mp3 | Playa Fly | 4,321KB | Audio | |
| porn xxx anal b-spanish nice tits (2).mpeg | R. Kelly Feat Jay-Z | 21,524KB | Video | ...CUTE Latine......Lucky mothe... |
| 17-baby-what_happen_to_that_boy.mp3 | Baby | 3,520KB | Audio | What H... |
| 13-too_short-cigarette_f_ugk_8ball-super.mp3s.mp3 | Too Short | 4,456KB | Audio | Cigarette |
| the_way_you_move (1).mp3 | Outkast | 4,601KB | Audio | |
| Gangsta Boo_T-Rock-- Nigga Yeah Know..mp3 | Gangsta Boo | 2,822KB | Audio | Nigga Yeah Know... |
| Mr. Magic (Thugga)- Puff Puff Pass.mp3 | Mr. Magic | 4,265KB | Audio | |
| Dirty - 10 - iwoodgrain.mp3 | Dirty | 4,181KB | Audio | |
| Dirty_-_11_-_Fuck Witcha.mp3 | Dirty | 6,457KB | Audio | |
| Do or Die-Can You Smoke and Ride.mp3 | Do or Die | 3,343KB | Audio | Car |
| DavidBanner_and_Lil'jon (2).mp3 | David Banner | 5,981KB | Audio | |
| Kaylah-En Vogue - All Cried Out.mp3 | Allure f/112 | 3,479KB | Audio | |
| Dirty - Pimp_Da Gangsta_-_08_-_Yean Heard.mp3 | Dirty | 4,562KB | Audio | |
| Mr. Lucci - slob.mp3 | Mr. Lucci | 3,695KB | Audio | |
| Biggie Smalls - Ten Crack Commandments.mp3 | Notorious B.I.G. | 3,198KB | Audio | Ten Cra... |
| Three Six Mafia - Rinky Dink Records.mp3 | Project Pat | 3,522KB | Audio | |

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | Three Six Mafia - Rinky Dink Records.mp3 | Project Pat | 3,966KB | Audio |
| thegrimreapper@KaZaA | Playa Fly - Triple Bitch Mafia.mp3 | Playa Fly | 4,946KB | Audio |
| thegrimreapper@KaZaA | Tyrese - Lately.mp3 | Tyrese | 4,165KB | Audio |
| thegrimreapper@KaZaA | Tupac and Bizzy Bone - Confessions [CDQ] - Unreleased.m... | Bone Thugs-N-Harmony | 4,593KB | Audio |
| thegrimreapper@KaZaA | Mr. Pookie - Big Ballah .mp3 | Mr. Pookie | 3,250KB | Audio |
| thegrimreapper@KaZaA | Montel Jordan_Bizzy Bone - Falling (Remix).mp3 | Montel Jordan and Bizzie ... | 3,326KB | Audio |
| thegrimreapper@KaZaA | Lil Wayne - the Block is Hot - 07 - Lights Out.mp3 | Lil Wayne | 2,899KB | Audio |
| thegrimreapper@KaZaA | Field Mob - Hey Shawty.mp3 | Field mob | 4,317KB | Audio |
| thegrimreapper@KaZaA | Cash Money-Lil Wayne-enemy turf (f.. ft juvenile)_11231312... | Lil Wayne | 4,082KB | Audio |
| thegrimreapper@KaZaA | Jesse Powell - You.mp3 | Jesse Powell | 3,706KB | Audio |
| thegrimreapper@KaZaA | Keith Sweat - Nobody.mp3 | Keith Sweat | 3,616KB | Audio |
| thegrimreapper@KaZaA | clipse ft. pharrell - grindin' (instrumental).mp3 | z: Instrumentals | 5,312KB | Audio |
| thegrimreapper@KaZaA | Lume - The Official Weed Smokin Rhyme (remix).mp3 | Weed Songs | 3,492KB | Audio |
| thegrimreapper@KaZaA | Memphisbleek_roundhere.mp3 | Memphis Bleek | 7,090KB | Audio |
| thegrimreapper@KaZaA | devin the dude - doobie ashtrey.mp3 | Devin The Dude | 1,820KB | Audio |
| thegrimreapper@KaZaA | blacks on blonds.wmv | blacksonblondes | 2,953KB | Video |
| thegrimreapper@KaZaA | BG - Chckmate - 03 - Gun Slinger.mp3 | B.G. | 4,179KB | Audio |
| thegrimreapper@KaZaA | Kanye West_Twista - Slow Jams.mp3 | Twista | 4,826KB | Audio |
| thegrimreapper@KaZaA | Tyrese - Act Like That (1).mp3 | Tyrese | 4,450KB | Audio |
| thegrimreapper@KaZaA | Three 6 Mafia-Smokin' On Da' Dro.mp3 | three 6 Mafia | 3,994KB | Audio |
| thegrimreapper@KaZaA | music-don't change (1).mp3 | Music | 3,620KB | Audio |
| thegrimreapper@KaZaA | Afroman - Crit 45.mp3 | Afroman | 4,994KB | Audio |
| thegrimreapper@KaZaA | Shirl - If I Ever Fell In Love Again (1).mp3 | Shirl | 2,962KB | Audio |
| thegrimreapper@KaZaA | Dmx - Grand Champion - 20 - Ayo Kato.mp3 | DMX | 5,316KB | Audio |
| thegrimreapper@KaZaA | MASTERp-HOWYADODAT (1).mp3 | Master P | 4,742KB | Audio |
| thegrimreapper@KaZaA | prophet jones - Lifetime.mp3 | Prophet Jones | 4,650KB | Audio |
| thegrimreapper@KaZaA | Choices_11-Dis_Bitch_Det_Hoe.MP3 | Project Pat | 4,091KB | Audio |
| thegrimreapper@KaZaA | 01-t.I.-be_easy-gmb.mp3 | T.I. | 4,903KB | Audio |
| thegrimreapper@KaZaA | 05-7031_still_love_you-rns.mp3 | 702 | 0,727KB | Audio |

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | 06-702-i_still_love_you-rns.mp3 | 702 | 6,727KB | Audio |
| thegrimreapper@KaZaA | black amateur clips of black strippers 404girlsgonewild (1).... | Black Women In Atlanta | 864KB | Video |
| thegrimreapper@KaZaA | Ice Cube - Today Was A Good Day.mp3 | Ice Cube | 3,583KB | Audio |
| thegrimreapper@KaZaA | Bizzy Bone - Yes-Yes-Yall.mp3 | Bizzy Bone | 910KB | Audio |
| thegrimreapper@KaZaA | Afroman - Palmdale.mp3 | Afroman | 5,298KB | Audio |
| thegrimreapper@KaZaA | Donell Jones - Have You Seen Her.mp3 | Donell Jones | 2,506KB | Audio |
| thegrimreapper@KaZaA | Tony Toni Tone - Anniversary.mp3 | Tony Toni Tone | 4,125KB | Audio |
| thegrimreapper@KaZaA | Too Short shake that monkey instrumental.MP3 | Too Short | 4,330KB | Audio |
| thegrimreapper@KaZaA | Posterboy - Freestyle 2.mp3 | Posterboy | 729KB | Audio |
| thegrimreapper@KaZaA | Good Times_Holiday_Styles(The Lox) (1).mp3 | Cristina Aguilera | 4,751KB | Audio |
| thegrimreapper@KaZaA | 18. - Voice within.mp3 | Styles P | 3,520KB | Audio |
| thegrimreapper@KaZaA | kris kross - live and die for hip hop.mp3 | Kriss Kross | 3,493KB | Audio |
| thegrimreapper@KaZaA | Tupac - Krazy.mp3 | 2 pac | 4,934KB | Audio |
| thegrimreapper@KaZaA | Gerald Levert You Got That Love.mp3 | Gerald Levert | 4,594KB | Audio |
| thegrimreapper@KaZaA | bizzy bone- riding on the Highway.mp3 | Bizzy Bone | 4,306KB | Audio |
| thegrimreapper@KaZaA | Joe - I Wanna Know.mp3 | Joe | 4,665KB | Audio |
| thegrimreapper@KaZaA | Field Mobb - Cut Loose.MP3 | Field Mob | 5,813KB | Audio |
| thegrimreapper@KaZaA | lil wayne - THA BLOCK IS HOT.mpg | Lil' Wayne | 42,697KB | Video |
| thegrimreapper@KaZaA | 04-jay-z-encore_(produced_by_kanye_west)-rns.mp3 | Jay-Z | 5,886KB | Audio |
| thegrimreapper@KaZaA | (Ginuwine feat. Twista; Puff Daddy)-Is This The End-.mp3 | Ginuwine | 4,269KB | Audio |
| thegrimreapper@KaZaA | fightintheclub.mp3 | T-20 ft. Lil' Fate, Trey Bx, | 3,735KB | Audio |
| thegrimreapper@KaZaA | celebs,50cent_jnrip,joeythanks.mp3 | 50 Cent | 2,180KB | Audio |
| thegrimreapper@KaZaA | 10-lil_scrappy_and_lil_jon-headbusserwcr.mp3 | Lil Scrappy_Lil Jon | 4,484KB | Audio |
| thegrimreapper@KaZaA | LIL-SCRAPPY - NEVA EVA.mp3 | Lil Scrappy_Trillville | 5,467KB | Audio |
| thegrimreapper@KaZaA | Spy cam - Real black hooker on street big booty (upskirt (... | Girls Gone Wild | 616KB | Video |
| thegrimreapper@KaZaA | G-Unit - Wanna Get To Know You.mp3 | G-Unit | 3,136KB | Audio |
| thegrimreapper@KaZaA | rkellybbgumshotts.mpg | R.Kelly Sex Tape | 8,397KB | Video |
| thegrimreapper@KaZaA | lil troy - We Gonna Lean.mp3 | Lil Troy feat. Lil Flip | 4,062KB | Audio |
| thegrimreapper@KaZaA | R. Kelly - Down Low.mp3 | R. Kelly | 4,524KB | Audio |

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | R. Kelly - Down Low.mp3 | R. Kelly | 4,524KB | Audio |
| thegrimreapper@KaZaA | RKelly - Step Into My Room.mp3 | R. Kelly | 3,562KB | Audio |
| thegrimreapper@KaZaA | tu Pac - Me And My Girl Friend (1).mp3 | 2 pac | 4,818KB | Audio |
| thegrimreapper@KaZaA | Vice Versa.mp3 | | | |
| thegrimreapper@KaZaA | RAP Mr 2 Pookie - Southern Muder Playa.mp3 | Pastor Troy | 4,156KB | Audio |
| thegrimreapper@KaZaA | Gerald Levert - Oh What A Nigh... feat. Roy Ayers.mp3 | Mr. Pookie | 4,229KB | Audio |
| thegrimreapper@KaZaA | Gerald Levert - Funny.mp3 | Gerald Levert | 4,590KB | Audio |
| thegrimreapper@KaZaA | Dru Hill - Tell Me.mp3 | Gerald Levert | 4,153KB | Audio |
| thegrimreapper@KaZaA | DMX - Beautiful.mp3 | Dru Hill | 3,999KB | Audio |
| thegrimreapper@KaZaA | pastor_troy_06-dear_pac-rager.mp3 | DMX | 4,626KB | Audio |
| thegrimreapper@KaZaA | (10) Dru Hill - I Love You.wma | Pastor Troy | 3,553KB | Audio |
| thegrimreapper@KaZaA | Vivian Green - Emotional Rollercoaster.mp3 | Dru Hill | 3,094KB | Audio |
| thegrimreapper@KaZaA | Never Make A Promise.mp3 | Vivian Green | 3,056KB | Audio |
| thegrimreapper@KaZaA | Jae Millz - Whoa Freestyle.mp3 | Dru Hill | 5,119KB | Audio |
| thegrimreapper@KaZaA | Field Mob - Where Are You Going.mp3 | Jae Millz | 3,059KB | Audio |
| thegrimreapper@KaZaA | DJ Big Mike - track 08.mp3 | Field Mob | 5,974KB | Audio |
| thegrimreapper@KaZaA | Latina's porn audition gets undresses and fucked 2m31s Hi... | Jae Millz | 4,091KB | Audio |
| thegrimreapper@KaZaA | R. Kelly - It Seems Like Your Ready.mp3 | videos | 19,519KB | Video |
| thegrimreapper@KaZaA | Kels-Saddest Story.mp3 | R. Kelly | 3,974KB | Audio |
| thegrimreapper@KaZaA | Yeah-Usher-Ft.Ludacris.mp3 | Kels | 4,173KB | Audio |
| thegrimreapper@KaZaA | Ludacris - You're Hot.mp3 | usher | 5,831KB | Audio |
| thegrimreapper@KaZaA | Dirty - The Pimp and The Gangsta - 10 - Ride.mp3 | Ludacris | 4,960KB | Audio |
| thegrimreapper@KaZaA | Twista - Get It Wet.mp3 | Dirty | 5,715KB | Audio |
| thegrimreapper@KaZaA | Michael Jackson - Man In The Mirror.mp3 | Twista | 3,568KB | Audio |
| thegrimreapper@KaZaA | Mystikal - I Smell Smoke (1).mp3 | Michael Jackson | 4,992KB | Audio |
| thegrimreapper@KaZaA | 10-Black And White.mp3 | Mystikal | 2,481KB | Audio |
| thegrimreapper@KaZaA | Snoop Doggy Dogg - Gin and Juice.mp3 | Master P | 4,462KB | Audio |
| thegrimreapper@KaZaA | Fallin.mp3 | Snoop Dogg | 3,306KB | Audio |
| thegrimreapper@KaZaA | Three 6 Mafia Fiend - Da Head Bussa - 06 - Thats How It ... | Alicia Keys | 4,172KB | Audio |