| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | Three 6 Mafia - Field - Da Headbussaz - 06 - Thats How It... | Da Headbussaz | 4,178KB | Audio |
| thegrimreapper@KaZaA | Field Mob - My Main Roni.mp3 | Field Mob | 4,893KB | Audio |
| thegrimreapper@KaZaA | playa fly - ghetto eyes.mp3 | Playa Fly | 4,592KB | Audio |
| thegrimreapper@KaZaA | Silkk the Shocker Mystikal - It aint my fault.mp3 | Silkk The Shocker f/ Mysti... | 3,217KB | Audio |
| thegrimreapper@KaZaA | Trick Daddy - Thug Holiday.mp3 | Trick Daddy | 2,789KB | Audio |
| thegrimreapper@KaZaA | big yo.mp3 | pastor troy feat. coldblo... | 4,153KB | Audio |
| thegrimreapper@KaZaA | Mr. Lucci - Consequences (ft. Mr. Pookie).mp3 | Mr. Lucci | 3,496KB | Audio |
| thegrimreapper@KaZaA | Roy Jones Jr - Y'all Must've Forgot.mp3 | Roy Jones Jr. | 4,152KB | Audio |
| thegrimreapper@KaZaA | Ginuwine - When Doves Cry.mp3 | Ginuwine | 3,272KB | Audio |
| thegrimreapper@KaZaA | 01-murphy_lee-wat_da_hook_gon_be-ssl.mp3 | Murphy Lee | 5,296KB | Audio |
| thegrimreapper@KaZaA | Bang Bus Carolyn.asf | Bangbus.com | 1,729KB | Video |
| thegrimreapper@KaZaA | Mr. Lucci - The Trunk (ft. Mr. Pookie).mp3 | Mr. Lucci | 3,570KB | Audio |
| thegrimreapper@KaZaA | Blacks on Blondes (compilation A-24).mpg | classic porn | 34,781KB | Video |
| thegrimreapper@KaZaA | 06 - Beautiful (You Are).mp3 | mpk | 3,110KB | Audio |
| thegrimreapper@KaZaA | Outkast - B.O.B. (Bombs Over Baghdad).mp3 | Outkast | 4,758KB | Audio |
| thegrimreapper@KaZaA | Sisqo-Incomplete.mp3 | Sisqo (Dru Hill) | 3,239KB | Audio |
| thegrimreapper@KaZaA | Boys II Men - I'm doing just fine.mp3 | Boys II Men | 5,149KB | Audio |
| thegrimreapper@KaZaA | Al 4 One - I Swear.mp3 | All For One | 2,032KB | Audio |
| thegrimreapper@KaZaA | PETEY PABLO-FREAK A LEAK.mp3 | Petey Pablo | 5,441KB | Audio |
| thegrimreapper@KaZaA | Gangsta Blac - Sch. Memphis.mp3 | Gangsta Blac and Playa Fly | 4,444KB | Audio |
| thegrimreapper@KaZaA | Ginuwine ft. Solé - Sex.mp3 | Ginuwine ft. Solé | 5,402KB | Audio |
| thegrimreapper@KaZaA | Hot Boys ft. 3-6 Mafia - Hypnotize Cash Money (Playa Mfry... | Three 6 Mafia | 4,105KB | Audio |
| thegrimreapper@KaZaA | Afroman - Crazy rap (dirty) [Djcafe].mpg | afroman | 45,422KB | Video |
| thegrimreapper@KaZaA | Tu Pac - Dear Mama.mp3 | 2 pac | 3,618KB | Audio |
| thegrimreapper@KaZaA | Warren G_Juice Dog - Regulator.mp3 | Warren G_Nate Dog | 2,972KB | Audio |
| thegrimreapper@KaZaA | Twista - Emotions.mp3 | Twista | 4,256KB | Audio |
| thegrimreapper@KaZaA | jayz ft-popoh tegs(big boi, killer mike, twista).mp3 | Jay-Z, Twista, Killer Mike,... | 5,633KB | Audio |
| thegrimreapper@KaZaA | 07-pastor troy_07_4_my_hustlaz-dac.mp3 | Pastor Troy | 3,171KB | Audio |
| thegrimreapper@KaZaA | (00) Juicy J - Smoke Dat Weed.mp3 | Juicy J | 4,518KB | Audio |

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | (08) Juicy J - Smoke Dat Weed.mp3 | Juicy J | 4,512KB | Audio |
| thegrimreapper@KaZaA | Nina Hartley_Butman Revenge 7.37mb 4.45min.avi | Blacks on Blondes | 4,150KB | Video |
| thegrimreapper@KaZaA | Pretty Willie - roll wit me.mp3 | Pretty Willie | 4,948KB | Audio |
| thegrimreapper@KaZaA | break of dawn.mp3 | Michael Jackson | 5,202KB | Audio |
| thegrimreapper@KaZaA | Inmixture - Extra Extra.mp3 | JMx | 3,167KB | Audio |
| thegrimreapper@KaZaA | Master P Feat. UGK - Break Em Off Something.mp3 | Master P | 4,402KB | Audio |
| thegrimreapper@KaZaA | Boys II Men - Girl In the Life Magazine.mp3 | Boys II Men | 3,267KB | Audio |
| thegrimreapper@KaZaA | Scarface- Last Of A Dying Breed - 05 - Down With Us.mp3 | Scarface | 6,630KB | Audio |
| thegrimreapper@KaZaA | Temple.wma | Hook The Captain | 2,184KB | Audio |
| thegrimreapper@KaZaA | Porn - Jenna Jameson and friends.mpg | MDMA | 9,530KB | Video |
| thegrimreapper@KaZaA | Keep it Alive.wma | Return To Mono | 2,615KB | Audio |
| thegrimreapper@KaZaA | Twista - Overnight Celebrity.mp3 | Twista | 3,667KB | Audio |
| thegrimreapper@KaZaA | Ginuwine - There it is.mp3 | Ginuwine | 4,735KB | Audio |
| thegrimreapper@KaZaA | Bobby_Brown - Every Little Step I Take.mp3 | Bobby Brown | 4,133KB | Audio |
| thegrimreapper@KaZaA | Pastor Troy - No Mo play in GA.mp3 | Pastor Troy | 2,822KB | Audio |
| thegrimreapper@KaZaA | Jay-Z_-_Excuse_Me_Miss_(Neptunes_Remix).mp3 | Jay-Z | 3,342KB | Audio |
| thegrimreapper@KaZaA | Michael Jackson - Dirty Diana.mp3 | Michael Jackson | 4,567KB | Audio |
| thegrimreapper@KaZaA | Eminem - The Way I Am.mp3 | Eminem | 4,537KB | Audio |
| thegrimreapper@KaZaA | baby-22-keep_spinnin_(ft_lil_petey_pablo_bg_mannie_fre... | Bobby ft. Petey, Pablo, TI... | 6,766KB | Audio |
| thegrimreapper@KaZaA | I Got The Hook Up - We Got It.mp3 | Mr. Serv-On;, Big Ed, Magi... | 2,038KB | Audio |
| thegrimreapper@KaZaA | Micheal Jackson - Invincible - 05 - Heaven Can Wait ( Full V... | Michael Jackson | 5,662KB | Audio |
| thegrimreapper@KaZaA | Field Mob-Dead In Your Chevy.mp3 | Field Mob | 3,594KB | Audio |
| thegrimreapper@KaZaA | Field Mob - Be Dirty.mp3 | Field Mob | 4,156KB | Audio |
| thegrimreapper@KaZaA | Field Mob - From The Roots To The Toots - 03 - Dont Want... | Field Mob | 4,535KB | Audio |
| thegrimreapper@KaZaA | Dru Hill - We're Not Making Love No More.mp3 | Dru Hill | 4,457KB | Audio |
| thegrimreapper@KaZaA | Dru Hill - Five Steps.mp3 | Dru Hill | 5,363KB | Audio |
| thegrimreapper@KaZaA | Field_mobb_Cant_Stop_Us.MP3 | Field Mob | 4,841KB | Audio |
| thegrimreapper@KaZaA | 03-t.i.-24s-rage.mp3 | T.I. | 5,386KB | Audio |
| thegrimreapper@KaZaA | Donnel Jones-Where I Want To Be.mp3 | Donell Jones | 2,873KB | Audio |

| Filename | Artist | Size | Media Type |
|---|---|---|---|
| Donell Jones - Where I Wanna Be.mp3 | Donell Jones | 2,973KB | Audio |
| rb-donell jones-all her love.mp3 | Donell Jones | 4,299KB | Audio |
| 15-dirty-ghetto_operations.mp3 | Dirty | 5,976KB | Audio |
| God Sent Me an Angle.mp3 | Amanda Perez | 3,443KB | Audio |
| Dirty_ where's da luv.mp3 | Dirty | 6,297KB | Audio |
| Kilo ali - Nastydancer.mp3 | Kilo Ali | 3,956KB | Audio |
| Why Don't We Fall In Love(Rmx).mp3 | Amerie ft. Ludacris | 3,268KB | Audio |
| Jagged Edge - Promise.mp3 | Jagged Edge | 2,902KB | Audio |
| Jaheim - 05 - Put That Woman First - Still Ghetto.mp3 | Jaheim | 3,842KB | Audio |
| Brown Sugar Soundtrack - 02 - Erykah Badu - I'm in love wi... | Erykah Badu | 5,018KB | Audio |
| Mr. Lucci - Have You Ever.mp3 | Mr. Lucci | 4,240KB | Audio |
| Kilo Ali - Love In Ya Mouth.mp3 | Kilo Ali | 3,854KB | Audio |
| 8ball - Stop Playing Games.mp3 | 8 ball | 3,962KB | Audio |
| eminem - Im just Marshal Mathiers.mp3 | Eminem | 2,577KB | Audio |
| New Artist - T.I. - at the bar_022420SR22.mp3 | T.I. | 3,658KB | Audio |
| white women fucking black men.mpg | hard core | 10,094KB | Video |
| Isaac Hayes - The Look of Love.mp3 | Isaac Hayes | 10,505KB | Audio |
| 11-dru_hill-never_stop_loving_you-H(s).mp3 | Dru Hill | 6,605KB | Audio |
| Marques Houston - Clubbin ft. Joe Budden.mp3 | Marques Houston | 3,934KB | Audio |
| Alicia Keys - Mr. Man (duet with Jimmy Cozier).mp3 | Alicia Keys | 3,904KB | Audio |
| Juvenile - 400 Degrees - Track 18 - Ha Remix (Feat. Jay-Z)... | Juvenile | 2,076KB | Audio |
| Brian McKnight - Anytime (I Miss you).mp3 | Brian McKnight | 4,266KB | Audio |
| Dru Hill ft Case - Beauty (Remix).mp3 | Dru Hill | 5,128KB | Audio |
| Jay-Z feat. R Kelly - Not Guilty.mp3 | Jay-Z and R. Kelly | 3,277KB | Audio |
| Asian Cheyenne Silver Anal GOOD.mpg | Aria Giovanni | 25,355KB | Video |
| 504 Boyz feat. Mercedes - I can tell u wanna fuck.mp3 | 504 Boys (ft. Mercedes) | 3,374KB | Audio |
| Bizzy Bone - Fried Day.mp3 | Bizzy Bone | 4,311KB | Audio |
| gangsta boo - i'm town representatives.mp3 | Gangsta Boo | 6,207KB | Audio |
| Field Mob - Cheatin On We.mp3 | Field Mob | 3,719KB | Audio |

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | Field Mob - Cheatin' On We.mp3 | Field Mob | 3,719KB | Audio |
| thegrimreapper@KaZaA | Jaheim - Could It Be.mp3 | Jaheim | 3,537KB | Audio |
| thegrimreapper@KaZaA | Dru Hill - I Should Be.mp3 | Dru Hill | 4,156KB | Audio |
| thegrimreapper@KaZaA | C-rile - bama boyz (feat. dangerous p).mp3 | C-rile | 3,695KB | Audio |
| thegrimreapper@KaZaA | Master P - Ghetto Dope - 14 Only Time Will Tell.mp3 | Master P | 3,889KB | Audio |
| thegrimreapper@KaZaA | Master P feat. Tru - I Always Feel Like Somebody's Watchin... | Master P | 3,613KB | Audio |
| thegrimreapper@KaZaA | Why Do I Feel So Sad.mp3 | Alicia Keys | 4,154KB | Audio |
| thegrimreapper@KaZaA | MIA x ft. MYSTIKAL - TWERK SOMETHING.mp3 | Mia X | 1,174KB | Audio |
| thegrimreapper@KaZaA | Subway and 702 - This Little Game We Play.mp3 | Subway feat 702 | 4,607KB | Audio |
| thegrimreapper@KaZaA | playa_fly-06-universal_heartthrob_(mesa_fifo)-rage.mp3 | Playa Fly | 8,156KB | Audio |
| thegrimreapper@KaZaA | TQ - Bye Bye Baby.mp3 | TQ | 3,942KB | Audio |
| thegrimreapper@KaZaA | t.i._and_psc-04-sum_fools_(ft.mp3 | T.I. | 6,800KB | Audio |
| thegrimreapper@KaZaA | Usher - You Got It Bad.mp3 | Usher | 3,939KB | Audio |
| thegrimreapper@KaZaA | Juvenile - u understand.mp3 | Juvenile | 6,080KB | Audio |
| thegrimreapper@KaZaA | TQ - Westside.mp3 | TQ | 4,710KB | Audio |
| thegrimreapper@KaZaA | Avant - Dont Say Yes.mp3 | Avant | 4,307KB | Audio |
| thegrimreapper@KaZaA | Jagged Edge - Wednesday Lover.mp3 | Jagged Edge | 4,239KB | Audio |
| 2 Users | Usher - Can U Help Me.mp3 | Usher | 5,241KB | Audio |
| thegrimreapper@KaZaA | JD feat. P.Diddy, Murphy Lee, and Snoop Dogg - Welcome... | JD | 4,748KB | Audio |
| thegrimreapper@KaZaA | P.Diddy feat. Usher - I Need a Girl.mp3 | P.Diddy ft. Usher | 4,250KB | Audio |
| thegrimreapper@KaZaA | 112 - Cupid.mp3 | 112 | 3,966KB | Audio |
| thegrimreapper@KaZaA | mr. poolie - French Connection (feat. Mr.Luca).mp3 | Mr. Poolie | 3,376KB | Audio |
| thegrimreapper@KaZaA | Jimmy Cozier - She's all I Got.mp3 | Jimmy Cozier | 3,130KB | Audio |
| thegrimreapper@KaZaA | Boys II Men - Water Runs Dry.mp3 | Boys II Men | 3,135KB | Audio |
| thegrimreapper@KaZaA | Devin The Dude - Reffer And Beer.mp3 | Devin The Dude | 4,096KB | Audio |
| thegrimreapper@KaZaA | Carl Thomas - Emotional.mp3 | Carl Thomas | 4,246KB | Audio |
| thegrimreapper@KaZaA | Petey Pablo - Blow Your Whistle (Dirty).mp3 | Petey Pablo | 3,264KB | Audio |
| thegrimreapper@KaZaA | Lucy Pearl - Dont mess with my man.mp3 | Nivea ft. Jagged Edge | | |
| thegrimreapper@KaZaA | Charlie Wilson - Without You.mp3 | Charlie Wilson | 4,732KB | Audio |

| Filename | Artist | Size | Media type | User |
|---|---|---|---|---|
| Charlie Wilson - Without You.mp3 | Charlie Wilson | 4,730KB | Audio | thegrimreapper@KaZaA |
| Brian McKnight - 05 - Love Of My Life.mp3 | Brian McKnight | 4,405KB | Audio | thegrimreapper@KaZaA |
| Tupac - MAKAVELI - Intro_bomb first (my_second reply).mp3 | 2 pac | 4,641KB | Audio | thegrimreapper@KaZaA |
| Murder Inc - Who Is 50 Cent.wma | David_Banner ft Lil Flip | 1,865KB | Audio | thegrimreapper@KaZaA |
| David banner - Fl3un Twenties.mp3 | David Banner | 6,919KB | Audio | thegrimreapper@KaZaA |
| Ginuwine - When Doves Cry.mp3 | Ginuwine | 3,788KB | Audio | thegrimreapper@KaZaA |
| 06-cadillac_on_22s-ems.mp3 | David Banner | 6,147KB | Audio | thegrimreapper@KaZaA |
| Carlos Santana feat. Wyclef Jean - Maria Maria.mp3 | Carlos Santana | 4,104KB | Audio | thegrimreapper@KaZaA |
| Big Black Nipples.mpg | 3 Doors Down | 2,249KB | Video | thegrimreapper@KaZaA |
| Dirty - Dipped In Ble.mp3 | Dirty | 3,033KB | Audio | thegrimreapper@KaZaA |
| li john_and the eastside boyz ft e-40_getcey patdo_bun b-r... | E-40 | 4,690KB | Audio | thegrimreapper@KaZaA |
| Hotboys - Tuesdays_Thursdays.mp3 | hot boys | 3,525KB | Audio | thegrimreapper@KaZaA |
| Eightball __MJG_Dont_Want_No_Drama.mp3 | eight ball and mjg | 4,193KB | Audio | thegrimreapper@KaZaA |
| 14-hot_boys-young_riders-rns.mp3 | Hot Boys | 5,251KB | Audio | thegrimreapper@KaZaA |
| Alicia Keys - Troubles.mp3 | Alicia Keys | 4,204KB | Audio | thegrimreapper@KaZaA |
| Avant - My First Love.mp3 | Avant | 4,198KB | Audio | thegrimreapper@KaZaA |
| 2pac(feat_SnoopDogg)-GangstaParty.mp3 | 2 pac | 3,655KB | Audio | thegrimreapper@KaZaA |
| Jagged Edge - I Gotta Be.mp3 | Jagged Edge | 4,198KB | Audio | thegrimreapper@KaZaA |
| Lil Flip - Underground Legend - 15 - What Yall Wanna Do R... | Lil Flip | 3,357KB | Audio | thegrimreapper@KaZaA |
| 09 - Diabolical - What You See.mp3 | Mr! Lucci | 3,371KB | Audio | thegrimreapper@KaZaA |
| Tupac-fuck_doggy dogg (snoop diss song-unreleased).mp3 | Tupac_Dr_Dre | 3,412KB | Audio | thegrimreapper@KaZaA |
| INX: My Very First Time.mp3 | INX | 3,154KB | Audio | thegrimreapper@KaZaA |
| Mr. Pookie - how you hook it up.mp3 | Mr. Pookie | 3,566KB | Audio | thegrimreapper@KaZaA |
| R. Kelly - Half On A Baby.mp3 | R. Kelly | 4,618KB | Audio | thegrimreapper@KaZaA |
| 02 - Ginuwine - Get ready (feat Snoop dogg and the rock) ... | Ginuwine | 6,470KB | Audio | thegrimreapper@KaZaA |
| the neptunes-the neptunes present... dones it blows my m... | the neptunes | 5,195KB | Audio | thegrimreapper@KaZaA |
| Ginuwine - 07 - Love You More - simple.mp3 | Ginuwine | 5,654KB | Audio | thegrimreapper@KaZaA |
| Foxy Brown - BWA.mp3 | Foxy / Mia X / Gangsta B... | 3,234KB | Audio | thegrimreapper@KaZaA |
| Ginuwine - 15 - Ginuwine - Hell Yeah (Remix Re - single.mp3 | Ginuwine | 6,331KB | Audio | thegrimreapper@KaZaA |

| User | Filename | Artist | Size | Media Type | Title |
|---|---|---|---|---|---|
| thegrimreapper@KaZaA | Ginuwine - 15 - Ginuwine - Half Yeah (Remix Fe - Simple.mp3... | Ginuwine | 6,331KB | Audio | Half Yeah (Remix Feat. R... |
| thegrimreapper@KaZaA | JMX - Slay The Night.mp3 | JMX | 3,411KB | Audio | |
| thegrimreapper@KaZaA | UGK - Front,_Back_Side to Side.mp3 | UGK | 4,904KB | Audio | Front,_Whistle |
| thegrimreapper@KaZaA | Ying Yang TWins - Whistle While You Tweek.mp3 | Ying Yang Twinz | 4,305KB | Audio | |
| thegrimreapper@KaZaA | SWV - Rain.mp3 | SWV | 4,123KB | Audio | |
| thegrimreapper@KaZaA | Eamon - Fuck It.mp3 | Eamon | 3,513KB | Audio | |
| thegrimreapper@KaZaA | y2 dirty-gimme_eething-vhb.mp3 | Dirty | 6,514KB | Audio | |
| thegrimreapper@KaZaA | Petey Pablo ft.mp3 | Petey Pablo | 5,796KB | Audio | |
| thegrimreapper@KaZaA | Monica - Why I Love You So Much.mp3 | Monica | 4,222KB | Audio | |
| thegrimreapper@KaZaA | 07_Mystikal_-_Bp_Track_Driver.mp3 | Mystikal | 4,204KB | Audio | |
| thegrimreapper@KaZaA | Donell Jones - I Wanna Love You.mp3 | Donell Jones | 3,024KB | Audio | |
| thegrimreapper@KaZaA | Usher - Your Make Me Wanna.mp3 | Usher | 3,459KB | Audio | |
| thegrimreapper@KaZaA | huge black cock in ass.mpeg | Porn | 870KB | Video | big black dick fuck girl up the ass bi... |
| thegrimreapper@KaZaA | Artist - Track t1_020116275s.mp3 | 50 Cent | 3,932KB | Audio | |
| thegrimreapper@KaZaA | Three Six Mafia - Where Is Da Bud.mp3 | Three 6 Mafia | 3,702KB | Audio | |
| thegrimreapper@KaZaA | Tupac Shakur - I Wonder if Heaven Got A Ghetto.mp3 | 2-Pac | 4,336KB | Audio | |
| thegrimreapper@KaZaA | Big Tymers - Get Your Roll On (Uncensored).mpg | Cash Money Millionaires | 15,646KB | Video | Get Your R.C... |
| thegrimreapper@KaZaA | 11-50_cent-pimp-rns (streamload).mp3 | 50 Cent | 5,846KB | Audio | |
| thegrimreapper@KaZaA | 05-ginuwine-in_those_jeans-0hni.mp3 | Ginuwine | 5,707KB | Audio | |
| thegrimreapper@KaZaA | Usher - My_Way.mp3 | Usher | 3,354KB | Audio | |
| thegrimreapper@KaZaA | 14-ginuwine-big_plans_(feat_method_man)-0mni.mp3 | Ginuwine | 4,856KB | Audio | Big Plans (f... |
| thegrimreapper@KaZaA | 13-ginuwine-our_first_born-0mni(1).mp3 | Ginuwine | 6,000KB | Audio | |
| thegrimreapper@KaZaA | 12- Ginuwine - Bedda man - 21stcentury.mp3 | Ginuwine | 5,292KB | Audio | |
| thegrimreapper@KaZaA | Slow Jams - JOE - The Things Your Man Won't Do.MP3 | Joe | 5,918KB | Audio | The Things... |
| thegrimreapper@KaZaA | PRESSHA - Splackavellie.mp3 | Pressha | 4,035KB | Audio | |
| thegrimreapper@KaZaA | Mystikal_-_Pussy_Crook.mp3 | Mystikal | 4,250KB | Audio | |
| thegrimreapper@KaZaA | Next - Butta Love.mp3 | Next | 4,618KB | Audio | |
| thegrimreapper@KaZaA | No Limit - Smokin' Weed In My Cadillac.MP3 | TRU | 5,498KB | Audio | |
| thegrimreapper@KaZaA | 05-lil_flip_feat.mp3 | Lil Flip ft young buck | 4,147KB | Audio | |

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | 05-lil_flip_feat.mp3 | Lil Flip ft young buck | 4,147KB | Audio |
| thegrimreapper@KaZaA | Bone Thugs-N-Harmony - Making Good Love (Remix 1).mp3 | Avant | 2,857KB | Audio |
| thegrimreapper@KaZaA | 12 ATL - Make it up With Love.wma | ATL | 3,232KB | Audio |
| thegrimreapper@KaZaA | booty talk 8 sexy black women taking a huge black cock up t... | Booty Talk | 2,383KB | Video |
| thegrimreapper@KaZaA | Ginuwine, RL, Tyrese, Case - The Best Man I Can Be.mp3 | Ginuwine | 4,812KB | Audio |
| thegrimreapper@KaZaA | Three 6ix Mafia - Ass And Titles.mp3 | Three 6 Mafia | 5,261KB | Audio |
| thegrimreapper@KaZaA | Asswatcher - Lisa [Lapdance].wmv | Asswatcher | 823KB | Video |
| thegrimreapper@KaZaA | 14-murphy_lee-jungle_gym-rns.mp3 | Murphy Lee | 4,756KB | Audio |
| thegrimreapper@KaZaA | Babyface - What If (1).mp3 | Baby Face | 4,618KB | Audio |
| thegrimreapper@KaZaA | St Lunatics - Who's the Boss.mp3 | Murphy Lee | 3,845KB | Audio |
| thegrimreapper@KaZaA | jadakiss n nate dog -times up.mp3 | Jadakiss | 3,312KB | Audio |
| thegrimreapper@KaZaA | Playa - Cheers 2 U.mp3 | Playa | 4,866KB | Audio |
| thegrimreapper@KaZaA | tyrese-2000 watts-What Am I Gonna Do.mp3 | Tyrese | 4,375KB | Audio |
| thegrimreapper@KaZaA | Black First Time Ass Fuck (1) (1).mpg | big brother | 4,687KB | Video |
| thegrimreapper@KaZaA | dj paul,playa fly-anna got me dickin(original).mp3 | Playa Fly Feat. DJ Paul | 5,966KB | Audio |
| thegrimreapper@KaZaA | Jagged Edge - Let's Get Married.mp3 | Jagged Edge | 5,138KB | Audio |
| thegrimreapper@KaZaA | Black Anal Of Blond -dogfart-.mpg | huge cocks | 2,213KB | Video |
| thegrimreapper@KaZaA | ruff endz - You Mean the World to Me (1).mp3 | Ruff Endz | 3,906KB | Audio |
| thegrimreapper@KaZaA | Bone Thugs N Harmony - Mo Murda.mp3 | Bone Thugs-n-Harmony | 5,399KB | Audio |
| thegrimreapper@KaZaA | St Lunatics ft Postenboy- If I Want To.mp3 | Postaboy Ft; Nelly, Murp... | 5,234KB | Audio |
| thegrimreapper@KaZaA | common feat. Mary J. Bige - Come To Me.mp3 | Common f/ Mary J. Blige | 3,850KB | Audio |
| thegrimreapper@KaZaA | Genuine - So Anxious.mp3 | Ginuwine | 4,342KB | Audio |
| thegrimreapper@KaZaA | Juvenile - Nolia Clap.mp3 | Juvenile | 4,289KB | Audio |
| thegrimreapper@KaZaA | Playa Fly - Fly2K - 2. Bill Chill Lives.mp3 | Playa Fly | 4,724KB | Audio |
| thegrimreapper@KaZaA | Babyface - When Will I See You Again.mp3 | Baby Face | 3,569KB | Audio |
| thegrimreapper@KaZaA | Murphy Lee - Love Me Baby.mp3 | Murphy Lee | 6,230KB | Audio |
| thegrimreapper@KaZaA | 04-50_cent-many_men_(wish_death)-rns.mp3 | 50 Cent | 6,006KB | Audio |
| thegrimreapper@KaZaA | Ideal - Get Gone.mp3 | Ideal | 4,214KB | Audio |
| thegrimreapper@KaZaA | Jon B - I Do.mp3 | Jon B | 4,463KB | Audio |

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | Jon B - I Do.mp3 | Jon B. | 4,465KB | Audio |
| thegrimreapper@KaZaA | tela-11-coca_ft_jazze_pha-rage.mp3 | Tela | 6,175KB | Audio |
| thegrimreapper@KaZaA | Booty Talk 7 Black Hardcore Video Big Ass Ghetto Hood Rat... | West Coast - bootytalk.com | 16,116KB | Video |
| thegrimreapper@KaZaA | Slum Village ft Kanye West - Selfish.mp3 | Slum Village ft Kanye West | 7,118KB | Audio |
| thegrimreapper@KaZaA | Bang Bus - Kareh.mpeg | BangBus | 606KB | Video |
| thegrimreapper@KaZaA | Three 6 Mafia - Who Run It.mpg | Three 6 Mafia | 39,295KB | Video |
| thegrimreapper@KaZaA | Youngbuck-Let Me In.mp3 | Young Buck Feat. 50 Cent | 4,625KB | Audio |
| thegrimreapper@KaZaA | Bizzy Bone feat Joker - Uh Huh (Smooth Remix) - simple.mp... | Bizzy Bone | 5,137KB | Audio |
| thegrimreapper@KaZaA | Rome - I Belong To You.mp3 | Rome | 4,269KB | Audio |
| thegrimreapper@KaZaA | R. Kelly - Bump N Grind.mp3 | R. Kelly | 5,002KB | Audio |
| thegrimreapper@KaZaA | (Rap) Juvenile - Pimpinabitch.mp3 | Juvenile | 1,672KB | Audio |
| thegrimreapper@KaZaA | 112 - Izyie You Like It Did.mp3 | 112 | 4,040KB | Audio |
| thegrimreapper@KaZaA | Da Wild Boys - Drop That Soulja Rag.mp3 | Da Wild Boyz | 3,618KB | Audio |
| thegrimreapper@KaZaA | Juvenile - Soulja Raps.mp3 | Juvenile | 3,897KB | Audio |
| thegrimreapper@KaZaA | 05 MAN AIN'T SUPPOSED TO CRY.mp3 | Public Announcement | 3,034KB | Audio |
| thegrimreapper@KaZaA | Lil Zane_Anywhere.mp3 | 112 | 2,872KB | Audio |
| thegrimreapper@KaZaA | B.G. - Hottest Of The Hot.mp3 | B.G. | 5,040KB | Audio |
| thegrimreapper@KaZaA | Hot Boys - Guerilla Warfare - 04 - Help.mp3 | B.G. | 4,974KB | Audio |
| thegrimreapper@KaZaA | Jagged Edge - Goodbye.mp3 | Jagged Edge | 5,999KB | Audio |
| thegrimreapper@KaZaA | r_kelly_and_jay-z-the_best_of_both_worlds-11-break_up_... | R. Kelly And Jay-Z | 4,836KB | Audio |
| thegrimreapper@KaZaA | R Kelly and Jay-z - the best of both worlds - 06 - pussy.mp3 | R. Kelly and Jay-Z | 4,871KB | Audio |
| thegrimreapper@KaZaA | Soul For Real - Candy Rain.mp3 | Soul For Real | 4,317KB | Audio |
| thegrimreapper@KaZaA | 05 Killer Mike - Scared Straight.mp3 | Killer Mike | 5,910KB | Audio |
| thegrimreapper@KaZaA | Debra Cox - How Did You Get Here.mp3 | Debra Cox | 4,107KB | Audio |
| thegrimreapper@KaZaA | I Won't Tell.mp3 | Ciara | 3,474KB | Audio |
| thegrimreapper@KaZaA | BG. I Know.mpg | B.G. ft. Lil Wayne | 34,869KB | Video |
| thegrimreapper@KaZaA | HOUSTON-buts deep anal-Facial (1).avi | Dru Hill | 39,181KB | Video |
| thegrimreapper@KaZaA | Tevin Campbell - Can We Talk.mp3 | Tevin Campbell | 4,465KB | Audio |
| thegrimreapper@KaZaA | 2Pac ft. KCI JoJo of Jo... | 2Pac ft. KCI JoJo of Jo... | 41,272KB | Video |

| User | Filename | Artist | Size | Media type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | 2Pac (ft. KCI_JoJo) - How Do You Want It (xxx).mpeg | 2Pac ft. KCI_JoJo & 36... | 41,272KB | Video |
| thegrimreapper@KaZaA | B2K - Why I Love You (1).wmv | B2K | 9,098KB | Video |
| thegrimreapper@KaZaA | the_interview2_big.asf | 8th street latinas | 21,003KB | Video |
| thegrimreapper@KaZaA | 2pac_-_smile_ft_scarface_-_johnny_p_(bedazz)+HIV.mp... | 2Pac feat. Scarface | 57,873KB | Video |
| thegrimreapper@KaZaA | All ft Murphy Lee - Bougheeto (DustyIds).mpg | All feat. Murphy Lee | 37,451KB | Video |
| thegrimreapper@KaZaA | 21_lyssa_ft_jadakiss-day_and_night.mp3 | 21_lyss_ft_jadakiss-day... | 3,900KB | Audio |
| thegrimreapper@KaZaA | Ciara feat. Petey Pablo - Goodies [Tobro].mpg | Ciara F. Petey Pablo | 52,995KB | Video |
| thegrimreapper@KaZaA | Bootytalk21.asf | TI | 29,765KB | Video |
| thegrimreapper@KaZaA | Rock Wit U - Ashanti.mpg | Ashanti | 35,665KB | Video |
| thegrimreapper@KaZaA | Petey Pablo - Raise It Up! (Dirty Version).mp3 | Petey Pablo | 4,346KB | Audio |
| thegrimreapper@KaZaA | Nara Davis - Honey [Reverse DickRide] (1).mpeg | Asswatcher | 13,674KB | Video |
| thegrimreapper@KaZaA | 06-Tyrese - Signs of love makin.mp3 | Tyrese | 3,844KB | Audio |
| thegrimreapper@KaZaA | Chingy Right Thurr (Uncensored Version).wmv.mpg | Chingy | 39,433KB | Video |
| thegrimreapper@KaZaA | Musiq Soulchild - I Love.mp3 | Musiq | 3,574KB | Audio |
| thegrimreapper@KaZaA | Snoop Doggy Dogg - Beautiful.mp3 | Snoop Dogg | 3,499KB | Audio |
| thegrimreapper@KaZaA | playa fly - Funk-N-Hook.mp3 | Playa Fly | 4,491KB | Audio |
| thegrimreapper@KaZaA | Nsync and Nelly - Girlfriend Remix.mp3 | Nsync and Nelly | 4,251KB | Audio |
| thegrimreapper@KaZaA | playa_fly-16-few_and_da_proud_(thasdb)-rap.mp3 | Playa Fly | 6,885KB | Audio |
| thegrimreapper@KaZaA | Bizzy Bone - Jesus.mp3 | Bizzy Bone | 4,506KB | Audio |
| thegrimreapper@KaZaA | bizzy_bone-12-time_passing_us_by-rbd.mp3 | Bizzy Bone | 7,112KB | Audio |
| thegrimreapper@KaZaA | Mya - My Love Is Like...Wo.mpg | Mya | 66,191KB | Video |
| thegrimreapper@KaZaA | Three Six Mafia-Sippin on Some Syrup.mpg | 3 6 Mafia/Project Pat_U... | 39,465KB | Video |
| thegrimreapper@KaZaA | II_bm - get low.MPG | Video | 36,026KB | Video |
| thegrimreapper@KaZaA | Muf-Ty - 002 - Looking For Love - sample.mp3;.mp3 | Muf-Ty | 4,001KB | Audio |
| thegrimreapper@KaZaA | Tyrese - Sweet Lady.mp3 | Tyrese | 1,302KB | Audio |
| thegrimreapper@KaZaA | 01-jagged_edge-walked_outta_heaven_radio_edit-dvmp... | Jagged Edge | 5,398KB | Audio |
| thegrimreapper@KaZaA | Usher - One Day You'll Be Mine.mp3 | usher | 3,179KB | Audio |
| thegrimreapper@KaZaA | Nelly, P.Diddy, and Murphy Lee - Shake Ya Tailfeather.mpg | Nelly, P.Diddy, Murphy L... | 77,683KB | Video |
| thegrimreapper@KaZaA | Tony Toni Tone Dj Quick - Let's Get Down.mp3 | Tony Toni Tone | 4,691KB | Audio |