| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | Tony Toni Tone_DJ Quick - Let's Get Down.mp3 | Tony Toni Tone | 4,681KB | Audio |
| thegrimreapper@KaZaA | 06-b2k-what_a_girl_wants-esc.mp3 | B2K | 6,531KB | Audio |
| thegrimreapper@KaZaA | 12-petey_pablo_feat.mp3 | Petey Pablo | 3,555KB | Audio |
| thegrimreapper@KaZaA | Playa Fly - Just Gettin' It On - 01 - Gettin' It On.mp3 | Playa Fly | 4,179KB | Audio |
| thegrimreapper@KaZaA | Seal - Kiss From A Rose.mp3 | Seal | 4,500KB | Audio |
| thegrimreapper@KaZaA | playa_fly-17-minnie_mae_4_life_(latcynthia_and_derico)-ya... | Playa Fly | 5,883KB | Audio |
| thegrimreapper@KaZaA | Maxwell - Fortunate.mp3 | Maxwell | 4,671KB | Audio |
| thegrimreapper@KaZaA | Slow Jams-Love Basketball- Maxwell - This Woman's Work... | Maxwell | 5,190KB | Audio |
| 2 Users | | | | |
| thegrimreapper@KaZaA | R4p - Killer Mikey - Dat Nu N0.mp3 | Killer Mike/T.I.P/Bun B | 5,519KB | Audio |
| thegrimreapper@KaZaA | T.I. - Dope Boy Fresh.mp3 | T.I. | 4,729KB | Audio |
| thegrimreapper@KaZaA | young_buck-let_me_in_(abbre)_((shadyrecords.net)).mpeg | Young Buck | 55,500KB | Video |
| thegrimreapper@KaZaA | KCI and Jojo - All My Life.mp3 | KCI and Jojo | 5,169KB | Audio |
| thegrimreapper@KaZaA | Mr Magic - 9th Werd.mp3 | Mr. Magic | 3,696KB | Audio |
| thegrimreapper@KaZaA | Eightball and MJG - Space Age Pimpin'.mp3 | Eightball_MJG | 3,636KB | Audio |
| thegrimreapper@KaZaA | Magic - We Gon Ride.mp3 | Mr. Magic | 3,460KB | Audio |
| thegrimreapper@KaZaA | Magic - THUGGIN' - 06 - Soldier.mp3 | Mr Magic | 4,034KB | Audio |
| thegrimreapper@KaZaA | Dr Charlene.wma | andrew hamilton | 5,657KB | Audio |
| thegrimreapper@KaZaA | Styles P ft Akon - Locked Up .mp3 | Akon | 3,857KB | Audio |
| thegrimreapper@KaZaA | Akon_Locked_Up.mp3 | Akon | 3,702KB | Audio |
| thegrimreapper@KaZaA | Baby-D, Archie, Pastor-Troy - ATL Ho.mp3 | Baby D, Archie, Pastor Tr... | 4,244KB | Audio |
| thegrimreapper@KaZaA | Devin The Dude - Doobie 79.mp3 | Devin The Dude | 5,031KB | Audio |
| thegrimreapper@KaZaA | Next - Beauty Queen.mp3 | Next | 3,643KB | Audio |
| thegrimreapper@KaZaA | Anthony Hamilton - Charlene.mp3 | Anthony Hamilton | 3,694KB | Audio |
| thegrimreapper@KaZaA | Bow Wow Feat. Baby - Let's Get Down.mp3 | Bow Wow Feat. Baby | 6,029KB | Audio |
| thegrimreapper@KaZaA | 06-rubber_band_man-ffs.mp3 | T.I. | 8,144KB | Audio |
| thegrimreapper@KaZaA | Bizzy Bone - Gift_07 - Be Care(U).mp3 | Bizzy Bone | 4,214KB | Audio |
| thegrimreapper@KaZaA | Co-Ed F-T.I.P. - Roll wit Me (Remix).mp3 | Co-Ed ft. T.I.P. | 3,696KB | Audio |
| thegrimreapper@KaZaA | 08-ludacris-RPM.mp3 | Disturbing Tha Peace Fea... | 4,314KB | Audio |
| thegrimreapper@KaZaA | Bone Thugs-N-Harmony - 1st Of The Month.mpeg | Bone Thugs n Harmony | 49,272KB | Video |

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | Bone Thugs-N-Harmony - 1st Of The Month.mpeg | Bone Thugs n Harmony | 49,270KB | Video |
| thegrimreapper@KaZaA | 15-be_better_than_me-it's.mp3 | T.I. | 7,040KB | Audio |
| thegrimreapper@KaZaA | Master P - I Miss My Homies.mp3 | Master P | 5,049KB | Audio |
| thegrimreapper@KaZaA | Tela feat; Eightball_MJG - Sho Nuff.mp3 | Tela w/ Eightball_MJG | 4,820KB | Video |
| thegrimreapper@KaZaA | Musiq - Half Crazy~Angelbaby~.mpg | Musiq Soulchild | 67,647KB | Video |
| thegrimreapper@KaZaA | bru Hill - These Are The Times.mp3 | Dru Hill | 3,931KB | Audio |
| thegrimreapper@KaZaA | 16-bm_live_da_game-it's.mp3 | T.I. | 3,147KB | Audio |
| thegrimreapper@KaZaA | Cool J, LL - Hey Lover.mp3 | LL Cool J | 3,773KB | Audio |
| thegrimreapper@KaZaA | haha.mp3 | Frankee | 4,728KB | Audio |
| thegrimreapper@KaZaA | 24's-G-unit Remix.mp3 | 50 Cent, Young Buck | 3,018KB | Audio |
| thegrimreapper@KaZaA | Lil Flip - Problems.mp3 | Lil Flip | 3,900KB | Audio |
| thegrimreapper@KaZaA | Whitney Houston_Debra Cox -Same Script Different Cast... | Whitney Houston_Debra... | 4,704KB | Audio |
| thegrimreapper@KaZaA | d(_j-jay-money_aint_a_thang_(werner-uncensored).mpg | Jay-Z ft Jermaine Dupri | 51,028KB | Video |
| thegrimreapper@KaZaA | Nas-poison.mp3 | Nas | 4,686KB | Audio |
| thegrimreapper@KaZaA | Lil Flip - Underground Legend - 09 - We Ain't Scared.mp3 | Lil Flip ft. Bizzy Bone | 4,919KB | Audio |
| thegrimreapper@KaZaA | 12.) Cant Be Your Man - Thug Luv.mp3 | T.I. | 6,549KB | Audio |
| thegrimreapper@KaZaA | Eminem's Freestyles (Unreleased).mp3 | Eminem | 2,926KB | Audio |
| thegrimreapper@KaZaA | Trina - B R Right (Featuring Ludacris).mp3 | Trina | 3,776KB | Audio |
| thegrimreapper@KaZaA | Loon - How You Want That.mpg | Loon | 53,840KB | Video |
| thegrimreapper@KaZaA | Ludacris-1st and 10.mp3 | Ludacris | 3,149KB | Audio |
| thegrimreapper@KaZaA | Still Gettin My Dick Sucked-DJ Paul (1).mp3 | DJ Paul | 1,552KB | Audio |
| thegrimreapper@KaZaA | BangBus-Sasha.mpeg | Bang Bus | 3,586KB | Video |
| thegrimreapper@KaZaA | my ex girlfriend in bondage video we made at home (teen ... | Porno | 963KB | Video |
| thegrimreapper@KaZaA | Hypnotism.pdf | Perkins, Wayne | 68KB | Document |
| thegrimreapper@KaZaA | wet horny teen brazil (17)(1).mpeg | BangBus | 7,258KB | Video |
| thegrimreapper@KaZaA | 09-look_what_i_got-it's.mp3 | T.I. | 4,333KB | Audio |
| thegrimreapper@KaZaA | Nas - The Message.mp3 | Nas | 3,619KB | Audio |
| thegrimreapper@KaZaA | djjelly-gets a nigga buck(1).mp3 | Playa Fly | 3,693KB | Audio |

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | Bang bus - Mia.mpeg | Bang Bus | 3,184KB | Video |
| thegrimreapper@KaZaA | bang bus Jenny.asf | bang bus | 949KB | Video |
| thegrimreapper@KaZaA | This bitch has big tits and gushes her cum all over the bed!... | Women on bed with dildo | 847KB | Video |
| thegrimreapper@KaZaA | Bizzy Bone - Demons Surround Me.mp3 | Bizzy Bone | 2,647KB | Audio |
| thegrimreapper@KaZaA | Carl Thomas - I Wish.mp3 | Carl Thomas | 4,444KB | Audio |
| thegrimreapper@KaZaA | Gangsta Boo -19- I Faked It Last Night (High Quality VBR) (... | Gangsta Boo | 4,130KB | Audio |
| thegrimreapper@KaZaA | Ludacris - Go 2 Sleep - supermp3s.mp3 | Ludacris | 4,847KB | Audio |
| thegrimreapper@KaZaA | New Artist - 09-Whats Yo Name Feat. Neptunes - Thug Luv... | T.I. | 3,674KB | Audio |
| thegrimreapper@KaZaA | 02-chingy-hoes herme-wch.mp3 | Chingy | 4,276KB | Audio |
| thegrimreapper@KaZaA | Playa Fly - Movin' On - 05 - Start Runnin'.mp3 | Playa Fly | 3,494KB | Audio |
| thegrimreapper@KaZaA | New Artist - t.i. - heavy chevys feat the psc_022420050039... | T.I. | 4,507KB | Audio |
| thegrimreapper@KaZaA | New Artist - T.I. - do it_022420041655.mp3 | T.I. | 3,795KB | Audio |
| thegrimreapper@KaZaA | Juvenile - We On Fire.mp3 | Juvenile | 4,746KB | Audio |
| thegrimreapper@KaZaA | Juvenile - Got That Fire.mp3 | Juvenile | 2,947KB | Audio |
| thegrimreapper@KaZaA | Rap Hip Hop_Juvenile - Run For It.mp3 | Juvenile | 4,153KB | Audio |
| thegrimreapper@KaZaA | Dirty Boyz - Ackamonkey (Down Here).mp3 | Dirty | 5,776KB | Audio |
| thegrimreapper@KaZaA | Dirty Boyz - Candyman Part 2 F-5ik.mp3 | Dirty | 6,637KB | Audio |
| thegrimreapper@KaZaA | Devin The Dude - Mo Fo Ya.mp3 | Devin The Dude | 3,478KB | Audio |
| thegrimreapper@KaZaA | Boyz II Men - Uhh Ahh.mp3 | Boys II Men | 2,710KB | Audio |
| thegrimreapper@KaZaA | B.G. - Clean Up Man.mp3 | B.G. | 3,761KB | Audio |
| thegrimreapper@KaZaA | Rap Big Timers - I've been peeping Ectasy.mp3 | B.G. | 4,102KB | Audio |
| thegrimreapper@KaZaA | Playa Fly - Feel Me.mp3 | Playa Fly | 4,194KB | Audio |
| thegrimreapper@KaZaA | Playa Fly - Just Awaken Shaken.mp3 | Playa Fly | 3,982KB | Audio |
| thegrimreapper@KaZaA | Harry Blonde Pussy - Female Ejaculation.mpeg | Porn | 7,620KB | Video |
| thegrimreapper@KaZaA | Playa Fly - Nobody Needs Nobody.mp3 | Playa Fly | 4,671KB | Audio |
| thegrimreapper@KaZaA | Bang Bus - Monica.mpeg | BangBus | 667KB | Video |
| thegrimreapper@KaZaA | Playa Fly - Write Sum Bump.mp3 | Playa Fly | 5,669KB | Audio |
| thegrimreapper@KaZaA | RAP Master P - Bitches, Weed, and Mercedes.mp3 | Master P | 2,322KB | Audio |
| thegrimreapper@KaZaA | Girls Gone Wild Spring Break Highlights-MS MediaPLAYER F1... | Shalina | 3,677KB | Video |

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | Girls Gone Wild Spring Break Highlights-MS MediaPLAYER FL… | Shakira | 3,877KB | Video |
| thegrimreapper@KaZaA | Bang Bus - Rebecca (1).mpeg | Bang Bus | 773KB | Video |
| thegrimreapper@KaZaA | DIRTY - hit da flo'.mp3 | Dirty | 3,754KB | Audio |
| thegrimreapper@KaZaA | Dirty - Pimp_Da Gangsta - 09 - Pimp and Da Gangsta.mp3 | Dirty | 3,636KB | Audio |
| thegrimreapper@KaZaA | Dirty - Six Deep Creepin.mp3 | Dirty | 4,182KB | Audio |
| thegrimreapper@KaZaA | Dirty Boys-R.I.P..mp3 | Dirty | 5,929KB | Audio |
| thegrimreapper@KaZaA | T-Rock - Conspiracy Theory - 04 - Let The Hammer Go.mp3 | T-Rock | 4,063KB | Audio |
| thegrimreapper@KaZaA | New Artist - T.I. - Hotel (feat Too Short).mp3 | T.I. | 4,768KB | Audio |
| thegrimreapper@KaZaA | New Artist - T.I. - Still Aint Forgave Myself_0224204721.m… | T.I. | 5,249KB | Audio |
| thegrimreapper@KaZaA | Mr. Lucci-Getting High.mp3 | Mr. Lucci | 4,569KB | Audio |
| thegrimreapper@KaZaA | Mr. Lucci - There They Go.mp3 | Mr. Lucci | 3,740KB | Audio |
| thegrimreapper@KaZaA | 01 r._kelly_and_jay-z--get_money-szg.mp3 | R. Kelly and Jay-Z | 4,131KB | Audio |
| thegrimreapper@KaZaA | 50 Nigges Deep (randje).mp3 | Drunken Master | 3,962KB | Audio |
| thegrimreapper@KaZaA | b2k - Girlfriend.mp3 | b2k | 6,419KB | Audio |
| thegrimreapper@KaZaA | Black Street - Don't Leave Me Girl.mp3 | Blackstreet | 4,334KB | Audio |
| thegrimreapper@KaZaA | Cannon - What Means The World To Me (remix).mp3 | Cam'ron | 3,182KB | Audio |
| thegrimreapper@KaZaA | Case - Happily Ever After.mp3 | Case | 4,304KB | Audio |
| thegrimreapper@KaZaA | Comedy - History Of the World Fuck.mp3 | Comedy | 1,173KB | Audio |
| thegrimreapper@KaZaA | New Artist - T.I. - What Happened_0224204805.mp3 | T.I. | 3,223KB | Audio |
| thegrimreapper@KaZaA | Pastor Troy - Livin' Today Thru….mp3 | Pastor Troy | 1,416KB | Audio |
| thegrimreapper@KaZaA | CAN YOU STAND THE GAME.mp3 | Pastor Troy | 1,041KB | Audio |
| thegrimreapper@KaZaA | Nelly_11 - Splurge - sample.mp3&sm.mp3 | Nelly | 6,045KB | Audio |
| thegrimreapper@KaZaA | T.I. - Chooz U.mp3 | T.I. | 3,038KB | Audio |
| thegrimreapper@KaZaA | t.i.mp3 | T.I. | 5,222KB | Audio |
| thegrimreapper@KaZaA | t_i_and_lp_s_c-11-never_scared_l(ft_killa_mike_bone_c-ah… | T.I. | 7,162KB | Audio |
| thegrimreapper@KaZaA | t_i_and_bsc-17-im_so_high-ah_(1).mp3 | T.I. | 6,273KB | Audio |
| thegrimreapper@KaZaA | Ying yang twins-say I y! yi.mp3 | Ying Yang Twinz | 4,207KB | Audio |
| thegrimreapper@KaZaA | Gnuwine - Hell Yeah f t: Baby.mp3 | Gnuwine | 5,153KB | Audio |
| thegrimreapper@KaZaA | H-Town - Enduring.mp3 | H-Town | 4,658KB | Audio |

Kazaa - [search]

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | H-Town - Emotions.mp3 | H-Town | 4,658KB | Audio |
| thegrimreapper@KaZaA | Jodeci - Knockin the boots (1).mp3 | H-Town | 4,555KB | Audio |
| thegrimreapper@KaZaA | gangsta bloc - Da End Feat. Playa Fly.mp3 | Playa Fly | 3,016KB | Audio |
| thegrimreapper@KaZaA | Case-Joe- Faded Pictures.mp3 | Case | 3,627KB | Audio |
| thegrimreapper@KaZaA | Da Headbussaz - DATSHOWITHAPPENDTOM - 13.mp3 | Da Headbussaz | 4,592KB | Audio |
| thegrimreapper@KaZaA | JAY_Z_THE_BLUEPRINT_2_-_THE_GIFT_AND_THE_CURSE_... | Jay-Z | 4,397KB | Audio |
| thegrimreapper@KaZaA | playa fly,indo,g locane,weyne,yo,lynch c - memphis drama... | Playa Fly | 4,062KB | Audio |
| thegrimreapper@KaZaA | SWV - Use Your Heart.mp3 | SWV | 4,195KB | Audio |
| thegrimreapper@KaZaA | SWV - Weak.mp3 | SWV | 4,609KB | Audio |
| thegrimreapper@KaZaA | tommy wright III - take a chance feat playa fly.mp3 | Playa Fly | 4,016KB | Audio |
| thegrimreapper@KaZaA | Project Pat (feat. BG, Big Tymers) - Choppers.mp3 | Project Pat | 3,638KB | Audio |
| thegrimreapper@KaZaA | Silk - Let's Make Love.mp3 | Silk | 4,404KB | Audio |
| thegrimreapper@KaZaA | Silk - We're Calling You.mp3 | Silk | 7,050KB | Audio |
| thegrimreapper@KaZaA | Silk - Feeling like loving me.mp3 | Silk | 5,274KB | Audio |
| thegrimreapper@KaZaA | DMX - Damien.mp3 | DMX | 3,506KB | Audio |
| thegrimreapper@KaZaA | Master P - Gangstas Need Love Too.mp3 | Master P | 3,936KB | Audio |
| thegrimreapper@KaZaA | Master P and Mystikal-It's on Now (Pastor Troy Diss).mp3 | Master P | 2,399KB | Audio |
| thegrimreapper@KaZaA | Master P f max-thinkin about u.mp3 | Master P | 3,544KB | Audio |
| thegrimreapper@KaZaA | ludacris - get the fuck black(instrumental).mp3 | Ludacris | 5,111KB | Audio |
| thegrimreapper@KaZaA | Ludacris - Incognegro - 02 - U Got A Problem-.mp3 | Ludacris | 4,785KB | Audio |
| thegrimreapper@KaZaA | Ludacris-Stick'em Up Feat 1XK-.mp3 | Ludacris | 3,601KB | Audio |
| thegrimreapper@KaZaA | David Banner feat. Young Bleed - Uh Huh.mp3 | David Banner | 3,159KB | Audio |
| thegrimreapper@KaZaA | Debra Cox_R.L._-We Cant Be Friends.mp3 | Deborha Cox_RL | 4,108KB | Audio |
| thegrimreapper@KaZaA | Devin-David Banner Living.mp3 | David Banner | 3,400KB | Audio |
| thegrimreapper@KaZaA | dj paul, skinny pimp,ll gin jady, b-stack,in my drawrs.mp3 | DJ Paul | 2,792KB | Audio |
| thegrimreapper@KaZaA | DRS-Gangsta Lean (This Is For My Homies).mp3 | DRS | 5,052KB | Audio |
| thegrimreapper@KaZaA | Dru Hill - Someones Sleeping In My Bed.mp3 | Dru Hill | 4,186KB | Audio |
| thegrimreapper@KaZaA | En Vogue - Don't Let Go.mp3 | En Vogue | 4,563KB | Audio |
| thegrimreapper@KaZaA | Eric Benet feat Roy Ayers - When You Think Of Me.mp3 | Eric Benet | 5,048KB | Audio |

| User | Filename | Artist | Size | MediaType |
|---|---|---|---|---|
| thegrimreapper@KaZaA | Eric Benet feat Roy Ayers-- When You Think of Me.mp3 | Eric Benet | 5,348KB | Audio |
| thegrimreapper@KaZaA | Fiend f. Master P, Big Ed_Silkk The Shocker - Only A Few... | Fiend | 3,689KB | Audio |
| thegrimreapper@KaZaA | Fugees - Killing Me Softly.mp3 | Fugees | 4,690KB | Audio |
| thegrimreapper@KaZaA | Funny - The devil Went Down to Jamaica!.mp3 | Comedy | 2,404KB | Audio |
| thegrimreapper@KaZaA | DMX-Ashamed.mp3 | DMX | 3,756KB | Audio |
| thegrimreapper@KaZaA | frayser_boy-13-every_day_thang-rage.mp3 | Frayser Boy | 3,650KB | Audio |
| thegrimreapper@KaZaA | DJ PAUL - 07 - GLOCK IN MY DRAWS.mp3 | DJ PAUL | 4,188KB | Audio |
| thegrimreapper@KaZaA | Lil Flip - I Got Flow (1).mp3 | Lil Flip | 3,953KB | Audio |
| thegrimreapper@KaZaA | lil flip - Texas Boys.mp3 | Lil Flip | 1,838KB | Audio |
| thegrimreapper@KaZaA | The Last Mr. Bigg - Sick-n-Tired.mp3 | The Last Mr. Biggs | 5,037KB | Audio |
| thegrimreapper@KaZaA | Three 6 Mafia_Fiend - Da Headbusser - 09_Smoke If U Go... | Da Headbussaz | 5,346KB | Audio |
| thegrimreapper@KaZaA | Three Six MaFia - Da Summer (remix).mp3 | Three 6 Mafia | 4,860KB | Audio |
| thegrimreapper@KaZaA | Three Six MaFia - Mystic.mp3 | Three 6 Mafia | 4,026KB | Audio |
| thegrimreapper@KaZaA | three six mafia-Bone Thugs Disc Mega Mix.mp3 | Three 6 Mafia | 4,400KB | Audio |
| thegrimreapper@KaZaA | Thug Addict (DirtySouth Kick) - Thugged Out (1).mp3 | Thug Addict | 4,969KB | Audio |
| thegrimreapper@KaZaA | Trick Daddy - I'll Be Your Player.mp3 | Trick Daddy | 3,074KB | Audio |
| thegrimreapper@KaZaA | Tupac Shakur - High Til I Die.mp3 | 2Pac | 3,658KB | Audio |
| thegrimreapper@KaZaA | 16 - Ludacris - Freaky Thangs (1).mp3 | Ludacris | 5,191KB | Audio |
| thegrimreapper@KaZaA | ludacris_presents_dtp-break_sumthin_(dirty)-tos.mp3 | Ludacris | 6,467KB | Audio |
| thegrimreapper@KaZaA | 112 - Your Letter.mp3 | 112 | 4,199KB | Audio |
| thegrimreapper@KaZaA | india.arie - I am Ready For Love.mp3 | India Arie | 4,202KB | Audio |
| thegrimreapper@KaZaA | Instrumental_neptunes-timberland.mp3 | Instrumental | 1,653KB | Audio |
| thegrimreapper@KaZaA | Instrumentals - Swizz Beats Ft. (1).mp3 | Instrumental | 2,294KB | Audio |
| thegrimreapper@KaZaA | Jim crow - balla at rapplaya.mp3 | Jim Crow | 3,258KB | Audio |
| thegrimreapper@KaZaA | Juvenile - A Hoe (Lil Wayne Diss).mp3 | Juvenile | 3,956KB | Audio |
| thegrimreapper@KaZaA | Krayzie Bone - Freestyle on Rap City (Dissing Bizzy Bone)... | Krayzie Bone | 695KB | Audio |
| thegrimreapper@KaZaA | Lil Wayne -- Squad up --oh boy (Juvenile diss) (unreleased)... | Lil Wayne | 3,330KB | Audio |
| thegrimreapper@KaZaA | Mark Morrison - Return of the Mac.mp3 | Mark Morrison | 4,599KB | Audio |
| thegrimreapper@KaZaA | MTP Mr Bigg - No Check (1).mp3 | The Last Mr. Biggs | 4,048KB | Audio |

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | MF-Mr Bigg - Ho Check (1).mp3 | The Lash Mr. Biggs | 4,649KB | Audio |
| thegrimreapper@KaZaA | Mr. Magic - What(dirty).mp3 | Mr. Magic | 3,130KB | Audio |
| thegrimreapper@KaZaA | Young Bloodz, Lil Jon - Damn.mp3 | Youngbloodz | 4,700KB | Audio |
| thegrimreapper@KaZaA | Youngbloodz feat Lil Wayne - U-Way (remix).mp3 | Youngbloodz | 4,431KB | Audio |
| thegrimreapper@KaZaA | youngbloodz-damn (remix).mp3 | Youngbloodz | 6,759KB | Audio |
| thegrimreapper@KaZaA | Mr. Pookie - Tha Ripple .mp3 | Mr. Pookie | 3,190KB | Audio |
| thegrimreapper@KaZaA | mr. pookie - who I Be.mp3 | Mr. Pookie | 3,674KB | Audio |
| thegrimreapper@KaZaA | musiq - Half Crazy.mp3 | Musiq | 4,733KB | Audio |
| thegrimreapper@KaZaA | Mya and Sisco - Its All About Me.mp3 | Mya | 2,794KB | Audio |
| thegrimreapper@KaZaA | nas-107-I_can.mp3 | Nas | 3,981KB | Audio |
| thegrimreapper@KaZaA | Pharrell Featuring Jay-Z - Frontin.MP3 | The Neptunes | 3,768KB | Audio |
| thegrimreapper@KaZaA | R.L - Good Man.mp3 | RL | 3,700KB | Audio |
| thegrimreapper@KaZaA | Rap Instrumentals HIP HOP - Instrumental - Rap Beats-13 ... | Instrumental | 1,406KB | Audio |
| thegrimreapper@KaZaA | Rap Lost Bboys - Love, Peace, and Happiness.mp3 | Lost Boys | 4,088KB | Audio |
| thegrimreapper@KaZaA | Slow Jams - Hi Five - The Kissing Game.mp3 | Hi-Five | 5,464KB | Audio |
| thegrimreapper@KaZaA | Tank - One Man.mp3 | Tank | 3,735KB | Audio |
| thegrimreapper@KaZaA | 112 Feat Ludacris And P Diddy - Peaches And Cream Remix... | 112 | 4,458KB | Audio |
| thegrimreapper@KaZaA | Krayzie Bone - Smoking Buddha.mp3 | Krayzie Bone | 2,648KB | Audio |
| thegrimreapper@KaZaA | What Cha Gon Do.MP3 | | 1,351KB | Audio |
| thegrimreapper@KaZaA | 04_HEAD BUSSA02.mp3 | Da Headbussaz | 4,200KB | Audio |
| thegrimreapper@KaZaA | Three Six Mafia - Project Pat - Ghetty Green - Gold Shine-... | Project Pat | 3,686KB | Audio |
| thegrimreapper@KaZaA | Triple-Six Mafia - 3-6 - Move Bitch (unreleased) (1).mp3 | Three 6 Mafia | 5,143KB | Audio |
| thegrimreapper@KaZaA | ali - breathe in breathe out.mp3 | Ali | 3,645KB | Audio |
| thegrimreapper@KaZaA | Ali Featuring Murphy Lee - Boughetto.mp3 | Ali | 3,657KB | Audio |
| thegrimreapper@KaZaA | blackstreet-before I let you go.mp3 | Blackstreet | 4,112KB | Audio |
| thegrimreapper@KaZaA | Bone Thugz n Harmony, Tupac - Thugluv.mp3 | Bone Thugs-n-Harmony | 4,803KB | Audio |
| thegrimreapper@KaZaA | 02-ying_yang_twins-georgia_dome-cms.mp3 | Ying Yang Twinz | 8,594KB | Audio |
| thegrimreapper@KaZaA | 07-ying_yang_twins-naggin-cms.mp3 | Ying Yang Twinz | 5,210KB | Audio |
| thegrimreapper@KaZaA | Instrumentals-9/21/27 - The Beats - Rap Instrumental 14.m... | Instrumental | 4,591KB | Audio |

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | Instrumentals-XX1927 - Ice Beats - Rap Instrumental 14.mp3 | Instrumental | 4,394KB | Audio |
| thegrimreapper@KaZaA | Instrumentals-XX1927 - Ice Beats - Rap Instrumental 2.mp3 | Instrumental | 3,236KB | Audio |
| thegrimreapper@KaZaA | Instrumentals-XX1927 - Ice Beats - Rap Instrumental 3 (2)... | Instrumental | 894KB | Audio |
| thegrimreapper@KaZaA | LL Cool J - I Need Love.mp3 | LL Cool J | 5,051KB | Audio |
| thegrimreapper@KaZaA | Ying Yang Twins - By Myself.mp3 | Ying Yang Twinz | 4,457KB | Audio |
| thegrimreapper@KaZaA | Ying Yang Twins - Drop Like This 2001 (Dirty).mp3 | Ying Yang Twinz | 5,212KB | Audio |
| thegrimreapper@KaZaA | Ying Yang Twins - Dispose Of Broadz.mp3 | Ying Yang Twinz | 6,029KB | Audio |
| thegrimreapper@KaZaA | 04-Noodle.mp3 | Trick Daddy | 3,574KB | Audio |
| thegrimreapper@KaZaA | Trill Da Playa - Grey Goose feat. Ying Yang Twins.mp3 | Ying Yang Twinz | 3,509KB | Audio |
| thegrimreapper@KaZaA | Trick Daddy - Gotta Change my life.mp3 | Trick Daddy | 3,842KB | Audio |
| thegrimreapper@KaZaA | Three Six Mafia - Choices-15- Slang And Serve.mp3 | T-Rock | 6,047KB | Audio |
| thegrimreapper@KaZaA | three_6_mafia_fiend-07-powder_cake-rage.mp3 | Da Headbussaz | 6,144KB | Audio |
| thegrimreapper@KaZaA | three_6_mafia_fiend-11-ruffest_nigger_out-rage.mp3 | Da Headbussaz | 5,626KB | Audio |
| thegrimreapper@KaZaA | Triple Six Mafia - Gotcha Shakin' (Dissing Playa Fly).MP3 | Three 6 Mafia | 5,846KB | Audio |
| thegrimreapper@KaZaA | Center Stage Soundtrack - 12 - Ruff Endz - If I Was The O... | Ruff Ends | 6,299KB | Audio |
| thegrimreapper@KaZaA | 01-r_kelly-ignition_(remix)-cms.mp3 | R. Kelly | 4,432KB | Audio |
| thegrimreapper@KaZaA | Nivea ft. R.mp3 | R. Kelly | 3,052KB | Audio |
| thegrimreapper@KaZaA | RB - R Kelly - I Wish.mp3 | R. Kelly | 5,342KB | Audio |
| thegrimreapper@KaZaA | RB- R. Kelly f. Crucial Conflict - Ghetto Queen.mp3 | R. Kelly | 4,066KB | Audio |
| thegrimreapper@KaZaA | R. Kelly - TP2.com - 04 - The Greatest Sex.mp3 | R. Kelly | 6,548KB | Audio |
| thegrimreapper@KaZaA | 04-pastor_troy_david_banner_and_bone_crusher-fuck_th... | David Banner | 5,618KB | Audio |
| thegrimreapper@KaZaA | Javier - Crazy.mp3 | Javier | 4,060KB | Audio |
| thegrimreapper@KaZaA | Murphy Lee - What You Gonna Be.mp3 | Nelly | 3,933KB | Audio |
| thegrimreapper@KaZaA | Nelly - Thicky Thick Girl.mp3 | Nelly | 1,858KB | Audio |
| thegrimreapper@KaZaA | HIP HOP REMIXES - nas j kelly - sweet dreams - 007.mp3 | Nas | 4,559KB | Audio |
| thegrimreapper@KaZaA | Nelly - Batter Up.mp3 | Nelly | 5,126KB | Audio |
| thegrimreapper@KaZaA | Mya - If You Died I Wouldn't Cry Because You Never Loved... | Mya | 4,729KB | Audio |
| thegrimreapper@KaZaA | Mystikal - Still Smokin Bud.mp3 | Mystikal | 2,253KB | Audio |
| thegrimreapper@KaZaA | Mr Pookie-smoke and blow.mp3 | Mr. Pookie | 2,657KB | Audio |

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| thegrimreapper@KaZaA | Mr. Pooky- smoke and blow.mp3 | Mr. Pookie | 2,337KB | Audio |
| thegrimreapper@KaZaA | Mr. Pookie-tha rippla-14-So High Serenade .mp3 | Mr. Lucci | 2,103KB | Audio |
| thegrimreapper@KaZaA | Mr. Lucci - If I Have To.mp3 | Mr. Lucci | 4,120KB | Audio |
| thegrimreapper@KaZaA | Mr. Lucci - It Ain't Easy (ft. Mr. Pookie).mp3 | Mr. Lucci | 3,379KB | Audio |
| thegrimreapper@KaZaA | Mr. Lucci - Late Night Coastin.mp3 | Mr. Lucci | 4,217KB | Audio |
| thegrimreapper@KaZaA | Mr. Pookie - Crook fo Life.mp3 | Mr. Pookie | 3,764KB | Audio |
| thegrimreapper@KaZaA | Mr. Pookie - The Ripple - 08 - Visions of A Silent One.mp3 | Mr. Pookie | 2,695KB | Audio |
| thegrimreapper@KaZaA | Mr.mp3 | Mr. Pookie | 2,583KB | Audio |
| thegrimreapper@KaZaA | Master P - Ghetto Lover (Feat. Mia X).mp3 | Master P | 3,371KB | Audio |
| thegrimreapper@KaZaA | Mia X - Mama Drama - 026 - I Think Somebody.mp3 | Mia X | 2,150KB | Audio |
| thegrimreapper@KaZaA | 18 - Marques Houston (from fmx) - Thug girl (21stcenturyfury.m... | Marques Houston | 5,094KB | Audio |
| thegrimreapper@KaZaA | Lil Wyte - Crash Da Club.mp3 | Lil Wyte | 1,307KB | Audio |
| thegrimreapper@KaZaA | 11_wyte-07-players_in_de_atmosphere-rage.mp3 | Lil Wyte | 5,732KB | Audio |
| thegrimreapper@KaZaA | Lost Boys - Renee.mp3 | Lost Boys | 4,555KB | Audio |
| thegrimreapper@KaZaA | 13-13 - Nothin On Feat Obbie, Chyne White.mp3 | Lil Jon and the Eastside B... | 4,809KB | Audio |
| thegrimreapper@KaZaA | Lil John - Don't Give a Fuck.mp3 | Lil Jon and the Eastside B... | 6,305KB | Audio |
| thegrimreapper@KaZaA | lil'john,eastside boys-bia bia(remix).mp3 | Lil Jon and the Eastside B... | 3,541KB | Audio |
| thegrimreapper@KaZaA | Lil jon_and_the_eastside_boyz-get_low_feat_ying_yang_... | | 2,614KB | Audio |
| thegrimreapper@KaZaA | 02-fiend presents-stay n va lane (ft. eightball).mp3 | Fiend | 6,621KB | Audio |
| thegrimreapper@KaZaA | Fiend - 07-fiend_presents-no_glamour_story-hwc.mp3 | Fiend | 4,219KB | Audio |
| thegrimreapper@KaZaA | 01-dtp_presents_chingy-right_thurr_(main)-hwc.mp3 | Chingy | 5,001KB | Audio |
| thegrimreapper@KaZaA | Devin tha dude - Payin For Pussy.mp3 | Devin the Dude | 1,942KB | Audio |
| thegrimreapper@KaZaA | Instrumentals-freestyle_battle.mp3 | Instrumental | 4,632KB | Audio |
| thegrimreapper@KaZaA | Instrumentals - You Wanna Battle.mp3 | Instrumental | 1,614KB | Audio |
| thegrimreapper@KaZaA | 04) T-20_Ludicris - It Wasn't Us.mp3 | Ludacris | 5,139KB | Audio |
| thegrimreapper@KaZaA | (Making the Band 2) Da Band - Why.mp3 | Making the Band | 4,556KB | Audio |
| thegrimreapper@KaZaA | Trick Daddy - Weed Song (Marijuana Hemp Rap).mp3 | Trick Daddy | 3,435KB | Audio |
| thegrimreapper@KaZaA | Mark Nelson - Fifteen Minutes.mp3 | Mark Nelson | 4,554KB | Audio |
| thegrimreapper@KaZaA | black porn stars Dee-Noon 01 (2).mpeg | Girls Gone Wild | 2,292KB | Video |