IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:05cv601-A |
| | ) |
| MARJORIE BYRD, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Application for Entry of Default Judgment by the Court (Doc. #7), filed by the Plaintiffs on October 11, 2005, it is hereby

ORDERED that the Defendant, Marjorie Byrd, is given **until October 28, 2005**, to file with the Clerk of Court, in writing, a statement showing cause, if any there be, why the Application should not be granted and the proposed Default Judgment and Permanent Injunction entered against the Defendant. Defendant, Marjorie Byrd, is advised that, in the absence of any response from her by that day, the proposed Default Judgment and Permanent Injunction will be entered, granting judgment against her and in favor of the Plaintiffs in the amount of $6,750, plus costs in the amount of $300, and the proposed Injunction will be entered.

DONE this 14th day of October, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE