IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership and UMG RECORDINGS, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> MARJORIE BYRD, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 2:05cv601-A |

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application for Default Judgment by the Court, and good cause appearing therefrom, and the Defendant having failed to show cause why the Application should not be granted after having been given an opportunity to do so, it is hereby ORDERED and ADJUDGED that:

1.  Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the nine sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Seven Hundred Fifty Dollars ($6,750.00).

2.  Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Three Hundred Dollars ($300.00).

3.  Defendant shall be and hereby is ENJOINED from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Get Gone," on album "Ideal," by artist "Ideal" (SR# 273-905);
- "Could It Be," on album "Ghetto Love," by artist "Jaheim" (SR# 295-088);
- "Ghetto Vet," on album "The War Disc," by artist "Ice Cube" (SR# 268-428);
- "The Message," on album "It Was Written," by artist "Nas" (SR# 220-016);
- "Kiss From A Rose," on album "Seal," by artist "Seal" (SR# 271-303);
- "Dirty Diana," on album "Bad," by artist "Michael Jackson" (SR# 84-256);
- "Rain," on album "Release Some Tension," by artist "SWV" (SR# 249-300);
- "Damien," on album" It's Dark And Hell Is Hot," by artist "DMX" (SR# 252-613);
- "Troubles," on album "Songs In A Minor," by artist "Alicia Keys" (SR# 299-410);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DONE this 15th day of November, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE