IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 NOV 22  P 3: 54

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CASE NO. 2:05-CV-601-A ) |
| MARJORIE BYRD, | ) ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE AND WITHDRAWAL

Comes now the undersigned and files notice of her appearance as additional counsel of record, replacing Leslie E. Williams, for plaintiffs. Leslie E. Williams hereby withdraws as counsel for plaintiffs.

    Kelly F. Pate (FIT014)
    Balch & Bingham LLP
    Post Office Box 78
    Montgomery, Alabama 36101
    334/269-3130
    334/501-9985 (fax)

The undersigned requests that all pleadings, motions, and other papers filed with the Court, and all notices from the Court or the Clerk, be served on her at the address shown.

Dated this 22nd day of November, 2005.

/s/ Kelly F. Pate
One of the Attorneys for Plaintiffs

OF COUNSEL:
Dorman Walker (WAL086)
Kelly F. Pate (FIT014)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101-0078
334/834-6500 (telephone)
334/269-3115 (fax)

MOTION DENIED AS MOOT — Case Closed
THIS 28th DAY OF Nov., 2005
UNITED STATES DISTRICT JUDGE

162958.1