## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| Virgin Records America, Inc., a California corporation; Warner Bros. Records, Inc., a Delaware corporation; Priority Records LLC, a California limited liability company; Sony BMG Music Entertainment, a Delaware general partnership; BMG Music, a New York general partnership and UMG Recordings, Inc., a Delaware corporation, | } } } } } } } } } } | |
| Plaintiffs, | } } | Civil Action No. 2:05-cv-601-A |
| vs. | } } | |
| Marjorie Byrd, | } } | |
| Defendant. | } | |

### NOTICE OF APPEARANCE

Please take notice that the Plaintiff is now being represented in this matter by **Alto Lee Teague, IV** of the firm **ENGEL, HAIRSTON & JOHANSON, P.C.** Please direct all future notices to the email and mailing address shown below.

/s/ Alto Lee Teague
Alto Lee Teague, IV

**OF COUNSEL:**
ENGEL, HAIRSTON & JOHANSON, P.C.
P. O. Box 11405
Birmingham, Alabama 35202
205/328-4600
Email: **lteague@ehjlaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing on the following by placing a copy of same in the United States Mail, properly addressed, and first class postage prepaid on this 29th day of May, 2008.

Marjorie Byrd
3405 Cross Creek Drive
Montgomery, AL  36116-3607